**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Civil Action No. 1:21-cv-04349 |
| v. | CLASS ACTION |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | Honorable Edmond E. Chang |
| Defendants. | |
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:21-cv-05345 |
| v. | CLASS ACTION |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | Honorable Edmond E. Chang |
| Defendants. | |

**MOTION BY THE GOLDSTEIN GROUP FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

2

Phillip Goldstein and The Freedom and Justice Foundation, Inc. (the "Foundation," and together with Mr. Goldstein the "Goldstein Group") respectfully move this Court for an order (i) consolidating the above-captioned class actions; (ii) appointing the Goldstein Group as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4; and (iii) approving the Goldstein Group's selection of Block & Leviton LLP and Morris Kandinov LLP as lead counsel and Carlson Lynch LLP as local counsel.

In support of this motion, the Goldstein Group submits a memorandum of law and a declaration in support of this motion by Aaron T. Morris, which attaches true and correct copies of the following exhibits:

- Exhibit A: Press release published over Business Wire on August 16, 2021;

- Exhibit B: Chart showing The Goldstein Group's losses;

- Exhibit C: Shareholder Certification of Phillip Goldstein;

- Exhibit D: Declaration of Phillip Goldstein; and

- Exhibits E-G: Firm resumes of Block & Leviton LLP, Morris Kandinov LLP and Carlson Lynch LLP.

2

Dated:  October 15, 2021

Respectfully Submitted,

/s/ Katrina Carroll
Katrina Carroll
**CARLSON LYNCH LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
T: (312) 750-1265
kcarroll@carlsonlynch.com

Jacob A. Walker
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
T: (617) 398-5600 | F: (617) 507-6020
jake@blockesq.com

Aaron T. Morris
Leo Kandinov
Andrew W. Robertson
**MORRIS KANDINOV LLP**
550 West B Street, 4th Floor
San Diego, CA 92101
T: (877) 216-1552
aaron@moka.law
leo@moka.law
andrew@moka.law

*Counsel for Phillip Goldstein and The*
*Freedom and Justice Foundation*