**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>    Defendants. | Civil Action No. 1:21-cv-04349<br><br>CLASS ACTION<br><br>Honorable Edmond E. Chang |
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>    Defendants. | Civil Action No. 1:21-cv-05345<br><br>CLASS ACTION<br><br>Honorable Edmond E. Chang |

**DECLARATION OF AARON T. MORRIS IN SUPPORT OF THE GOLDSTEIN GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, Aaron T. Morris, hereby declare as follows:

1.      I am a Partner with Morris Kandinov LLP, counsel for Phillip Goldstein and The Freedom and Justice Foundation, Inc. (together, the "Goldstein Group"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of the Goldstein Group's motion for consolidation, appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel.

3.      Attached hereto as exhibits are copies of the following:

Exhibit A:  Press release published over Business Wire announcing the pendency of the above-captioned action;

Exhibit B:  Chart showing the Goldstein Group's losses;

Exhibit C:  Shareholder Certification of Phillip Goldstein;

Exhibit D:  Declaration of Phillip Goldstein;

Exhibit E:  Firm resume of Block & Leviton LLP;

Exhibit F:  Firm resume of Morris Kandinov LLP; and

Exhibit G:  Firm resume of Carlson Lynch LLP.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

 Dated:  October 15, 2021

_____

Aaron T. Morris

2