**Goldstein Loss Estimate**
ATI Physical Therapy, Inc.

| | | |
|---|---|---|
| Class Period Start | | 2/22/21 |
| Class Period End | | 7/23/21 |
| 90-Day Lookback Price (7/26 - 10/15) | $ | 3.92 |

| Shares purchased during the class period and retained at end of class period. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Transaction | Shares | | Price Per Share | | Total Expenditure | |
| 5/27/21 | Buy | 10000 | $ | 9.99 | $ | 99,900.00 | |
| 6/18/21 | Buy | 5000 | $ | 9.48 | $ | 47,400.00 | |
| **Total** | | 15000 | | | $ | 147,300.00 | |

| Loss Summary | | | | | | |
|---|---|---|---|---|---|---|
| Total Shares Retained | 15000 | | | $ | 147,300.00 | |
| 90-Day Lookback Value | 15000 | $ | 3.92 | $ | 58,800.00 | |
| Net Gain (Loss) | | | | $ | (88,500.00) | |