# Exhibit C

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>      v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>    Defendants. | Civil Action No. 1:21-cv-04349<br><br>CLASS ACTION<br><br>Honorable Edmond E. Chang |
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>      v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>    Defendants. | Civil Action No. 1:21-cv-05345<br><br>CLASS ACTION<br><br>Honorable Edmond E. Chang |

## CERTIFICATION OF PHILLIP GOLDSTEIN
## PURSUANT TO THE FEDERAL SECURITIES LAWS

1. I, Phillip Goldstein, make this Certification pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, on my behalf as well as on behalf of The Freedom and Justice Foundation, Inc. (the "Foundation"), a private charitable foundation. I serve as the President of the Foundation and am authorized to act on its behalf.

2. I have reviewed the above-captioned Complaint against ATI Physical Therapy, Inc. ("ATI" or the "Company") and authorize the filing of a motion seeking my appointment as lead plaintiff in the action.

3. I did not purchase or acquire ATI securities at the direction of counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or acquired ATI securities during the class period, including providing testimony at deposition and trial, if necessary.

5. To the best of my knowledge, the following reflects all of my transactions on my own behalf and on behalf of the Foundation in ATI securities during the Class Period:

| Account | Transaction | Date | Amount | Price |
|---|---|---|---|---|
| Phillip Goldstein | Purchase | May 27, 2021 | 10,000 shares | $9.99/share |
| The Foundation | Purchase | June 18, 2021 | 5,000 shares | $9.48/share |

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws, nor has the Foundation.

7. I agree not to accept any payment(s) for serving as a representative party on behalf of the Class other than my pro rata share of any recovery and costs, expenses, or other

award as may be approved and ordered by this Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 13, 2021

DocuSigned by:

*Phillip Goldstein*

2AFD01C8100841F...

Phillip Goldstein

3