# Exhibit D

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Civil Action No. 1:21-cv-04349 |
| v. | CLASS ACTION |
| | Honorable Edmond E. Chang |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | |
| Defendants. | |
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:21-cv-05345 |
| v. | CLASS ACTION |
| | Honorable Edmond E. Chang |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | |
| Defendants. | |

## DECLARATION OF PHILLIP GOLDSTEIN IN SUPPORT
## OF THE GOLDSTEIN GROUP'S MOTION FOR APPOINTMENT
## <u>AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>

I, Phillip Goldstein, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration on behalf of myself and The Freedom and Justice Foundation, Inc. (the "Foundation") (together, the "Goldstein Group") in support of the Goldstein Group's motion for appointment as lead plaintiff in the above-captioned action on behalf of investors in the securities of ATI Physical Therapy, Inc. ("ATI" or the "Company"). I am informed of, and understand, the duties imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and have personal knowledge regarding the information set forth herein.

2. I currently reside in Pleasantville, New York. I graduated from the University of Southern California in 1966 (Bachelor's, Engineering) and from City College, New York in 1968 (Master's, Engineering).

3. I have been investing in the securities markets for over 45 years and have been involved in the asset management industry for over 30 years. In 1993, I co-founded Bulldog Investors ("Bulldog"), a registered investment advisory firm that currently manages registered investment companies as well as private accounts. I am a Principal of Bulldog and the firm's lead investment strategist. I am also the President of the Foundation and am authorized to act on its behalf.

4. I am widely known as an expert in closed-end fund investing and the use of activist techniques, including litigation when appropriate, to enhance investment returns. I also have extensive experience investing in special purpose acquisition companies ("SPACs") and have invested in hundreds of SPACs over the past 15 years. I have appeared on, and been interviewed by, numerous business shows and publications, including CNBC, Forbes and Fortune Magazine. In addition, I serve as a director of a number of public companies, including the Mexico Equity and Income Fund Inc., Special Opportunities Fund, Inc., and Brookfield

DTLA Fund Office Trust Investor Inc.

5. I have significant experience participating in private litigation in connection with various investment-related matters, including serving as a class representative, directing the course of litigation, reviewing filings, overseeing lawyers, and obtaining relief in a representative capacity.

6. As reflected in my Certification, I purchased ATI securities on behalf of both myself and the Foundation during the class period and suffered substantial losses. In my view, these losses were caused by the violations of federal securities laws alleged in this action.

7. I believe that this action against ATI is meritorious and should be led by an investor such as myself with decades of securities industry experience—including with respect to SPACS—significant private litigation experience, and a true commitment to maximizing the class's recovery.

8. Prior to instructing my counsel to file this motion, I understood that the lead plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter, that the lead plaintiff's responsibilities include directing counsel with respect to this litigation, and that it is lead plaintiff's obligation under the PSLRA to select lead counsel and to monitor the action to ensure it is prosecuted efficiently. I am willing to perform these responsibilities and obligations, and I have selected and retained Block & Leviton LLP and Morris Kandinov LLP to serve as lead counsel, both of which have a proven history of handling this complex litigation under the federal securities laws. I believe that the firms are well-qualified to represent the class.

9. I have directed my counsel to prosecute this action with due regard to efficiency and cost-effectiveness as well as obtaining the best possible result for the class. I will supervise

3

counsel and actively oversee the prosecution of the action for the benefit of the class by, among other things, requiring regular updates, reviewing draft pleadings, instructing counsel with respect to strategic litigation decisions, and attending hearings and depositions, as necessary.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Dated: October 13, 2021

DocuSigned by:

*Phillip Goldstein*
2AFD01C8100841F...

Phillip Goldstein

4