# Exhibit F

**MoKa**

Partner

# Aaron Morris

Aaron represents retail and institutional investors in cases involving investment losses, fiduciary misconduct, and shareholder rights, with a focus on matters involving asset managers and financial institutions. He formerly defended a range of financial services firms in cases under the federal and state securities laws while at Skadden, Arps, Slate, Meagher & Flom. He now exclusively represents investors, and parties with interests aligned with investors, including in some cases independent directors and investment funds. Aaron also maintains an active pro bono practice, and has represented clients from local pizza shops to non-profit board members. Aaron writes frequently about legal developments relevant to investment funds.

Education

Indiana University, B.S.

Boston College Law School, J.D., cum laude

Admissions

State of Massachusetts

State of New York

State of Vermont

U.S. Court of Appeals, 1st Circuit

U.S. District Court, District of Massachusetts

U.S. District Court, District of Vermont

Recent Articles

| Viewpoint | 09-28-21 | Viewpoint | 08-5-21 |
|---|---|---|---|
| Excessive Fee Cases End With Little Benefit And A Legacy Of Faulty Legal Analysis | | Two (Thousand) and Twenty: Developments in Asset Management Litigation | |

| Law Update | 07-22-21 | Law Update | 05-26-21 |
|---|---|---|---|
| Chancery Court Awards Fees After "Wrongful" Refusal Of Inspection Demand | | Massachusetts Case Exemplifies The Perils Of Defensive Bylaws In Closed-End Funds | |

**Morris Kandinov**



Mo
Ka

Partner

# Leo
# Kandinov

Leo has managed hundreds of corporate investigations and shareholder complaints arising from corporate misconduct, and has litigated cases to favorable settlements in state and federal courts across the country. Leo is responsible for client engagement at the firm, as well as the firm's portfolio monitoring services, and speaks regularly to investors, fiduciaries and institutions regarding the investment impacts of corporate malfeasance and the potential value to stockholders of pursuing legal remedies. Leo was formerly a partner at Robbins LLP, where he led the firm's business development group. He has been recognized as a Super Lawyer Rising Star every year since 2016. Leo is a member of the National Association of Public Pension Attorneys and Public Justice Foundation. He served as a judicial extern for the Honorable Ronald H. Sargis at the U.S. Bankruptcy Court in the Eastern District of California, and as a law clerk for the U.S. Attorney's Office, Southern District of California. At the University of California at Davis School of Law, Leo completed the Public Service Law Program and was an associate editor for the Business Law Journal. At San Diego State University, Leo was Valedictorian of his class.

Education
_____

San Diego State University, B.A., summa cum laude

University of California at Davis School of Law, J.D.

Admissions

State of California

U.S. Court of Appeals, Ninth Circuit

U.S. District Courts, Northern, Central, and Southern Districts of California

U.S. District Court, Eastern District of Michigan

**Morris Kandinov**



MoKa

Partner

# Andrew Robertson

Andrew has nearly two decades of experience representing plaintiffs and defendants in securities class actions, derivative litigations and FINRA arbitrations, with particular expertise in matters involving investment advisers and financial services firms. He has litigated a range of claims under federal and state law, including failure to disclose material information, breach of fiduciary duty, breach of contract, mismanagement of client accounts, unsuitable investment recommendations, and insider trading. As an investor advocate, Andrew has prosecuted dozens of plaintiff-side securities actions, handling all phases of litigation from pre-complaint investigation through trial and appeal, including serving as lead trial counsel in two of the largest actions ever tried on behalf of mutual fund shareholders. Andrew previously practiced in the New York office of Milbank LLP, where he represented some of the world's leading financial institutions and their officers and directors in securities and commercial litigation, arbitration, and regulatory enforcement proceedings.

Education

Vanderbilt University, B.A., magna cum laude

New York University School of Law, J.D.

Admissions

State of New York

U.S. Court of Appeals, First Circuit

U.S. Court of Appeals, Second Circuit

U.S. Court of Appeals, Third Circuit

U.S. Court of Appeals, Sixth Circuit

U.S. Court of Appeals, Ninth Circuit

U.S. District Court, Southern District of New York

U.S. District Court, Eastern District of New York

U.S. District Court, Northern District of New York

**Morris Kandinov**

