**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated, | Case No: 1:21-cv-04349-EEC |
| Plaintiff, | |
| v. | |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | |
| Defendants. | |
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No: 1:21-cv-05345-EEC |
| Plaintiff, | |
| v. | |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | |
| Defendants. | |

1

**MOTION OF DAVID TURK FOR: (1) CONSOLIDATION OF RELATED ACTIONS;
(2) APPOINTMENT AS LEAD PLAINTIFF; AND
(3) APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that David Turk ("Movant"), by his counsel, will and does move this Court, on a date and at such time as may be designated by the Court, for an Order: (i) consolidating the related actions; (ii) appointing Movant as Lead Plaintiff for the Class; (iii) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLC as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, Movant submits herewith a memorandum of law, the Declaration of Carl V. Malmstrom, along with attached exhibits, and a proposed order.

Movant is aware of Your Honor's Individual Rules, which require movant's counsel to ask opposing counsel whether there is an objection to the motion. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Your Honor's Individual Rules be waived.

Dated: October 15, 2021              Respectfully submitted,

                                     **WOLF HALDENSTEIN ADLER
                                     FREEMAN & HERZ LLC**

                                     /s/*Carl V. Malmstrom*
                                     Carl V. Malmstrom
                                     70 W. Madison St., Suite 1400
                                     Chicago, IL 60602
                                     Tel: (312) 984-0000
                                     Fax: (312) 214-3110
                                     Email: malmstrom@whafh.com

                                     *[Proposed] Liaison Counsel for Plaintiff*

2

*And the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff*
*And the Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (424) 303-1964
Fac: (877) 590-0482
Email: brian@schallfirm.com

*Additional Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Carl V. Malmstrom, one of the attorneys for Movant, hereby certify that on October 15, 2021, service of the foregoing *Notice of Motion of David Turk for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Counsel* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom