# EXHIBIT 3

**ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II Loss Chart**

**Class Period: February 22, 2021 and July 23, 2021, inclusive, and/or held shares of FVAC Class A common stock as of May 24, 2021 and were eligible to vote at FVAC's June 15, 2021 special meeting**

**Lookback Price** $ 3.93

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Turk, David | 6/14/2021 | 531 | ($10.11) | ($5,368.36) | 6/21/2021 | 1,000 | $8.95 | $8,950.20 | | | |
| | 6/14/2021 | 469 | ($10.11) | ($4,739.25) | 6/21/2021 | 1,000 | $8.90 | $8,900.10 | | | |
| | 6/14/2021 | 1000 | ($10.11) | ($10,109.90) | 6/21/2021 | 1,000 | $8.90 | $8,901.00 | | | |
| | 6/14/2021 | 1000 | ($10.11) | ($10,109.90) | 6/21/2021 | 1,000 | $8.90 | $8,900.90 | | | |
| | 6/14/2021 | 1000 | ($10.05) | ($10,048.20) | 6/21/2021 | 1,000 | $8.90 | $8,900.00 | | | |
| | 6/14/2021 | 98 | ($10.04) | ($983.75) | 6/21/2021 | 1,000 | $8.88 | $8,880.10 | | | |
| | 6/14/2021 | 902 | ($10.04) | ($9,051.57) | | | | | | | |
| | 6/14/2021 | 1000 | ($10.03) | ($10,030.00) | | | | | | | |
| | 6/14/2021 | 1,000 | ($10.04) | ($10,035.00) | | | | | | | |
| | 6/14/2021 | 288 | ($10.04) | ($2,890.08) | | | | | | | |
| | 6/14/2021 | 712 | ($10.03) | ($7,141.36) | | | | | | | |
| | 6/14/2021 | 1,000 | ($10.04) | ($10,037.40) | | | | | | | |
| | 6/14/2021 | 1,000 | ($10.04) | ($10,038.20) | | | | | | | |
| | 6/14/2021 | 1,000 | ($10.02) | ($10,015.00) | | | | | | | |
| | 6/14/2021 | 1,000 | ($10.02) | ($10,018.10) | | | | | | | |
| | 6/14/2021 | 900 | ($10.02) | ($9,014.40) | | | | | | | |
| | 6/14/2021 | 100 | ($10.02) | ($1,001.54) | | | | | | | |
| | 6/14/2021 | 1,000 | ($10.02) | ($10,015.00) | | | | | | | |
| | 6/14/2021 | 1,200 | ($9.93) | ($11,916.00) | | | | | | | |
| | 6/14/2021 | 3,601 | ($9.92) | ($35,721.56) | | | | | | | |
| | 6/14/2021 | 199 | ($9.92) | ($1,973.72) | | | | | | | |
| | 6/14/2021 | 5,000 | ($9.93) | ($49,665.00) | | | | | | | |
| | 6/14/2021 | 1,500 | ($9.81) | ($14,707.50) | | | | | | | |
| | 6/14/2021 | 3,400 | ($9.80) | ($33,313.88) | | | | | | | |
| | 6/14/2021 | 100 | ($9.80) | ($979.50) | | | | | | | |
| | 6/14/2021 | 1,400 | ($9.85) | ($13,790.00) | | | | | | | |
| | 6/14/2021 | 3,600 | ($9.84) | ($35,423.64) | | | | | | | |
| | 6/15/2021 | 5,000 | ($9.90) | ($49,499.50) | | | | | | | |
| | 6/15/2021 | 5,000 | ($9.91) | ($49,549.50) | | | | | | | |
| | 6/15/2021 | 3,240 | ($9.85) | ($31,914.00) | | | | | | | |
| | 6/15/2021 | 400 | ($9.85) | ($3,939.96) | | | | | | | |
| | 6/15/2021 | 1,360 | ($9.85) | ($13,389.20) | | | | | | | |
| | 6/15/2021 | 5,000 | ($9.84) | ($49,175.00) | | | | | | | |
| | 6/15/2021 | 9,300 | ($9.44) | ($87,792.00) | | | | | | | |
| | 6/15/2021 | 700 | ($9.43) | ($6,601.00) | | | | | | | |
| | 6/15/2021 | 9,700 | ($9.41) | ($91,277.00) | | | | | | | |
| | 6/15/2021 | 300 | ($9.41) | ($2,821.50) | | | | | | | |
| | 6/15/2021 | 8,320 | ($9.35) | ($77,792.00) | | | | | | | |
| | 6/15/2021 | 1,680 | ($9.34) | ($15,691.20) | | | | | | | |
| | | 84,000 | | ($817,579.67) | | 6,000 | | $53,432.30 | 78,000 | $306,868.46 | ($457,278.91) |