**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, <br><br> Defendants. | Case No. 1:21-cv-04349 <br><br> CLASS ACTION |

[additional caption on following page]

**MOTION OF BRENT GATACRE FOR:**
**(1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF;**
**AND (3) APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>         Defendants. | Case No. 1:21-cv-05345<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Brent Gatacre ("Gatacre") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Gatacre as Lead Plaintiff in the above-captioned actions; and (3) approving Gatacre's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class and Miller Law LLC as Liaison Counsel for the Class.[1]

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Lori A. Fanning and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Gatacre respectfully requests that the Court: (1) consolidate the above-captioned actions; (2) appoint Gatacre as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class and Miller Law LLC as Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: October 15, 2021

Respectfully submitted,

**MILLER LAW LLC**

By:  */s/ Lori A. Fanning*
Lori A. Fanning

Marvin A. Miller
Lori A. Fanning
115 S. LaSalle Street, Suite 2910

---

[1] The Court's Motion Practice Case Procedure requires movant's counsel to ask opposing counsel whether there is an objection to the motion. Due to the PSLRA's lead plaintiff procedure, however, Gatacre will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions. Under these circumstances, Gatacre respectfully requests that the requirements under the Court's Motion Practice Case Procedure be waived.

1

Chicago, IL 60603
Telephone: 312-332-3400
Facsimile: 312-676-2676
Email: mmiller@millerlawllc.com
      lfanning@millerlawllc.com

James M. Wilson, Jr. (*pro hac vice* forthcoming)
Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com
      rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff and [Proposed] Lead Counsel for the putative Class*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed on October 15, 2021 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By:    */s/ Lori A. Fanning*
         Lori A. Fanning

3