**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>Defendants. | Case No. 1:21-cv-04349<br><br>CLASS ACTION |

[additional caption on following page]

**DECLARATION OF LORI A. FANNING IN SUPPORT OF MOTION OF BRENT GATACRE FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, <br><br> Defendants. | Case No. 1:21-cv-05345 <br><br> CLASS ACTION |

I, Lori A. Fanning, declare as follows:

1.      I am a member in good standing of the bar of the State of Illinois and am admitted in this Court. I am a member of the law firm of Miller Law LLC. I submit this declaration in support of the motion filed by Brent Gatacre ("Gatacre"), for: (1) consolidation of the above-captioned actions; (2) appointment of Gatacre as Lead Plaintiff; and (3) approval of Gatacre's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class and Miller Law LLC to serve as Liaison Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      Gatacre's PSLRA Certification

Exhibit C:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit D:      Women's Business Enterprise National Council Certificate

Exhibit E:      Firm Resume of Miller Law LLC

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of October 2021 at Chicago, IL.


                                                        /s/ Lori A. Fanning
                                                        Lori A. Fanning


1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on October 15, 2021 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By:  */s/ Lori A. Fanning*
Lori A. Fanning