UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>Defendants. | Civil Action No. 1:21-cv-04349<br><br>CLASS ACTION<br><br>Hon. Edmond E. Chang |
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>Defendants. | Civil Action No. 1:21-cv-05345<br><br>CLASS ACTION<br><br>Hon. Edmond E. Chang |

**MOTION OF THE PHOENIX INSURANCE COMPANY LTD. AND THE PHOENIX
PENSION & PROVIDENT FUNDS FOR CONSOLIDATION,
<u>APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL</u>**

The Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds (together, "Phoenix"), by and through their counsel, hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Fed. R. Civ. P. 42, for an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Phoenix as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the securities of ATI Physical Therapy, Inc. ("ATI" or the "Company") f/k/a Fortress Value Acquisition Corp. II between February 22, 2021 and July 23, 2021, both dates inclusive (the "Class Period"), and/or held shares of FVAC Class A common stock as of May 24, 2021 and were eligible to vote at FVAC's June 15, 2021 special meeting (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel for the Class.

Phoenix, as the proposed Lead Plaintiff, has timely filed its motion pursuant to the PSLRA and is believed to be the investor with the largest financial interest in the outcome of the litigation. The proposed Lead Plaintiff meets the requirements of the PSLRA and Fed. R. Civ. P. 23 in that its claims are typical of the claims of the Class, and it will fairly and adequately represent the interests of the Class. The proposed Lead Plaintiff's choice of counsel should be accepted by this Court because the proposed Lead Plaintiff's selected counsel, Pomerantz, is a nationally recognized firm with extensive experience and expertise in securities fraud and other class actions.

Phoenix is aware of this Court's Individual Rules of Motion Practice which state, in relevant part, "[b]efore filing a motion, the movant's counsel must ask opposing counsel whether there is an objection to the motion, and the motion must state that the conferral occurred, or if

not, why not. If there is an objection, the movant must note that fact in the motion. Joint, uncontested, and agreed motions must be so identified in both the title and the body of the motion." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is October 15, 2021, on which date any member of the putative class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Phoenix will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until October 16, 2021—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Phoenix's motion papers impracticable. Under these circumstances, Phoenix respectfully requests that compliance with the above-referenced Individual Rule of Motion Practice be waived in this instance.

In further support of this Motion, Phoenix relies on the accompanying Memorandum of Law, as well as the Declaration of Jeremy A. Lieberman and the exhibits appended thereto, filed herewith.

WHEREFORE, Phoenix respectfully requests that the Court issue an Order: (1) consolidating the Related Actions; (2) appointing Phoenix as Lead Plaintiff for the Class; and (3) approving its selection of Pomerantz as Lead Counsel.

Dated: October 15, 2021 　　　　　　　　　 Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　POMERANTZ LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeremy A. Lieberman*
　　　　　　　　　　　　　　　　　　　　　Jeremy A. Lieberman
　　　　　　　　　　　　　　　　　　　　　J. Alexander Hood II
　　　　　　　　　　　　　　　　　　　　　600 Third Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 661-1100
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 661-8665
　　　　　　　　　　　　　　　　　　　　　jalieberman@pomlaw.com
　　　　　　　　　　　　　　　　　　　　　ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

POMERANTZ LLP
Orly Guy
Eitan Lavie
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com
eitan@pomlaw.com

*Counsel for Movant Phoenix*