UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-04349 |
| Plaintiffs, | |
| v. | CLASS ACTION |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | Hon. Edmond E. Chang |
| Defendants. | |
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | Civil Action No. 1:21-cv-05345 |
| Plaintiff, | |
| v. | CLASS ACTION |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | Hon. Edmond E. Chang |
| Defendants. | |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF
MOTION OF THE PHOENIX INSURANCE COMPANY LTD. AND THE PHOENIX
PENSION & PROVIDENT FUNDS FOR CONSOLIDATION, APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.    I am the Managing Partner at Pomerantz LLP ("Pomerantz"), counsel on behalf of The Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds (together, "Phoenix"), and have personal knowledge of the facts set forth herein.

2.    I make this Declaration in support of Phoenix's motion for consolidation of the above-captioned actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Phoenix's selection of Pomerantz as Lead Counsel for the Class.

3.    Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:    Loss chart of Phoenix;

Exhibit B:    Press release published over *Business Wire*, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certification executed on behalf of Phoenix by Menachem Neeman and Haggai Schreiber;

Exhibit D:    Declaration executed on behalf of Phoenix; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 15, 2021, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman