# EXHIBIT A

**ATI Physical Therapy, Inc. (ATIP)**
**Class Period: February 22, 2021 and July 23, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**
**The Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds ("Phoenix")**

| Account Number | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 81-Day* Mean Price $3.9269 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Phoenix | 6/17/2021 | 2,482,591 | $10.2800 | ($25,521,035) | | | | | | | |
| Phoenix | 6/17/2021 | 317,409 | $10.2800 | ($3,262,965) | | | | | | | |
| Phoenix | 6/24/2021 | 100,000 | $9.2849 | ($928,490) | | | | | | | |
| Phoenix | 6/24/2021 | 80,000 | $9.3785 | ($750,280) | | | | | | | |
| Phoenix | 6/25/2021 | 78,197 | $9.2401 | ($722,548) | | | | | | | |
| Phoenix | 6/29/2021 | 69,394 | $8.9745 | ($622,776) | | | | | | | |
| Phoenix | 6/30/2021 | 100,000 | $9.4441 | ($944,413) | | | | | | | |
| Phoenix | 7/1/2021 | 57,060 | $9.4958 | ($541,830) | | | | | | | |
| Phoenix | 7/1/2021 | 76,700 | $9.4713 | ($726,447) | | | | | | | |
| Phoenix | 7/2/2021 | 74,245 | $9.1024 | ($675,805) | | | | | | | |
| **Phoenix** | | **3,435,596** | | **($34,696,589)** | | | | | **3,435,596** | **$13,491,230** | **($21,205,359)** |

*Average Closing Prices from July 26 to October 14