# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. We, __Menachem Neeman and Haggai Schreiber__ , on behalf of The Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds (together, "Phoenix"), with authority to bind Phoenix and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. We have reviewed a Complaint against ATI Physical Therapy, Inc. ("ATI" or the "Company") and authorize the filing of a motion on behalf of Phoenix for appointment as lead plaintiff.

3. Phoenix did not purchase or acquire ATI securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Phoenix is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired ATI securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. We understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The transactions listed in Schedule A reflect all of Phoenix's transactions in ATI securities during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, Phoenix served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Costas v. Ormat Technologies Inc. et al.*, 3:18-cv-00271 (D. Nev.); and
- *In re Mylan N.V. Securities Litigation*, 1:16-cv-07926 (S.D.N.Y.).

7. Phoenix agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. We declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed __October 14, 2021__
(Date)

_____
(Signature)

__Haggai Schrieber__
(Type or Print Name)

Executed __October 14, 2021__
(Date)

_____
(Signature)

__Menachem Keinv__
(Type or Print Name)

**ATI Physical Therapy, Inc. (ATIP)**           **The Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds ("Phoenix")**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 6/17/2021 | 2,482,591 | $10.2800 |
| Purchase | 6/17/2021 | 317,409 | $10.2800 |
| Purchase | 6/24/2021 | 100,000 | $9.2849 |
| Purchase | 6/24/2021 | 80,000 | $9.3785 |
| Purchase | 6/25/2021 | 78,197 | $9.2401 |
| Purchase | 6/29/2021 | 69,394 | $8.9745 |
| Purchase | 6/30/2021 | 100,000 | $9.4441 |
| Purchase | 7/1/2021 | 57,060 | $9.4958 |
| Purchase | 7/1/2021 | 76,700 | $9.4713 |
| Purchase | 7/2/2021 | 74,245 | $9.1024 |