# EXHIBIT D

## DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Declaration in support of the motion of The Phoenix Insurance Company Ltd. ("Phoenix Insurance") and The Phoenix Pension & Provident Funds ("Phoenix Pension") (together, "Phoenix") for appointment as Lead Plaintiff and approval of our selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action on behalf of investors in the securities of ATI Physical Therapy, Inc. ("ATI" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We have personal knowledge about the information in this Declaration.

2.      Phoenix Insurance, the principal branch of Phoenix Holdings Ltd. ("Phoenix Holdings"), is a leading Israeli insurance company, and provides insurance products and services including life insurance, long-term savings, pension, and provident funds, general insurance, and healthcare insurance. Phoenix Insurance has over $10 billion in assets under management.. Phoenix Pension, which is also wholly owned by Phoenix Holdings has extensive experience in pension and provident fund management, and manages NIS 55 billion in assets for more than 800,000 customers. As reflected in our Certification, Phoenix purchased ATI securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      We have discussed this case with our counsel. Accordingly, we are aware of the current status of this litigation. We understand that in addition to ourselves, other investors in ATI securities may file motions seeking appointment as Lead Plaintiff in this action. We understand that on October 15, 2021, Pomerantz will file a memorandum of law in support of our motion for

1

appointment as Lead Plaintiff. We understand that this Declaration and other supporting submissions prepared by Pomerantz will be filed concurrently with the memorandum of law. We understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter. We understand that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice. We approved Pomerantz as our designated Lead Counsel and approved the filing of a motion on our behalf seeking appointment as Lead Plaintiff.

4. We attest to, among other things, our belief in the merits of this action; our desire to achieve the best possible result for the Class; our interest in prosecuting this case; our understanding of the fiduciary obligations of a Lead Plaintiff; and our preparedness to supervise counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated. We hereby affirm that the foregoing statements, as well as all other statements set forth in this Declaration, are true and correct statements of our views and intentions with respect to this litigation, and that we seek appointment as Lead Plaintiff in this action.

5. Given our significant financial interest in the claims against the defendants, we are strongly motivated to recover the significant losses that we and the Class suffered as a result of defendants' violations of the federal securities laws. Our principal goal in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties. We are committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with our duties under the PSLRA.

6. If appointed Lead Plaintiff, we will satisfy my fiduciary obligations to the Class by, among other steps, conferring with our counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and

2

reviewing and authorizing the filing of important litigation documents. Through these and other measures, we will ensure that the ATI securities litigation will be vigorously prosecuted consistent with the obligations of a Lead Plaintiff under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

7. After reviewing the allegations pleaded in the complaint, and consulting with our counsel, we independently determined to seek appointment as Lead Plaintiff, and subsequently approved the filing of a motion seeking our appointment as Lead Plaintiff. We agree that our resources and ability to engage in decision-making will materially benefit and advance the interests of the Class in this case.

8. We understand that the Lead Plaintiff's share of any recovery is the same as every other potential Class member. As our Certification states, we will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

9. We understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of investors to serve as Lead Plaintiff when investors can establish that they can oversee the litigation and their proposed Lead Counsel in an independent manner. We intend to prosecute this litigation in such an independent and vigorous manner.

10. We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, we selected Pomerantz to serve as Lead

3

Counsel. Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, we believe that the firm is well-qualified to represent the Class.

11. Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 14 day of October 2021.

Executed on this 14 day of October 2021.

The Phoenix Insurance Company, Ltd.

The Phoenix Pension & Provident Funds

5