UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>Defendants. | Case No. 1:21-cv-04349<br><br>Honorable Edmond E. Chang |

*Caption continued on next page.*

**DECLARATION OF AVI JOSEFSON IN SUPPORT OF THE MOTION OF NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

|  |  |
|---|---|
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>Defendants. | Case No. 1:21-cv-05345<br><br>Honorable Edmond E. Chang |

I, Avi Josefson, declare as follows:

1. I am a member in good standing of the bars of the State of Illinois and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of the Motion of New York City District Council of Carpenters Pension Fund ("NYC Carpenters") for entry of an order: (1) appointing NYC Carpenters as Lead Plaintiff in the above-captioned related securities class actions (the "Actions"); (2) approving NYC Carpenters' selection of Bernstein Litowitz as Lead Counsel for the Class; (3) consolidating the Actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting any further relief as the Court may deem just and proper.

2. Attached as Exhibits A through H are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Certification of NYC Carpenters; |
| EXHIBIT B: | Chart of transactions and losses of NYC Carpenters; |
| EXHIBIT C: | Notice of pendency of *Burbige v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II*, No. 1:21-cv-04349 (N.D. Ill.), published on *Business Wire* on August 16, 2021; |
| EXHIBIT D: | Notice of pendency of *City of Melbourne Firefighters Retirement System v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II*, No. 1:21-cv-05345 (N.D. Ill.), published on *PR Newswire* on October 7, 2021; and |
| EXHIBIT E: | Firm Résumé of Bernstein Litowitz; |
| EXHIBIT F: | Order, *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021); |
| EXHIBIT G: | Order, *Yoshikawa v. Exxon Mobil Corp.*, No. 3:21-cv-00194-N, ECF No. 43 (N.D. Tex. June 10, 2021); and |
| EXHIBIT H: | Order, *Emps.' Ret. Sys. of the City of Fort Worth v. James River Grp. Holdings, Ltd.*, No. 3:21-cv-00444-MHL, ECF No. 20 (E.D. Va. Sept. 22, 2021). |

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  October 15, 2021
        Chicago, Illinois

*/s/ Avi Josefson*
Avi Josefson

2