# EXHIBIT C

Burbige

Wire: Business Wire (BUS)
Date: Aug 16 2021  17:15:00
ATIP, FVAC CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud
Lawsuit Against ATI Physical Therapy f/k/a

  ATIP, FVAC CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities
  Fraud Lawsuit Against ATI Physical Therapy f/k/a Fortress Value Acquisition
  Corp. II

Business Wire

LOS ANGELES -- August 16, 2021

Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class
action lawsuit in the United States District Court for the Northern District
of Illinois captioned Burbige et al. v. ATI Physical Therapy, Inc. f/k/a
Fortress Value Acquisition Corp. II, et al., (Case No. 21-cv-4349) on behalf
of persons and entities that: (a) purchased or otherwise acquired ATI Physical
Therapy, Inc. ("ATI" or the "Company") (NYSE: ATIP) f/k/a Fortress Value
Acquisition Corp. II ("FVAC") securities between April 1, 2021 and July 23,
2021, inclusive (the "Class Period"); and/or (b) held FVAC Class A common
stock as of May 24, 2021 and were eligible to vote at FVAC's June 15, 2021
special meeting. Plaintiff pursues claims under Sections 10(b), 14(a), and
20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have 60 days from this notice to move
the Court to serve as lead plaintiff in this action.

If you suffered a loss on your ATI investments or would like to inquire about
potentially pursuing claims to recover your loss under the federal securities
laws, you can submit your contact information at
https://www.glancylaw.com/cases/ati-physical-therapy-inc/. You can also
contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224,
or via email at shareholders@glancylaw.com or visit our website at
www.glancylaw.com to learn more about your rights.

ATI is an outpatient physical therapy company. It owns and operates nearly 900
physical therapy clinics across 25 states.

On June 17, 2021, ATI became public via a business combination with FVAC
("Business Combination").

On July 26, 2021, before the market opened, ATI reported its financial results
for second quarter 2021, the period in which the Business Combination was
completed. Among other things, ATI reported that "the acceleration of
attrition among [its] therapists in the second quarter and continuing into the
third quarter, combined with the intensifying competition for clinicians in
the labor market, prevented us from being able to meet the demand we have and

Page 1

Burbige

increased our labor costs." Though ATI was implementing certain remedial actions, the Company reduced its fiscal 2021 forecast due to the foregoing factors.

On this news, the Company's share price fell $3.62, or 43%, to close at $4.72 per share on July 26, 2021, on unusually heavy trading volume. The share price continued to decline the next trading session by as much as 19%. As a result, FVAC investors who could have voted against the Business Combination and redeemed their shares at $10.00 per share suffered a loss of $5.28 per share.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that ATI was experiencing attrition among its physical therapists; (2) that ATI faced increasing competition for clinicians in the labor market; (3) that, as a result of the foregoing, the Company faced difficulties retaining therapists and incurred increased labor costs; (4) that, as a result of the labor shortage, the Company would open fewer new clinics; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired ATI securities during the Class Period and/or held FVAC Class A common stock as of May 24, 2021, you may move the Court no later than 60 days from this notice ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20210816005710/en/

Contact:

Glancy Prongay & Murray LLP, Los Angeles

```
                              Burbige
Charles H. Linehan, 310-201-9150 or 888-773-9224
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
www.glancylaw.com
shareholders@glancylaw.com


-0- Aug/16/2021 21:15 GMT

-------------------------------=========================------------------------------
                          Copyright (c) 2021

############################## END OF STORY 1 ##############################
```