UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>      vs.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, et al.,<br><br>                       Defendants. | Case No.  1:21-cv-04349<br><br>CLASS ACTION<br><br>Judge Edmond E. Chang |

RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS

4870-5604-4289.v1

Six motions were filed by putative class members seeking appointment as lead plaintiff in the above-captioned securities class action. *See* ECF Nos. 10, 12, 17, 22, 24, 28. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while Construction Industry Laborers Pension Fund, Local 353, I.B.E.W. Pension Fund, and Local 295 IBT Employer Group Pension Trust and Welfare Funds (collectively, the "Union Funds") suffered approximately $1.1 million in losses as a result of defendants' alleged wrongdoing and satisfy the Rule 23 requirements at this stage, the Union Funds recognize they did not suffer the greatest loss. If the Court determines that Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds (the only movant with greater losses than the Union Funds) does not satisfy the PSLRA's requirements for appointment as lead plaintiff, the Union Funds remain ready, willing, and able to fulfill that role on behalf of the class.

DATED: October 29, 2021

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (ILND-GB-5711)
JENNIFER N. CARINGAL (ILND-GB-286197)
MICHAEL ALBERT
JUAN CARLOS SANCHEZ

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

- 1 -

4870-5604-4289.v1

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

KOSKIE MINSKY LLP
MICHAEL MAZZUCA
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario M5H 3R3
Telephone:  416/977-8353
416/977-3316 (fax)
mmazzuca@kmlaw.ca

Additional Counsel for [Proposed] Lead Plaintiff

4870-5604-4289.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 29, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

4870-5604-4289.v1

Case: 1:21-cv-04349 Document #: 35 Filed: 10/29/21 Page 5 of 5 PageID #:603 CM/ECF LIVE, Ver 6.3.3 - U.S. District Court, Northern Illinois

# Mailing Information for a Case 1:21-cv-04349 Burbige et al v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Katrina Carroll**
  katrina@lcllp.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,ajewell@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Avi Josefson**
  avi@blbglaw.com,davidd@blbglaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com,kgutierrez@labaton.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Charles F. Smith , Jr**
  cfsmith@skadden.com,chdocket@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)