UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, <br><br> Defendants. | Civil Action No. 1:21-cv-04349 <br><br><br> CLASS ACTION <br><br><br> Hon. Edmond E. Chang |
| CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, <br><br> Defendants. | Civil Action No. 1:21-cv-05345 <br><br><br> CLASS ACTION <br><br><br> Hon. Edmond E. Chang |

**NOTICE OF NON-OPPOSITION TO MOTION OF THE PHOENIX INSURANCE COMPANY LTD. AND THE PHOENIX PENSION & PROVIDENT FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL**

1

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

As set forth below, Lead Plaintiff Movant Phoenix[1] respectfully advises the Court that no party opposes Phoenix's motion, pursuant to Fed. R. Civ. P. 42(a) and the PSLRA, for consolidation of the Related Actions, appointment as Lead Plaintiff and approval of its selection of Pomerantz as Lead Counsel (the "Lead Plaintiff Motion") (Dkt. No. 22).

The Related Actions are putative securities class actions governed by the PSLRA, including the statutory provisions governing the appointment of a Lead Plaintiff. Pursuant to the PSLRA, any member of the putative Class wishing to serve as Lead Plaintiff was required to file a motion to that effect no later than sixty (60) days after publication of the notice of pendency of the first-filed action *Burbige et al. v. ATI Physical Therapy, Inc. et al.*, 1:21-cv-04349—*i.e.*, on October 15, 2021. 15 U.S.C. § 78u-4(a)(3)(A)-(B).

On October 15, 2021, Phoenix filed its Lead Plaintiff Motion, having incurred a loss of approximately $21.21 million in connection with its Class Period purchases of ATI securities. Dkt. No. 22. That same day, five other putative Class members or groups thereof filed competing motions, each claiming to have incurred a significantly smaller loss than Phoenix in connection with the fraud alleged in the Related Actions: (1) a group consisting of Construction Industry Laborers Pension Fund, Local 295 IBT Employer Group Pension Trust and Welfare Funds, and Local 353, I.B.E.W. Pension Fund, alleging an aggregate loss of approximately $1.175 million (Dkt. No. 28); (2) New York City District Council of Carpenters Pension Fund, alleging a loss of approximately $800,000 (Dkt. No. 24); (3) David Turk, alleging a loss of $457,279 (Dkt. No. 12); (4) a group consisting of Phillip Goldstein and The Freedom and Justice Foundation, Inc., alleging an aggregate loss of approximately $88,500 (Dkt. No. 10); and (5) Brent Gatacre, alleging a loss of approximately $83,882 (Dkt. No. 17).

Pursuant to the Court's Order entered on October 20, 2021, any cross-responses to the various motions for appointment as Lead Plaintiff were due on October 29, 2021. Dkt. No. 32.

---

[1] All capitalized terms herein are defined in Phoenix's moving or response briefs, unless otherwise indicated. *See* Dkt. Nos. 23, 37.

Prior to the October 29 cross-response deadline, each movant or movant group except Phoenix filed notices stating their non-opposition to the competing motions, acknowledging that they did not appear to possess the largest financial interest in this litigation within the meaning of the PSLRA. *See* Dkt. Nos. 33-36, 38. Phoenix, meanwhile, filed a response in further support of its Lead Plaintiff Motion. Dkt. No. 37.

No party has opposed Phoenix's Lead Plaintiff Motion.

Accordingly, for the foregoing reasons, and for the reasons set forth in Phoenix's moving and response briefs (Dkt. Nos. 23, 37), Phoenix respectfully requests that the Court enter an Order granting its Lead Plaintiff Motion in all respects.

Dated: November 8, 2021

                 Respectfully submitted,

                 POMERANTZ LLP

                 */s/ Jeremy A. Lieberman*
                 Jeremy A. Lieberman
                 J. Alexander Hood II
                 600 Third Avenue, 20th Floor
                 New York, NY 10016
                 Telephone: (212) 661-1100
                 Facsimile: (212) 661-8665
                 jalieberman@pomlaw.com
                 ahood@pomlaw.com

                 POMERANTZ LLP
                 Patrick V. Dahlstrom
                 Louis C. Ludwig
                 Ten South LaSalle Street, Suite 3505
                 Chicago, Illinois 60603
                 Telephone: (312) 377-1181
                 Facsimile: (312) 377-1184
                 pdahlstrom@pomlaw.com
                 lcludwig@pomlaw.com

                 POMERANTZ LLP
                 Orly Guy
                 Eitan Lavie
                 HaShahar Tower

Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com
eitan@pomlaw.com

*Counsel for Lead Plaintiff Movants Phoenix Insurance Company Ltd. and the Phoenix Pension & Provident Funds and Proposed Lead Counsel for the Class*