UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>Defendants. | Case No. 1:21-cv-04349 |

## JOINT INITIAL STATUS REPORT

Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds (together, "Lead Plaintiffs") and Defendants ATI Physical Therapy, Inc. ("ATI" or the "Company") f/k/a Fortress Value Acquisition Corp. II ("FVAC"), Labeed Diab, Joseph Jordan, Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties") respectfully submit this Joint Initial Status Report pursuant to the Court's November 18, 2021 Docket Entry (Dkt. No. 40).

1. **Nature of the Case**

    a.  Lead Plaintiffs are represented by Jeremy Lieberman and Austin Van of Pomerantz LLP ("Pomerantz"). The lead trial attorney for Lead Plaintiffs is Austin Van.

Defendants ATI, Diab, and Jordan are represented by John A. Neuwirth, Joshua S. Amsel, and Stefania D. Venezia of Weil, Gotshal & Manges LLP. The lead trial attorney for these defendants is John A. Neuwirth.

Defendants McKnight, Pack, Furstein, Cowen, Hood, Policy, Russak-Aminoach, and Gulati are represented by Charles F. Smith, Scott D. Musoff, and Michael M. Powell of Skadden, Arps, Slate, Meagher & Flom LLP. The lead trial attorney for these defendants is Scott D. Musoff.

    b.    This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1337 and Section 27 of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78aa.

    c.    This is a putative class action on behalf of certain purchasers and other acquirers of ATI and FVAC securities. A consolidated complaint has not yet been filed, but the predecessor complaints, in the above-captioned action and in the consolidated action captioned *City of Melbourne Firefighters' Retirement System v. ATI Physical Therapy, Inc., et al.*, Case No. 1:21-cv-05345, allege material misstatements and omissions by Defendants in violation of Sections 10(b), 14(a), and 20(a) of the Exchange Act.

    d.    Lead Plaintiffs are still investigating the legal and factual issues presented. Lead Plaintiffs believe, however, that the legal issues will include (but will not necessarily be limited to) the following:

        1)    Whether any of Defendants violated Sections 10(b), 14(a) or 20(a) of the Exchange Act;

        2)    Whether Defendants made any material misstatements or omissions;

        3)    Whether the challenged statements are actionable;

        4)         Whether the alleged misstatements and omissions caused any damages (and the proper measure thereof); and

        5)         Whether this action can properly be maintained as a class action.

    e.     Lead Plaintiffs seek unspecified money damages on behalf of all members of the putative class.

**2.     Case Plan**

    a.     Counsel for Defendants have accepted service of the existing complaint in the above-captioned action on behalf of their respective clients. *See* Dkt. No. 7-1.

    b.     On October 15, 2021, various putative class members moved the Court for appointment as lead plaintiff and approval of their choice of counsel. *See generally* 15 U.S.C. § 78u-4(a)(3) (describing lead plaintiff process).

    c.     On November 18, 2021, the Court appointed Lead Plaintiffs and Pomerantz as Lead Plaintiffs and Lead Counsel, respectively.

    d.     The Parties believe that it is premature to establish a discovery schedule until a consolidated amended complaint is filed (or the existing complaint is designated by Lead Plaintiffs as the operative complaint) and Defendants' anticipated motions to dismiss are decided because, under the Private Securities Litigation Reform Act, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss." 15 U.S.C. § 78u-4(b)(3)(B).

    e.     The Parties have conferred and respectfully submit the following schedule for Lead Plaintiffs' filing of a consolidated amended complaint (or designation of an existing complaint) and Defendants' responses thereto:

        1)         Lead Plaintiffs shall file a consolidated amended complaint (or designate an existing complaint) no later than February 8, 2022;

    2)    Defendants shall move to dismiss or otherwise respond to the consolidated amended complaint (or the designated existing complaint) no later than April 11, 2022;

    3)    Lead Plaintiffs shall file any opposition to Defendants' motions to dismiss no later than June 10, 2022;

    4)    Defendants shall file any replies in further support of their motions to dismiss no later than July 25, 2022.

f.    The Parties shall negotiate and make a joint submission to the Court regarding a discovery schedule, if appropriate, following the Court's decision on Defendants' anticipated motions to dismiss.

g.    The existing complaints both include a jury demand. Lead Plaintiffs believe that it is premature to estimate the probable length of trial.

h.    The Parties agree to service of pleadings and other papers by electronic means.

**3.    Consent to Proceed Before a Magistrate Judge**

The Parties do not consent to proceed before a Magistrate Judge.

**4.    Status of Settlement Discussions**

There have been no settlement discussions between the Parties to date, and the Parties believe that it is premature to engage in any such discussions at this time.

Dated: December 6, 2021
      New York, New York

POMERANTZ LLP

<u>/s/ Austin P. Van</u>
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com

*Lead Counsel for Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds*

WEIL, GOTSHAL & MANGES LLP

<u>/s/ John A. Neuwirth</u>
John A. Neuwirth (*pro hac vice forthcoming*)
Joshua S. Amsel (*pro hac vice forthcoming*)
Stefania D. Venezia (*pro hac vice forthcoming*)
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
john.neuwirth@weil.com
joshua.amsel@weil.com
stefania.venezia@weil.com

*Counsel for Defendants ATI Physical Therapy, Inc. (f/k/a Fortress Value Acquisition Corp. II), Labeed Diab, and Joseph Jordan*

5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Scott D. Musoff*
Scott D. Musoff
Michael M. Powell
One Manhattan West
New York, New York 10001-8602
Tel: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com
michael.powell@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Charles F. Smith
155 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com

*Counsel for Defendants Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati*