### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kevin Burbige, et al.

                                 Plaintiff,

v.                                                             Case No.: 1:21−cv−04349

                                                                    Honorable Edmond E. Chang

ATI Physical Therapy, Inc., et al.

                                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 9, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 43, the operative pleading (whether a consolidated amended complaint or designation of an existing complaint) is due from the Lead Plaintiffs on 02/08/2022. The defense's dismissal motion or other response is due on 04/11/2022. The Lead Plaintiffs' response to the anticipated dismissal motion is due on 06/10/2022. The defense reply is due on 07/25/2022. The tracking status hearing of 12/10/2021 is reset to 02/18/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.