# EXHIBIT A

**CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, Monte Ram, on behalf of Plaintiff City of Melbourne Firefighters' Retirement System ("Melbourne"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I am the Chairman of Melbourne.  I have reviewed the Consolidated Amended Complaint in this matter with our legal counsel.  Based on legal counsel's knowledge and advice, Melbourne has authorized its filing by counsel.

2.  Melbourne did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.  Melbourne is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  Melbourne's transactions in the ATI Physical Therapy, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5.  Melbourne has sought to serve as a representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*City of Melbourne Firefighters' Retirement System  v. ATI Physical Therapy, Inc.*, No. 21-cv-05345 (N.D. Ill.)

6.  Melbourne has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*City of Hollywood Police Officers Retirement System v. Citrix Systems, Inc.*, No. 21-cv-62380 (S.D. Fla.)

7. Melbourne will not accept any payment for serving as a representative party on behalf of the Class beyond Melbourne's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.


I declare under penalty of perjury that the foregoing is true and correct. Executed this /ST day of February, 2022.

Monté Ram
Chairman
*City of Melbourne Firefighters' Retirement System*

**City of Melbourne Firefighters' Retirement System**
**Transactions in ATI Physical Therapy, Inc. ("ATIP")**
**f/k/a Fortress Value Acquisition Corp. II**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| **Fortress Value Acquisition Corp. II** | | | |
| Purchase | 3/30/2021 | 47 | 10.0468 |
| Purchase | 3/30/2021 | 5,105 | 10.0932 |
| Purchase | 3/31/2021 | 42 | 10.0923 |
| Purchase | 4/6/2021 | 221 | 9.9738 |
| Purchase | 4/6/2021 | 1,271 | 9.9950 |
| Conversion to ATIP | 6/17/2021 | 6,686 | |
| **ATI Physical Therapy, Inc.** | | | |
| Sale | 7/28/2021 | (1,421) | 3.8958 |
| Sale | 7/28/2021 | (70) | 3.8387 |
| Sale | 7/29/2021 | (469) | 3.7531 |
| Sale | 7/29/2021 | (240) | 3.6855 |
| Sale | 7/29/2021 | (230) | 3.7495 |
| Sale | 7/30/2021 | (2,235) | 3.2357 |
| Sale | 7/30/2021 | (654) | 3.1198 |
| Sale | 7/30/2021 | (76) | 3.4800 |
| Sale | 8/2/2021 | (1,246) | 3.6134 |
| Sale | 8/2/2021 | (45) | 3.4766 |