**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, et al., <br><br> Defendants | Case No. 1:21-cv-04349 <br><br> Judge: Edmond E. Chang <br> Magistrate Judge: Young B. Kim |
| HAMZA GHAITH, Derivatively on Behalf of Nominal Defendant ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, <br><br> Plaintiff, <br><br> v. <br><br> LABEED DIAB, et al., <br><br> Defendants, <br><br> and <br><br> ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, <br><br> Nominal Defendant | Case No. 1:21-cv-06415 <br><br> Judge: Sara L. Ellis <br> Magistrate Judge: Susan E. Cox |

**JOINT REPLY IN SUPPORT OF MOTION TO REASSIGN CASE**
**PURSUANT TO L.R. 40.4**

Plaintiff Hamza Ghaith ("Plaintiff"), Nominal Defendant ATI Physical Therapy, Inc.

("ATI" or the "Company") f/k/a Fortress Value Acquisition Corp. II, and Defendants Labeed Diab,

Joseph Jordan, John L. Larsen, John Maldonado, Carmine Petrone, Joanne M. Burns, Christopher

whafhch56826

Krubert, James E. Parisi, Andrew A. McKnight, Joshua A. Pack, Aaron F. Hood, Carmen A. Policy, Marc Furstein, Leslee Cowen, Rakefet Russak-Aminoach, and Sunil Gulati (collectively, "Defendants," and with Plaintiff and ATI, the "Parties") jointly file this reply in further support of their motion to designate *Ghaith v. Diab*, No. 1:21-cv-06415 (the "Derivative Action"), as related to *Burbige v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II*, Case No. 1:21-cv-04349 (the "Securities Class Action"), and reassign the Derivative Action to the calendar of this Court pursuant to Local Rule 40.4 (the "Motion," ECF No. 50).

Courts in this District routinely assign related securities class actions and derivative actions to the same judge. *See, e.g.*, *Hedick v. Kraft Heinz Company*, Case No. 1:19-cv-01339 (N.D. Ill.), ECF Nos. 240, 244 (April 2020) (finding reassignment of derivative actions to judge presiding over related securities class action to be "sound"); *see also Christakis v. Fifth Third Bancorp,* Case No. 1:20-cv-02176 (N.D. Ill.), ECF No. 52 (July 27, 2020) (Ellis, J.) (ordering the reassignment of two related derivative actions to judge presiding over first-filed securities class action); *Summers v. RTI Surgical Holdings, Inc.*, Case No. 1:20-cv-03347, ECF No. 3 (June 19, 2020) (finding derivative action to be related to securities class action and granting reassignment). Reassignment will serve the efficiencies of the Court and all parties.

Lead Plaintiff in the Securities Class Action opposes the Motion because the Derivative Action and the Securities Class Action are not susceptible to disposition in a single proceeding. *See* ECF No. 51 (citing *Lawrence E. Jaffe Pension Plan v. Household Int'l, Inc.*, 2003 WL 21011757 (N.D. Ill. May 5, 2003)).[1] *Household Int'l*, however, in stark contrast to the action here,

---

[1] Lead Plaintiff also raises a baseless argument that the Motion is premature. *See* ECF No. 51 at 3. Local Rule 40.4(c) contemplates that such motions "generally be filed" after all defendants have responded to the complaints in each of the proceedings, so that all parties have the opportunity to respond to the motion for reassignment. Because the Parties to the Derivative Action, who include the defendants in the Securities Class Action, have made the request *jointly*, and Lead Plaintiff in

whafhch56826

found that the two actions only involved "some overlap regarding issues of fact." 2003 WL 21011757, at *3. Here, the Derivative Action and the Securities Class Action share substantial factual overlap and differ only in the legal claims asserted. *Compare* ECF No. 1*, with* ECF No. 50-1 (Derivative Action complaint). Indeed, Plaintiff in the Derivative Action claims that the Securities Class Action gives rise to damages in favor of ATI. Consequently, notwithstanding that the two actions cannot be resolved in a single proceeding, the Derivative Action should be reassigned to the calendar of this Court in the interest of judicial economy.

Respectfully submitted,

Dated: February 9, 2022

/s/ Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Fax: (212) 545-4653
malmstrom@whafh.com

*Local Counsel for Plaintiff Hamza Ghaith*

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, NY 10019
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
bsachsmichaels@glancylaw.com

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com

---

the Securities Class Action has opposed, any concern that the Motion is premature because not all parties have had the opportunity to respond falls flat.

prajesh@glancylaw.com
*Counsel for Plaintiff Hamza Ghaith*

Dated: February 9, 2022          /s/ Jason M. Rosenthal
                                 **MUCH SHELIST, P.C**.
                                 Jason M. Rosenthal
                                 191 North Wacker Drive, Suite 1800
                                 Chicago, IL 60606
                                 Telephone: (312) 521-2437
                                 Facsimile: (312) 521-2100
                                 jrosenthal@muchlaw.com


                                 **WEIL, GOTSHAL & MANGES LLP**
                                 John A. Neuwirth (*pro hac vice*)
                                 Joshua S. Amsel (*pro hac vice f*)
                                 Stefania D. Venezia (*pro hac vice*)
                                 767 Fifth Avenue
                                 New York, NY 10153
                                 Telephone: (212) 310-8000
                                 Fax: (212) 310-8007
                                 john.neuwirth@weil.com
                                 joshua.amsel@weil.com
                                 stefania.venezia@weil.com

                                 *Counsel for Defendants ATI, Labeed Diab,
                                 Joseph Jordan, John L. Larsen, John
                                 Maldonado, Carmine Petrone, Joanne M.
                                 Burns, Christopher Krubert, and James E.
                                 Parisi*

Dated: February 9, 2022February 9, 2022February 9, 2022   /s/ Michael M. Powell
                                 **SKADDEN, ARPS, SLATE, MEAGHER
                                     & FLOM LLP**
                                 Michael M. Powell
                                 One Manhattan West
                                 New York, NY 10001
                                 Telephone: (212) 735-3000
                                 Fax: (212) 735-2000
                                 michael.powell@skadden.com

                                 *Counsel for Defendants Andrew A.
                                 McKnight, Joshua A. Pack, Aaron F. Hood,
                                 Carmen A. Policy, Marc Furstein, Leslee
                                 Cowen, Rakefet Russak-Aminoach, and Sunil
                                 Gulati*

whafhch56826