**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-04349 |
| Plaintiffs, | Honorable Edmond E. Chang |
| vs. | |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | |
| Defendants. | |

**DECLARATION OF STEFANIA D. VENEZIA**
**IN SUPPORT OF THE ATI DEFENDANTS' MOTION TO DISMISS**
**THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Stefania D. Venezia, declare as follows:

1. I am an attorney admitted *pro hac vice* before this Court and counsel at the law firm Weil, Gotshal & Manges LLP, counsel to Defendants ATI Physical Therapy, Inc. ("ATI") f/k/a Fortress Value Acquisition Corp. II ("FVAC"), Labeed Diab, and Joseph Jordan (collectively, the "ATI Defendants") in this action. I submit this declaration in support of the ATI Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of FVAC's preliminary proxy statement on Schedule 14A, filed with the U.S. Securities and Exchange Commission (the "SEC") on March 12, 2021.

3. Attached as Exhibit 2 is a true and correct copy of ATI's Form 8-K, filed with the SEC on July 26, 2021.

4. Attached as Exhibit 3 is a true and correct copy of ATI's Form 8-K, filed with the SEC on August 9, 2021.

5. Attached as Exhibit 4 is a true and correct copy of an excerpt of FVAC's Additional Definitive Proxy Soliciting Materials on Schedule 14A, filed with the SEC on May 20, 2021.

6. Attached as Exhibit 5 is a true and correct copy of Ex 99.3 (Investor Presentation Transcript) to FVAC's Form 8-K, filed with the SEC on February 22, 2021.

7. Attached as Exhibit 6 is a true and correct copy of a historical stock price chart for FVAC Class A common stock/ATI Class A common stock from October 2, 2020 to October 20, 2021, based on data supplied by FactSet Research Systems Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2022 Respectfully submitted,

*/s/ Stefania D. Venezia*
Stefania D. Venezia (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
stefania.venezia@weil.com

*Counsel for ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II, Labeed Diab, and Joseph Jordan*