# EXHIBIT 6

**Price History: ATIP-US**

| Date | Price | CVol | Change | % Change | % Return | Total Return (Gross) | Cumulative Return % | Open | High | Low | Cumulative Change % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/20 | 10.00 | 440 | 10.00 | | | 10.00 | | 9.99 | 10.00 | 9.99 | |
| 10/05/20 | 9.89 | 2906 | -0.11 | -1.10 | -1.10 | 9.89 | -1.10 | 10.02 | 10.02 | 9.89 | -1.10 |
| 10/06/20 | 10.04 | 5546 | 0.15 | 1.52 | 1.52 | 10.04 | 0.40 | 10.00 | 10.06 | 9.89 | 0.40 |
| 10/07/20 | 9.90 | 6091 | -0.14 | -1.39 | -1.39 | 9.90 | -1.00 | 9.91 | 9.92 | 9.90 | -1.00 |
| 10/08/20 | 9.90 | 1252 | | | | 9.90 | -1.00 | 9.88 | 9.90 | 9.88 | -1.00 |
| 10/09/20 | 9.86 | 3137 | -0.04 | -0.40 | -0.40 | 9.86 | -1.40 | 9.88 | 9.90 | 9.86 | -1.40 |
| 10/12/20 | 9.90 | 20336 | 0.04 | 0.41 | 0.41 | 9.90 | -1.00 | 9.89 | 9.90 | 9.85 | -1.00 |
| 10/13/20 | 9.85 | 343079 | -0.05 | -0.51 | -0.51 | 9.85 | -1.50 | 9.95 | 9.95 | 9.82 | -1.50 |
| 10/14/20 | 9.87 | 94956 | 0.02 | 0.20 | 0.20 | 9.87 | -1.30 | 9.86 | 9.88 | 9.79 | -1.30 |
| 10/15/20 | 9.87 | 12507 | | | | 9.87 | -1.30 | 9.84 | 9.87 | 9.82 | -1.30 |
| 10/16/20 | 9.85 | 54238 | -0.02 | -0.20 | -0.20 | 9.85 | -1.50 | 9.84 | 9.85 | 9.79 | -1.50 |
| 10/19/20 | 9.90 | 8864 | 0.05 | 0.51 | 0.51 | 9.90 | -1.00 | 9.89 | 9.90 | 9.82 | -1.00 |
| 10/20/20 | 9.90 | 6528 | | | | 9.90 | -1.00 | 9.90 | 9.90 | 9.83 | -1.00 |
| 10/21/20 | 9.85 | 818 | -0.05 | -0.51 | -0.51 | 9.85 | -1.50 | 9.89 | 9.89 | 9.81 | -1.50 |
| 10/22/20 | 9.85 | 8301 | | | | 9.85 | -1.50 | 9.82 | 9.85 | 9.82 | -1.50 |
| 10/23/20 | 9.79 | 4985 | -0.06 | -0.61 | -0.61 | 9.79 | -2.10 | 9.80 | 9.80 | 9.72 | -2.10 |
| 10/26/20 | 9.70 | 3713 | -0.09 | -0.92 | -0.92 | 9.70 | -3.00 | 9.69 | 9.80 | 9.65 | -3.00 |
| 10/27/20 | 9.73 | 613760 | 0.03 | 0.31 | 0.31 | 9.73 | -2.70 | 9.79 | 9.79 | 9.70 | -2.70 |
| 10/28/20 | 9.70 | 7177 | -0.03 | -0.31 | -0.31 | 9.70 | -3.00 | 9.71 | 9.73 | 9.68 | -3.00 |
| 10/29/20 | 9.69 | 71648 | -0.01 | -0.10 | -0.10 | 9.69 | -3.10 | 9.66 | 9.74 | 9.66 | -3.10 |
| 10/30/20 | 9.70 | 3823 | 0.01 | 0.10 | 0.10 | 9.70 | -3.00 | 9.73 | 9.73 | 9.67 | -3.00 |
| 11/02/20 | 9.70 | 9558 | | | | 9.70 | -3.00 | 9.71 | 9.77 | 9.70 | -3.00 |
| 11/03/20 | 9.73 | 139452 | 0.03 | 0.31 | 0.31 | 9.73 | -2.70 | 9.73 | 9.73 | 9.73 | -2.70 |
| 11/04/20 | 9.73 | 802 | 0.00 | 0.00 | 0.00 | 9.73 | -2.70 | 9.74 | 9.81 | 9.73 | -2.70 |
| 11/05/20 | 9.73 | 200 | 0.00 | 0.00 | 0.00 | 9.73 | -2.70 | 9.73 | 9.73 | 9.73 | -2.70 |
| 11/06/20 | 9.73 | 292 | | | | 9.73 | -2.70 | 9.73 | 9.73 | 9.73 | -2.70 |
| 11/09/20 | 9.89 | 30842 | 0.16 | 1.64 | 1.64 | 9.89 | -1.10 | 9.94 | 9.94 | 9.77 | -1.10 |
| 11/10/20 | 9.93 | 3160 | 0.04 | 0.40 | 0.40 | 9.93 | -0.70 | 9.84 | 9.93 | 9.84 | -0.70 |
| 11/11/20 | 9.90 | 15562 | -0.03 | -0.30 | -0.30 | 9.90 | -1.00 | 9.85 | 9.90 | 9.81 | -1.00 |
| 11/12/20 | 9.91 | 21753 | 0.01 | 0.10 | 0.10 | 9.91 | -0.90 | 9.91 | 9.92 | 9.88 | -0.90 |
| 11/13/20 | 9.80 | 124744 | -0.11 | -1.11 | -1.11 | 9.80 | -2.00 | 9.94 | 9.94 | 9.78 | -2.00 |
| 11/16/20 | 9.90 | 7250 | 0.10 | 1.02 | 1.02 | 9.90 | -1.00 | 9.94 | 9.94 | 9.86 | -1.00 |
| 11/17/20 | 9.85 | 42189 | -0.05 | -0.51 | -0.51 | 9.85 | -1.50 | 9.91 | 9.91 | 9.84 | -1.50 |

