**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>                      Defendants. | Case No. 1:21-cv-04349<br><br>Honorable Edmond E. Chang |

## MR. MCKNIGHT'S AND THE FVAC DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Andrew A. McKnight ("Mr. McKnight"), Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (collectively the "FVAC Defendants"), by and through their counsel, respectfully move this Court to dismiss Plaintiffs' Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, filed on February 8, 2022 (ECF No. 58), pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995 for failure to state a claim upon which relief may be granted. In support of this Motion, Mr. McKnight and the FVAC Defendants submit the accompanying Memorandum of Law in Support and the exhibits thereto.

Dated: April 11, 2022

Respectfully submitted,

/s/ Charles F. Smith (Illinois Bar 6195537)
**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**
Charles F. Smith
155 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com

Scott D. Musoff
Michael M. Powell
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com
michael.powell@skadden.com

*Counsel for Defendants*
*Andrew A. McKnight, Joshua*
*A. Pack, Aaron F. Hood,*
*Carmen A. Policy, Marc*
*Furstein, Leslee Cowen,*
*Rakefet Russak-Aminoach,*
*and Sunil Gulati*

2