**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-04349 |
| Plaintiffs, | Honorable Edmond E. Chang |
| vs. | |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | |
| Defendants. | |

## <u>DECLARATION OF CHARLES F. SMITH</u>

I, Charles F. Smith, declare under penalty of perjury the following:

1.      I am one of the attorneys representing Defendants Andrew A. McKnight ("Mr. McKnight"), Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (collectively the "FVAC Defendants") in the above-captioned action.  I make this declaration in support of Mr. McKnight's and the FVAC Defendants' Motion to Dismiss.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the definitive Schedule 14A Proxy Statement filed on May 14, 2021 by Fortress Value Acquisition Corp. II ("FVAC").

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Form 8-K filed on February 22, 2021 by FVAC.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Schedule 14A Proxy Statement filed on March 12, 2021 by FVAC.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Schedule 14A Proxy Statement filed on April 1, 2021 by FVAC.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the Schedule 14A Proxy Statement filed on May 5, 2021 by FVAC.

7.      Attached hereto as **Exhibit 6** are true and correct copies of the Schedule 14A Proxy Statements filed May 20, 2021 by FVAC.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the Schedule 14A Proxy Statement filed on May 24, 2021 by FVAC.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of the Schedule 14A Proxy Statement filed on June 2, 2021 by FVAC.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the Schedule 14A Proxy Statement filed on June 3, 2021 by FVAC.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the Schedule 14A Proxy Statement filed on June 4, 2021 by FVAC.

Dated: April 11, 2022

Respectfully submitted,

<u>/s/ Charles F. Smith (Illinois Bar 6195537)</u>
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
Charles F. Smith
155 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com

Scott D. Musoff
Michael M. Powell
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com
michael.powell@skadden.com

*Counsel for Defendants
Andrew A. McKnight, Joshua
A. Pack, Aaron F. Hood,
Carmen A. Policy, Marc
Furstein, Leslee Cowen,
Rakefet Russak-Aminoach,
and Sunil Gulati*