**Price History: ATIP-US**

| Date | Price | CVol | Change | % Change | % Return | Total Return (Gross) | Cumulative Return % | Open | High | Low | Cumulative Change % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/20 | 9.94 | 18985 | 0.09 | 0.91 | 0.91 | 9.94 | -0.60 | 9.94 | 9.94 | 9.86 | -0.60 |
| 11/19/20 | 9.95 | 196111 | 0.01 | 0.10 | 0.10 | 9.95 | -0.50 | 9.88 | 9.98 | 9.88 | -0.50 |
| 11/20/20 | 9.96 | 371666 | 0.01 | 0.10 | 0.10 | 9.96 | -0.40 | 10.02 | 10.02 | 9.87 | -0.40 |
| 11/23/20 | 10.04 | 255872 | 0.08 | 0.80 | 0.80 | 10.04 | 0.40 | 10.02 | 10.08 | 9.91 | 0.40 |
| 11/24/20 | 10.06 | 321225 | 0.02 | 0.20 | 0.20 | 10.06 | 0.60 | 10.04 | 10.11 | 10.00 | 0.60 |
| 11/25/20 | 10.15 | 108430 | 0.09 | 0.89 | 0.89 | 10.15 | 1.50 | 10.15 | 10.18 | 10.04 | 1.50 |
| 11/27/20 | 10.30 | 23869 | 0.15 | 1.48 | 1.48 | 10.30 | 3.00 | 10.25 | 10.31 | 10.16 | 3.00 |
| 11/30/20 | 10.25 | 125940 | -0.05 | -0.49 | -0.49 | 10.25 | 2.50 | 10.30 | 10.35 | 10.20 | 2.50 |
| 12/01/20 | 10.23 | 143074 | -0.02 | -0.20 | -0.20 | 10.23 | 2.30 | 10.22 | 10.25 | 10.20 | 2.30 |
| 12/02/20 | 10.21 | 92273 | -0.02 | -0.20 | -0.20 | 10.21 | 2.10 | 10.20 | 10.27 | 10.20 | 2.10 |
| 12/03/20 | 10.24 | 135488 | 0.03 | 0.29 | 0.29 | 10.24 | 2.40 | 10.25 | 10.26 | 10.19 | 2.40 |
| 12/04/20 | 10.27 | 355372 | 0.03 | 0.29 | 0.29 | 10.27 | 2.70 | 10.30 | 10.30 | 10.21 | 2.70 |
| 12/07/20 | 10.22 | 139347 | -0.05 | -0.49 | -0.49 | 10.22 | 2.20 | 10.30 | 10.30 | 10.21 | 2.20 |
| 12/08/20 | 10.23 | 288342 | 0.01 | 0.10 | 0.10 | 10.23 | 2.30 | 10.25 | 10.27 | 10.20 | 2.30 |
| 12/09/20 | 10.27 | 89242 | 0.04 | 0.39 | 0.39 | 10.27 | 2.70 | 10.30 | 10.30 | 10.25 | 2.70 |
| 12/10/20 | 10.30 | 173245 | 0.03 | 0.29 | 0.29 | 10.30 | 3.00 | 10.21 | 10.30 | 10.21 | 3.00 |
| 12/11/20 | 10.52 | 212853 | 0.22 | 2.14 | 2.14 | 10.52 | 5.20 | 10.60 | 10.60 | 10.25 | 5.20 |
| 12/14/20 | 10.38 | 227944 | -0.14 | -1.33 | -1.33 | 10.38 | 3.80 | 10.40 | 10.49 | 10.31 | 3.80 |
| 12/15/20 | 10.25 | 454122 | -0.13 | -1.25 | -1.25 | 10.25 | 2.50 | 10.38 | 10.41 | 10.25 | 2.50 |
| 12/16/20 | 10.35 | 98597 | 0.10 | 0.98 | 0.98 | 10.35 | 3.50 | 10.25 | 10.38 | 10.25 | 3.50 |
| 12/17/20 | 10.44 | 252924 | 0.09 | 0.87 | 0.87 | 10.44 | 4.40 | 10.35 | 10.45 | 10.29 | 4.40 |
| 12/18/20 | 10.55 | 124585 | 0.11 | 1.05 | 1.05 | 10.55 | 5.50 | 10.39 | 10.55 | 10.39 | 5.50 |
| 12/21/20 | 10.55 | 185420 | | | | 10.55 | 5.50 | 10.55 | 10.57 | 10.44 | 5.50 |
| 12/22/20 | 10.71 | 625528 | 0.16 | 1.52 | 1.52 | 10.71 | 7.10 | 10.65 | 10.97 | 10.61 | 7.10 |
| 12/23/20 | 10.70 | 590964 | -0.01 | -0.09 | -0.09 | 10.70 | 7.00 | 10.97 | 10.97 | 10.59 | 7.00 |
| 12/24/20 | 10.80 | 539755 | 0.10 | 0.93 | 0.93 | 10.80 | 8.00 | 11.00 | 11.12 | 10.62 | 8.00 |
| 12/28/20 | 10.94 | 856831 | 0.14 | 1.30 | 1.30 | 10.94 | 9.40 | 11.04 | 11.10 | 10.87 | 9.40 |
| 12/29/20 | 10.70 | 533993 | -0.24 | -2.19 | -2.19 | 10.70 | 7.00 | 11.04 | 11.05 | 10.69 | 7.00 |
| 12/30/20 | 10.84 | 505939 | 0.14 | 1.31 | 1.31 | 10.84 | 8.40 | 10.64 | 11.00 | 10.61 | 8.40 |
| 12/31/20 | 10.73 | 210355 | -0.11 | -1.01 | -1.01 | 10.73 | 7.30 | 10.70 | 10.80 | 10.55 | 7.30 |
| 01/04/21 | 10.73 | 425349 | -0.01 | -0.05 | -0.05 | 10.73 | 7.25 | 10.94 | 10.96 | 10.68 | 7.25 |
| 01/05/21 | 10.86 | 352907 | 0.13 | 1.26 | 1.26 | 10.86 | 8.60 | 10.91 | 10.94 | 10.72 | 8.60 |
| 01/06/21 | 10.80 | 329450 | -0.06 | -0.55 | -0.55 | 10.80 | 8.00 | 10.72 | 10.93 | 10.72 | 8.00 |

**Price History: ATIP-US**

| Date | Price | CVol | Change | % Change | % Return | Total Return (Gross) | Cumulative Return % | Open | High | Low | Cumulative Change % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/21 | 10.81 | 306567 | 0.01 | 0.09 | 0.09 | 10.81 | 8.10 | 10.76 | 10.88 | 10.75 | 8.10 |
| 01/08/21 | 10.93 | 245914 | 0.12 | 1.11 | 1.11 | 10.93 | 9.30 | 10.80 | 10.95 | 10.80 | 9.30 |
| 01/11/21 | 11.05 | 716805 | 0.12 | 1.10 | 1.10 | 11.05 | 10.50 | 11.03 | 11.12 | 10.88 | 10.50 |
| 01/12/21 | 11.22 | 425745 | 0.17 | 1.54 | 1.54 | 11.22 | 12.20 | 11.05 | 11.30 | 10.94 | 12.20 |
| 01/13/21 | 11.45 | 772563 | 0.23 | 2.05 | 2.05 | 11.45 | 14.50 | 11.44 | 11.68 | 11.22 | 14.50 |
| 01/14/21 | 11.41 | 547208 | -0.04 | -0.35 | -0.35 | 11.41 | 14.10 | 11.60 | 11.60 | 11.35 | 14.10 |
| 01/15/21 | 11.30 | 829998 | -0.11 | -0.96 | -0.96 | 11.30 | 13.00 | 11.41 | 11.44 | 11.20 | 13.00 |
| 01/19/21 | 11.67 | 1451511 | 0.37 | 3.27 | 3.27 | 11.67 | 16.70 | 11.30 | 12.12 | 11.21 | 16.70 |
| 01/20/21 | 11.90 | 1110571 | 0.23 | 1.97 | 1.97 | 11.90 | 19.00 | 12.01 | 12.24 | 11.64 | 19.00 |
| 01/21/21 | 11.89 | 598568 | -0.01 | -0.08 | -0.08 | 11.89 | 18.90 | 11.82 | 12.00 | 11.69 | 18.90 |
| 01/22/21 | 11.91 | 826887 | 0.02 | 0.17 | 0.17 | 11.91 | 19.10 | 12.00 | 12.18 | 11.81 | 19.10 |
| 01/25/21 | 12.07 | 910959 | 0.16 | 1.34 | 1.34 | 12.07 | 20.70 | 11.97 | 12.42 | 11.88 | 20.70 |
| 01/26/21 | 11.63 | 791446 | -0.44 | -3.65 | -3.65 | 11.63 | 16.30 | 12.10 | 12.20 | 11.47 | 16.30 |
| 01/27/21 | 11.13 | 994374 | -0.50 | -4.30 | -4.30 | 11.13 | 11.30 | 11.45 | 11.50 | 10.67 | 11.30 |
| 01/28/21 | 10.88 | 1062727 | -0.25 | -2.25 | -2.25 | 10.88 | 8.80 | 11.00 | 11.38 | 10.88 | 8.80 |
| 01/29/21 | 11.30 | 681824 | 0.42 | 3.86 | 3.86 | 11.30 | 13.00 | 10.88 | 11.34 | 10.73 | 13.00 |
| 02/01/21 | 11.69 | 492710 | 0.39 | 3.45 | 3.45 | 11.69 | 16.90 | 11.45 | 11.71 | 11.07 | 16.90 |
| 02/02/21 | 11.78 | 434452 | 0.09 | 0.77 | 0.77 | 11.78 | 17.80 | 11.79 | 11.93 | 11.44 | 17.80 |
| 02/03/21 | 12.03 | 352033 | 0.25 | 2.12 | 2.12 | 12.03 | 20.30 | 11.75 | 12.04 | 11.68 | 20.30 |
| 02/04/21 | 12.08 | 290884 | 0.05 | 0.42 | 0.42 | 12.08 | 20.80 | 12.00 | 12.30 | 11.88 | 20.80 |
| 02/05/21 | 11.87 | 502444 | -0.21 | -1.74 | -1.74 | 11.87 | 18.70 | 12.05 | 12.09 | 11.80 | 18.70 |
| 02/08/21 | 12.06 | 746875 | 0.19 | 1.60 | 1.60 | 12.06 | 20.60 | 12.08 | 12.23 | 11.88 | 20.60 |
| 02/09/21 | 12.31 | 475776 | 0.25 | 2.07 | 2.07 | 12.31 | 23.10 | 12.02 | 12.44 | 12.00 | 23.10 |
| 02/10/21 | 12.33 | 542180 | 0.02 | 0.16 | 0.16 | 12.33 | 23.30 | 12.20 | 12.58 | 11.76 | 23.30 |
| 02/11/21 | 12.88 | 1205174 | 0.55 | 4.46 | 4.46 | 12.88 | 28.80 | 12.05 | 13.05 | 11.95 | 28.80 |
| 02/12/21 | 12.50 | 377727 | -0.38 | -2.95 | -2.95 | 12.50 | 25.00 | 12.79 | 12.94 | 12.41 | 25.00 |
| 02/16/21 | 12.11 | 599946 | -0.39 | -3.12 | -3.12 | 12.11 | 21.10 | 12.40 | 12.50 | 11.76 | 21.10 |
| 02/17/21 | 12.20 | 496882 | 0.09 | 0.74 | 0.74 | 12.20 | 22.00 | 12.23 | 12.29 | 11.81 | 22.00 |
| 02/18/21 | 11.99 | 327146 | -0.21 | -1.72 | -1.72 | 11.99 | 19.90 | 11.82 | 12.10 | 11.71 | 19.90 |
| 02/19/21 | 12.10 | 568822 | 0.11 | 0.92 | 0.92 | 12.10 | 21.00 | 12.10 | 12.60 | 12.02 | 21.00 |
| 02/22/21 | 10.47 | 8668665 | -1.63 | -13.47 | -13.47 | 10.47 | 4.70 | 10.55 | 10.69 | 10.31 | 4.70 |
| 02/23/21 | 10.61 | 3206685 | 0.14 | 1.34 | 1.34 | 10.61 | 6.10 | 10.31 | 10.67 | 10.21 | 6.10 |
| 02/24/21 | 10.59 | 3405715 | -0.02 | -0.19 | -0.19 | 10.59 | 5.90 | 10.63 | 10.72 | 10.37 | 5.90 |

**Price History: ATIP-US**

| Date | Price | CVol | Change | % Change | % Return | Total Return (Gross) | Cumulative Return % | Open | High | Low | Cumulative Change % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/25/21 | 10.35 | 2008413 | -0.24 | -2.27 | -2.27 | 10.35 | 3.50 | 10.65 | 10.65 | 10.34 | 3.50 |
| 02/26/21 | 10.26 | 809461 | -0.09 | -0.87 | -0.87 | 10.26 | 2.60 | 10.30 | 10.37 | 10.15 | 2.60 |
| 03/01/21 | 10.20 | 1157855 | -0.06 | -0.58 | -0.58 | 10.20 | 2.00 | 10.30 | 10.30 | 10.11 | 2.00 |
| 03/02/21 | 10.12 | 606564 | -0.08 | -0.78 | -0.78 | 10.12 | 1.20 | 10.16 | 10.20 | 10.02 | 1.20 |
| 03/03/21 | 10.08 | 1034981 | -0.04 | -0.40 | -0.40 | 10.08 | 0.80 | 10.14 | 10.18 | 9.97 | 0.80 |
| 03/04/21 | 10.00 | 1249720 | -0.08 | -0.79 | -0.79 | 10.00 | | 10.03 | 10.14 | 9.95 | |
| 03/05/21 | 10.17 | 839211 | 0.17 | 1.70 | 1.70 | 10.17 | 1.70 | 9.96 | 10.22 | 9.88 | 1.70 |
| 03/08/21 | 10.07 | 413571 | -0.10 | -0.98 | -0.98 | 10.07 | 0.70 | 10.06 | 10.19 | 10.00 | 0.70 |
| 03/09/21 | 10.02 | 432012 | -0.05 | -0.50 | -0.50 | 10.02 | 0.20 | 10.10 | 10.10 | 9.99 | 0.20 |
| 03/10/21 | 10.02 | 309017 | | | | 10.02 | 0.20 | 10.00 | 10.03 | 9.96 | 0.20 |
| 03/11/21 | 10.05 | 1083377 | 0.03 | 0.30 | 0.30 | 10.05 | 0.50 | 10.03 | 10.10 | 10.00 | 0.50 |
| 03/12/21 | 10.24 | 447741 | 0.19 | 1.89 | 1.89 | 10.24 | 2.40 | 10.03 | 10.24 | 10.03 | 2.40 |
| 03/15/21 | 10.03 | 682465 | -0.21 | -2.05 | -2.05 | 10.03 | 0.30 | 10.19 | 10.19 | 10.00 | 0.30 |
| 03/16/21 | 10.00 | 422362 | -0.03 | -0.30 | -0.30 | 10.00 | | 10.05 | 10.07 | 9.97 | |
| 03/17/21 | 10.04 | 254108 | 0.04 | 0.40 | 0.40 | 10.04 | 0.40 | 9.97 | 10.06 | 9.97 | 0.40 |
| 03/18/21 | 10.03 | 616857 | -0.01 | -0.10 | -0.10 | 10.03 | 0.30 | 10.03 | 10.05 | 9.98 | 0.30 |
| 03/19/21 | 9.98 | 717100 | -0.05 | -0.50 | -0.50 | 9.98 | -0.20 | 10.01 | 10.04 | 9.96 | -0.20 |
| 03/22/21 | 9.93 | 729447 | -0.05 | -0.50 | -0.50 | 9.93 | -0.70 | 9.98 | 10.00 | 9.92 | -0.70 |
| 03/23/21 | 9.90 | 647861 | -0.03 | -0.30 | -0.30 | 9.90 | -1.00 | 9.94 | 9.97 | 9.90 | -1.00 |
| 03/24/21 | 9.86 | 225189 | -0.04 | -0.40 | -0.40 | 9.86 | -1.40 | 9.90 | 9.95 | 9.82 | -1.40 |
| 03/25/21 | 9.95 | 998582 | 0.09 | 0.91 | 0.91 | 9.95 | -0.50 | 9.79 | 9.97 | 9.75 | -0.50 |
| 03/26/21 | 9.98 | 170203 | 0.03 | 0.30 | 0.30 | 9.98 | -0.20 | 9.95 | 9.99 | 9.91 | -0.20 |
| 03/29/21 | 9.94 | 383065 | -0.04 | -0.40 | -0.40 | 9.94 | -0.60 | 9.99 | 9.99 | 9.91 | -0.60 |
| 03/30/21 | 10.08 | 1514109 | 0.14 | 1.41 | 1.41 | 10.08 | 0.80 | 9.91 | 10.14 | 9.91 | 0.80 |
| 03/31/21 | 9.97 | 322220 | -0.11 | -1.09 | -1.09 | 9.97 | -0.30 | 10.10 | 10.10 | 9.95 | -0.30 |
| 04/01/21 | 10.09 | 706968 | 0.12 | 1.20 | 1.20 | 10.09 | 0.90 | 10.00 | 10.13 | 9.99 | 0.90 |
| 04/05/21 | 9.95 | 518418 | -0.14 | -1.39 | -1.39 | 9.95 | -0.50 | 10.11 | 10.11 | 9.95 | -0.50 |
| 04/06/21 | 9.97 | 403928 | 0.02 | 0.20 | 0.20 | 9.97 | -0.30 | 9.97 | 10.02 | 9.95 | -0.30 |
| 04/07/21 | 10.11 | 1815642 | 0.14 | 1.40 | 1.40 | 10.11 | 1.10 | 9.99 | 10.16 | 9.97 | 1.10 |
| 04/08/21 | 10.21 | 2321131 | 0.10 | 0.99 | 0.99 | 10.21 | 2.10 | 10.11 | 10.22 | 10.10 | 2.10 |
| 04/09/21 | 10.21 | 1632252 | | | | 10.21 | 2.10 | 10.18 | 10.27 | 10.14 | 2.10 |
| 04/12/21 | 10.13 | 658832 | -0.08 | -0.78 | -0.78 | 10.13 | 1.30 | 10.16 | 10.20 | 10.12 | 1.30 |
| 04/13/21 | 10.10 | 156276 | -0.03 | -0.30 | -0.30 | 10.10 | 1.00 | 10.06 | 10.13 | 10.06 | 1.00 |

**Price History: ATIP-US**

| Date | Price | CVol | Change | % Change | % Return | Total Return (Gross) | Cumulative Return % | Open | High | Low | Cumulative Change % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/21 | 10.05 | 231419 | -0.05 | -0.50 | -0.50 | 10.05 | 0.50 | 10.09 | 10.14 | 10.05 | 0.50 |
| 04/15/21 | 10.01 | 301867 | -0.04 | -0.40 | -0.40 | 10.01 | 0.10 | 10.06 | 10.06 | 9.98 | 0.10 |
| 04/16/21 | 9.97 | 556224 | -0.04 | -0.40 | -0.40 | 9.97 | -0.30 | 9.98 | 10.03 | 9.97 | -0.30 |
| 04/19/21 | 10.00 | 1083899 | 0.03 | 0.30 | 0.30 | 10.00 | | 9.96 | 10.16 | 9.92 | |
| 04/20/21 | 9.95 | 281833 | -0.05 | -0.50 | -0.50 | 9.95 | -0.50 | 10.01 | 10.01 | 9.92 | -0.50 |
| 04/21/21 | 10.00 | 183515 | 0.05 | 0.50 | 0.50 | 10.00 | | 9.95 | 10.03 | 9.93 | |
| 04/22/21 | 9.94 | 258816 | -0.06 | -0.60 | -0.60 | 9.94 | -0.60 | 9.99 | 10.03 | 9.91 | -0.60 |
| 04/23/21 | 9.96 | 123686 | 0.02 | 0.20 | 0.20 | 9.96 | -0.40 | 9.96 | 9.99 | 9.95 | -0.40 |
| 04/26/21 | 9.99 | 505652 | 0.03 | 0.30 | 0.30 | 9.99 | -0.10 | 9.99 | 10.15 | 9.96 | -0.10 |
| 04/27/21 | 9.98 | 130919 | -0.01 | -0.10 | -0.10 | 9.98 | -0.20 | 10.00 | 10.00 | 9.96 | -0.20 |
| 04/28/21 | 10.04 | 1071765 | 0.06 | 0.60 | 0.60 | 10.04 | 0.40 | 10.00 | 10.10 | 9.97 | 0.40 |
| 04/29/21 | 10.02 | 567785 | -0.02 | -0.20 | -0.20 | 10.02 | 0.20 | 10.09 | 10.09 | 9.99 | 0.20 |
| 04/30/21 | 9.96 | 533004 | -0.06 | -0.60 | -0.60 | 9.96 | -0.40 | 10.00 | 10.07 | 9.95 | -0.40 |
| 05/03/21 | 10.00 | 298112 | 0.04 | 0.40 | 0.40 | 10.00 | | 9.96 | 10.01 | 9.96 | |
| 05/04/21 | 10.02 | 532737 | 0.02 | 0.20 | 0.20 | 10.02 | 0.20 | 10.00 | 10.09 | 9.97 | 0.20 |
| 05/05/21 | 10.00 | 161100 | -0.02 | -0.20 | -0.20 | 10.00 | | 10.07 | 10.07 | 9.99 | |
| 05/06/21 | 9.99 | 163798 | -0.01 | -0.10 | -0.10 | 9.99 | -0.10 | 10.00 | 10.02 | 9.98 | -0.10 |
| 05/07/21 | 10.00 | 188928 | 0.01 | 0.10 | 0.10 | 10.00 | | 10.00 | 10.01 | 9.98 | |
| 05/10/21 | 9.99 | 334680 | -0.01 | -0.10 | -0.10 | 9.99 | -0.10 | 10.00 | 10.04 | 9.98 | -0.10 |
| 05/11/21 | 9.99 | 226905 | | | | 9.99 | -0.10 | 9.97 | 9.99 | 9.94 | -0.10 |
| 05/12/21 | 9.97 | 632543 | -0.02 | -0.20 | -0.20 | 9.97 | -0.30 | 9.94 | 10.06 | 9.94 | -0.30 |
| 05/13/21 | 9.98 | 513073 | 0.01 | 0.10 | 0.10 | 9.98 | -0.20 | 9.97 | 10.03 | 9.96 | -0.20 |
| 05/14/21 | 9.95 | 259054 | -0.03 | -0.30 | -0.30 | 9.95 | -0.50 | 9.97 | 9.98 | 9.94 | -0.50 |
| 05/17/21 | 9.95 | 198630 | | | | 9.95 | -0.50 | 9.95 | 9.97 | 9.95 | -0.50 |
| 05/18/21 | 9.96 | 255051 | 0.01 | 0.10 | 0.10 | 9.96 | -0.40 | 9.95 | 9.98 | 9.95 | -0.40 |
| 05/19/21 | 9.95 | 421720 | -0.01 | -0.10 | -0.10 | 9.95 | -0.50 | 9.94 | 9.97 | 9.94 | -0.50 |
| 05/20/21 | 9.99 | 435595 | 0.04 | 0.40 | 0.40 | 9.99 | -0.10 | 9.95 | 10.00 | 9.95 | -0.10 |
| 05/21/21 | 9.99 | 114689 | | | | 9.99 | -0.10 | 9.99 | 10.00 | 9.97 | -0.10 |
| 05/24/21 | 9.97 | 1955036 | -0.02 | -0.20 | -0.20 | 9.97 | -0.30 | 9.99 | 10.00 | 9.97 | -0.30 |
| 05/25/21 | 9.99 | 698770 | 0.02 | 0.20 | 0.20 | 9.99 | -0.10 | 9.98 | 10.00 | 9.97 | -0.10 |
| 05/26/21 | 9.99 | 234922 | | | | 9.99 | -0.10 | 9.98 | 10.00 | 9.98 | -0.10 |
| 05/27/21 | 9.98 | 186169 | -0.01 | -0.10 | -0.10 | 9.98 | -0.20 | 9.99 | 10.00 | 9.98 | -0.20 |
| 05/28/21 | 9.98 | 774923 | | | | 9.98 | -0.20 | 10.00 | 10.01 | 9.98 | -0.20 |

**Price History: ATIP-US**

| Date | Price | CVol | Change | % Change | % Return | Total Return (Gross) | Cumulative Return % | Open | High | Low | Cumulative Change % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/21 | 10.00 | 98175 | 0.02 | 0.20 | 0.20 | 10.00 | | 9.99 | 10.01 | 9.98 | |
| 06/02/21 | 10.00 | 367398 | | | | 10.00 | | 10.00 | 10.02 | 9.98 | |
| 06/03/21 | 10.00 | 238048 | | | | 10.00 | | 9.99 | 10.01 | 9.99 | |
| 06/04/21 | 9.99 | 1008880 | -0.01 | -0.10 | -0.10 | 9.99 | -0.10 | 10.00 | 10.01 | 9.97 | -0.10 |
| 06/07/21 | 10.02 | 1922757 | 0.03 | 0.30 | 0.30 | 10.02 | 0.20 | 10.01 | 10.05 | 9.98 | 0.20 |
| 06/08/21 | 10.02 | 2663749 | | | | 10.02 | 0.20 | 10.04 | 10.19 | 9.98 | 0.20 |
| 06/09/21 | 9.99 | 1108464 | -0.03 | -0.30 | -0.30 | 9.99 | -0.10 | 10.10 | 10.10 | 9.98 | -0.10 |
| 06/10/21 | 9.98 | 1616609 | -0.01 | -0.10 | -0.10 | 9.98 | -0.20 | 10.00 | 10.00 | 9.94 | -0.20 |
| 06/11/21 | 10.13 | 2690433 | 0.15 | 1.50 | 1.50 | 10.13 | 1.30 | 10.00 | 10.22 | 9.99 | 1.30 |
| 06/14/21 | 9.95 | 2207757 | -0.18 | -1.78 | -1.78 | 9.95 | -0.50 | 10.16 | 10.34 | 9.79 | -0.50 |
| 06/15/21 | 9.74 | 3324877 | -0.21 | -2.11 | -2.11 | 9.74 | -2.60 | 9.97 | 10.04 | 9.01 | -2.60 |
| 06/16/21 | 10.28 | 2402118 | 0.54 | 5.54 | 5.54 | 10.28 | 2.80 | 9.77 | 10.34 | 9.77 | 2.80 |
| 06/17/21 | 10.01 | 1152619 | -0.27 | -2.63 | -2.63 | 10.01 | 0.10 | 9.97 | 10.44 | 9.74 | 0.10 |
| 06/18/21 | 9.45 | 2133084 | -0.56 | -5.59 | -5.59 | 9.45 | -5.50 | 9.98 | 10.16 | 9.30 | -5.50 |
| 06/21/21 | 9.09 | 1499591 | -0.36 | -3.81 | -3.81 | 9.09 | -9.10 | 9.46 | 9.49 | 8.83 | -9.10 |
| 06/22/21 | 9.26 | 919207 | 0.17 | 1.87 | 1.87 | 9.26 | -7.40 | 9.16 | 9.44 | 9.11 | -7.40 |
| 06/23/21 | 9.35 | 578380 | 0.09 | 0.97 | 0.97 | 9.35 | -6.50 | 9.28 | 9.60 | 9.22 | -6.50 |
| 06/24/21 | 9.22 | 540200 | -0.13 | -1.39 | -1.39 | 9.22 | -7.80 | 9.32 | 9.40 | 9.10 | -7.80 |
| 06/25/21 | 9.07 | 962758 | -0.15 | -1.63 | -1.63 | 9.07 | -9.30 | 9.18 | 9.31 | 8.89 | -9.30 |
| 06/28/21 | 8.95 | 531405 | -0.12 | -1.32 | -1.32 | 8.95 | -10.50 | 9.07 | 9.07 | 8.92 | -10.50 |
| 06/29/21 | 9.51 | 1008926 | 0.56 | 6.26 | 6.26 | 9.51 | -4.90 | 8.97 | 9.61 | 8.96 | -4.90 |
| 06/30/21 | 9.54 | 504481 | 0.03 | 0.32 | 0.32 | 9.54 | -4.60 | 9.51 | 9.59 | 9.27 | -4.60 |
| 07/01/21 | 9.42 | 553118 | -0.12 | -1.26 | -1.26 | 9.42 | -5.80 | 9.59 | 9.59 | 9.35 | -5.80 |
| 07/02/21 | 9.05 | 709569 | -0.37 | -3.93 | -3.93 | 9.05 | -9.50 | 9.41 | 9.42 | 8.92 | -9.50 |
| 07/06/21 | 8.53 | 1099011 | -0.52 | -5.75 | -5.75 | 8.53 | -14.70 | 9.18 | 9.27 | 8.49 | -14.70 |
| 07/07/21 | 8.20 | 1362925 | -0.33 | -3.87 | -3.87 | 8.20 | -18.00 | 8.60 | 8.65 | 7.88 | -18.00 |
| 07/08/21 | 8.49 | 884187 | 0.29 | 3.54 | 3.54 | 8.49 | -15.10 | 8.08 | 8.53 | 8.01 | -15.10 |
| 07/09/21 | 8.61 | 432583 | 0.12 | 1.41 | 1.41 | 8.61 | -13.90 | 8.58 | 8.72 | 8.34 | -13.90 |
| 07/12/21 | 8.82 | 506807 | 0.21 | 2.44 | 2.44 | 8.82 | -11.80 | 8.71 | 8.86 | 8.57 | -11.80 |
| 07/13/21 | 8.80 | 1135021 | -0.02 | -0.23 | -0.23 | 8.80 | -12.00 | 8.70 | 8.92 | 8.56 | -12.00 |
| 07/14/21 | 8.35 | 1479095 | -0.45 | -5.11 | -5.11 | 8.35 | -16.50 | 8.70 | 8.78 | 8.15 | -16.50 |
| 07/15/21 | 8.16 | 1259472 | -0.19 | -2.28 | -2.28 | 8.16 | -18.40 | 8.54 | 8.57 | 7.82 | -18.40 |
| 07/16/21 | 8.17 | 560015 | 0.01 | 0.12 | 0.12 | 8.17 | -18.30 | 8.08 | 8.33 | 8.05 | -18.30 |

**Price History: ATIP-US**

| Date | Price | CVol | Change | % Change | % Return | Total Return (Gross) | Cumulative Return % | Open | High | Low | Cumulative Change % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/21 | 7.81 | 1021170 | -0.36 | -4.41 | -4.41 | 7.81 | -21.90 | 8.04 | 8.26 | 7.74 | -21.90 |
| 07/20/21 | 7.71 | 1140827 | -0.10 | -1.28 | -1.28 | 7.71 | -22.90 | 7.87 | 7.87 | 7.42 | -22.90 |
| 07/21/21 | 7.72 | 644525 | 0.01 | 0.13 | 0.13 | 7.72 | -22.80 | 7.83 | 7.96 | 7.60 | -22.80 |
| 07/22/21 | 8.03 | 996926 | 0.31 | 4.02 | 4.02 | 8.03 | -19.70 | 7.86 | 8.12 | 7.70 | -19.70 |
| 07/23/21 | 8.34 | 1472911 | 0.31 | 3.86 | 3.86 | 8.34 | -16.60 | 8.12 | 8.72 | 8.07 | -16.60 |
| 07/26/21 | 4.72 | 15788180 | -3.62 | -43.41 | -43.41 | 4.72 | -52.80 | 4.75 | 5.74 | 4.57 | -52.80 |
| 07/27/21 | 3.82 | 7666169 | -0.90 | -19.07 | -19.07 | 3.82 | -61.80 | 4.56 | 4.56 | 3.66 | -61.80 |
| 07/28/21 | 3.85 | 3889073 | 0.03 | 0.79 | 0.79 | 3.85 | -61.50 | 3.91 | 4.03 | 3.75 | -61.50 |
| 07/29/21 | 3.63 | 2935428 | -0.22 | -5.71 | -5.71 | 3.63 | -63.70 | 3.90 | 3.99 | 3.61 | -63.70 |
| 07/30/21 | 3.41 | 21339220 | -0.22 | -6.06 | -6.06 | 3.41 | -65.90 | 3.56 | 3.60 | 2.81 | -65.90 |
| 08/02/21 | 3.75 | 5593018 | 0.34 | 9.97 | 9.97 | 3.75 | -62.50 | 3.36 | 3.79 | 3.36 | -62.50 |
| 08/03/21 | 4.50 | 9635172 | 0.75 | 20.00 | 20.00 | 4.50 | -55.00 | 3.74 | 4.54 | 3.65 | -55.00 |
| 08/04/21 | 4.45 | 4596125 | -0.05 | -1.11 | -1.11 | 4.45 | -55.50 | 4.25 | 4.53 | 3.96 | -55.50 |
| 08/05/21 | 4.30 | 6226886 | -0.15 | -3.37 | -3.37 | 4.30 | -57.00 | 4.37 | 4.64 | 4.10 | -57.00 |
| 08/06/21 | 4.38 | 1553208 | 0.08 | 1.86 | 1.86 | 4.38 | -56.20 | 4.31 | 4.50 | 4.14 | -56.20 |
| 08/09/21 | 4.57 | 2722194 | 0.19 | 4.34 | 4.34 | 4.57 | -54.30 | 4.40 | 4.82 | 4.30 | -54.30 |
| 08/10/21 | 4.06 | 2802807 | -0.51 | -11.16 | -11.16 | 4.06 | -59.40 | 4.55 | 4.57 | 3.99 | -59.40 |
| 08/11/21 | 4.33 | 1830238 | 0.27 | 6.65 | 6.65 | 4.33 | -56.70 | 4.08 | 4.38 | 4.05 | -56.70 |
| 08/12/21 | 4.27 | 1131609 | -0.06 | -1.39 | -1.39 | 4.27 | -57.30 | 4.30 | 4.48 | 4.19 | -57.30 |
| 08/13/21 | 4.15 | 793334 | -0.12 | -2.81 | -2.81 | 4.15 | -58.50 | 4.26 | 4.33 | 4.15 | -58.50 |
| 08/16/21 | 4.16 | 958877 | 0.01 | 0.24 | 0.24 | 4.16 | -58.40 | 4.20 | 4.25 | 4.05 | -58.40 |
| 08/17/21 | 3.89 | 2778242 | -0.27 | -6.49 | -6.49 | 3.89 | -61.10 | 4.16 | 4.17 | 3.65 | -61.10 |
| 08/18/21 | 3.99 | 1111337 | 0.10 | 2.57 | 2.57 | 3.99 | -60.10 | 3.89 | 4.08 | 3.85 | -60.10 |
| 08/19/21 | 3.71 | 1712932 | -0.28 | -7.02 | -7.02 | 3.71 | -62.90 | 3.88 | 3.98 | 3.69 | -62.90 |
| 08/20/21 | 3.88 | 1404124 | 0.17 | 4.58 | 4.58 | 3.88 | -61.20 | 3.71 | 3.90 | 3.70 | -61.20 |
| 08/23/21 | 3.92 | 1121125 | 0.04 | 1.03 | 1.03 | 3.92 | -60.80 | 3.90 | 3.99 | 3.80 | -60.80 |
| 08/24/21 | 4.00 | 1550251 | 0.08 | 2.04 | 2.04 | 4.00 | -60.00 | 4.00 | 4.08 | 3.94 | -60.00 |
| 08/25/21 | 4.11 | 909416 | 0.11 | 2.75 | 2.75 | 4.11 | -58.90 | 4.02 | 4.13 | 3.95 | -58.90 |
| 08/26/21 | 4.14 | 989512 | 0.03 | 0.73 | 0.73 | 4.14 | -58.60 | 4.13 | 4.19 | 4.08 | -58.60 |
| 08/27/21 | 4.25 | 1479083 | 0.11 | 2.66 | 2.66 | 4.25 | -57.50 | 4.15 | 4.37 | 4.13 | -57.50 |
| 08/30/21 | 4.15 | 2635298 | -0.10 | -2.35 | -2.35 | 4.15 | -58.50 | 4.30 | 4.32 | 4.02 | -58.50 |
| 08/31/21 | 4.30 | 993906 | 0.15 | 3.61 | 3.61 | 4.30 | -57.00 | 4.15 | 4.31 | 4.09 | -57.00 |
| 09/01/21 | 4.34 | 1259946 | 0.04 | 0.93 | 0.93 | 4.34 | -56.60 | 4.34 | 4.36 | 4.14 | -56.60 |

**Price History: ATIP-US**

| Date | Price | CVol | Change | % Change | % Return | Total Return (Gross) | Cumulative Return % | Open | High | Low | Cumulative Change % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/21 | 4.52 | 1289859 | 0.18 | 4.15 | 4.15 | 4.52 | -54.80 | 4.35 | 4.57 | 4.25 | -54.80 |
| 09/03/21 | 4.55 | 1740223 | 0.03 | 0.66 | 0.66 | 4.55 | -54.50 | 4.51 | 4.59 | 4.42 | -54.50 |
| 09/07/21 | 4.30 | 1077660 | -0.25 | -5.49 | -5.49 | 4.30 | -57.00 | 4.55 | 4.63 | 4.30 | -57.00 |
| 09/08/21 | 4.00 | 3072667 | -0.30 | -6.98 | -6.98 | 4.00 | -60.00 | 4.30 | 4.32 | 3.96 | -60.00 |
| 09/09/21 | 4.03 | 1228917 | 0.03 | 0.75 | 0.75 | 4.03 | -59.70 | 4.00 | 4.18 | 4.00 | -59.70 |
| 09/10/21 | 3.95 | 997357 | -0.08 | -1.99 | -1.99 | 3.95 | -60.50 | 4.03 | 4.05 | 3.88 | -60.50 |
| 09/13/21 | 3.85 | 636488 | -0.10 | -2.53 | -2.53 | 3.85 | -61.50 | 3.97 | 4.00 | 3.84 | -61.50 |
| 09/14/21 | 3.71 | 718039 | -0.14 | -3.64 | -3.64 | 3.71 | -62.90 | 3.87 | 3.90 | 3.67 | -62.90 |
| 09/15/21 | 3.66 | 918370 | -0.05 | -1.35 | -1.35 | 3.66 | -63.40 | 3.72 | 3.76 | 3.61 | -63.40 |
| 09/16/21 | 3.74 | 1085170 | 0.08 | 2.19 | 2.19 | 3.74 | -62.60 | 3.70 | 3.75 | 3.60 | -62.60 |
| 09/17/21 | 3.53 | 3028206 | -0.21 | -5.61 | -5.61 | 3.53 | -64.70 | 3.75 | 3.79 | 3.51 | -64.70 |
| 09/20/21 | 3.45 | 1673940 | -0.08 | -2.27 | -2.27 | 3.45 | -65.50 | 3.56 | 3.60 | 3.32 | -65.50 |
| 09/21/21 | 3.40 | 717883 | -0.05 | -1.45 | -1.45 | 3.40 | -66.00 | 3.45 | 3.52 | 3.37 | -66.00 |
| 09/22/21 | 3.39 | 546073 | -0.01 | -0.29 | -0.29 | 3.39 | -66.10 | 3.39 | 3.47 | 3.32 | -66.10 |
| 09/23/21 | 3.50 | 1140489 | 0.11 | 3.24 | 3.24 | 3.50 | -65.00 | 3.38 | 3.55 | 3.31 | -65.00 |
| 09/24/21 | 3.77 | 1346750 | 0.27 | 7.71 | 7.71 | 3.77 | -62.30 | 3.55 | 3.77 | 3.51 | -62.30 |
| 09/27/21 | 3.96 | 1621757 | 0.19 | 5.04 | 5.04 | 3.96 | -60.40 | 3.74 | 4.00 | 3.71 | -60.40 |
| 09/28/21 | 3.75 | 967055 | -0.21 | -5.30 | -5.30 | 3.75 | -62.50 | 3.96 | 3.96 | 3.71 | -62.50 |
| 09/29/21 | 3.83 | 1237342 | 0.08 | 2.13 | 2.13 | 3.83 | -61.70 | 3.75 | 3.89 | 3.64 | -61.70 |
| 09/30/21 | 3.80 | 1865501 | -0.03 | -0.78 | -0.78 | 3.80 | -62.00 | 3.79 | 3.99 | 3.74 | -62.00 |
| 10/01/21 | 3.79 | 1203060 | -0.01 | -0.26 | -0.26 | 3.79 | -62.10 | 3.82 | 3.82 | 3.63 | -62.10 |
| 10/04/21 | 3.63 | 377489 | -0.16 | -4.22 | -4.22 | 3.63 | -63.70 | 3.76 | 3.77 | 3.63 | -63.70 |
| 10/05/21 | 3.67 | 792574 | 0.04 | 1.10 | 1.10 | 3.67 | -63.30 | 3.67 | 3.72 | 3.61 | -63.30 |
| 10/06/21 | 3.52 | 944596 | -0.15 | -4.09 | -4.09 | 3.52 | -64.80 | 3.61 | 3.71 | 3.43 | -64.80 |
| 10/07/21 | 3.64 | 407992 | 0.12 | 3.41 | 3.41 | 3.64 | -63.60 | 3.56 | 3.70 | 3.55 | -63.60 |
| 10/08/21 | 3.67 | 444762 | 0.03 | 0.82 | 0.82 | 3.67 | -63.30 | 3.64 | 3.71 | 3.60 | -63.30 |
| 10/11/21 | 3.55 | 392450 | -0.12 | -3.27 | -3.27 | 3.55 | -64.50 | 3.67 | 3.69 | 3.55 | -64.50 |
| 10/12/21 | 3.45 | 1058377 | -0.10 | -2.82 | -2.82 | 3.45 | -65.50 | 3.50 | 3.57 | 3.35 | -65.50 |
| 10/13/21 | 3.61 | 513418 | 0.16 | 4.64 | 4.64 | 3.61 | -63.90 | 3.50 | 3.62 | 3.43 | -63.90 |
| 10/14/21 | 3.51 | 422131 | -0.10 | -2.77 | -2.77 | 3.51 | -64.90 | 3.63 | 3.66 | 3.50 | -64.90 |
| 10/15/21 | 3.53 | 307605 | 0.02 | 0.57 | 0.57 | 3.53 | -64.70 | 3.55 | 3.64 | 3.51 | -64.70 |
| 10/18/21 | 3.57 | 611955 | 0.04 | 1.13 | 1.13 | 3.57 | -64.30 | 3.55 | 3.61 | 3.40 | -64.30 |
| 10/19/21 | 3.65 | 2494314 | 0.08 | 2.24 | 2.24 | 3.65 | -63.50 | 3.58 | 3.90 | 3.56 | -63.50 |

**Price History: ATIP-US**

| Date | Price | CVol | Change | % Change | % Return | Total Return (Gross) | Cumulative Return % | Open | High | Low | Cumulative Change % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/21 | 2.86 | 14753020 | -0.79 | -21.64 | -21.64 | 2.86 | -71.40 | 3.05 | 3.06 | 2.81 | -71.40 |