**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| KEVIN BURBIGE and ZYYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSPEH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>    Defendants. | No. 1:21-cv-04349<br><br>Hon. Edmond E. Chang<br><br>Magistrate Judge Young B. Kim |

**FVAC DEFENDANTS' AMENDED RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants Andrew McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (collectively, the "FVAC Defendants"), through their counsel, hereby amend their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's December 26, 2023 Minute Entry (ECF No. 131).

**PRELIMINARY STATEMENT**

The FVAC Defendants make these amended Initial Disclosures based on the information reasonably available and presently known to the FVAC Defendants. These amended Initial

Disclosures are not intended as a complete, comprehensive statement of all potential witnesses and materials that the FVAC Defendants may rely upon in this action. The FVAC Defendants continue to investigate the issues raised in this case, and thus reserve the right to supplement, modify, or amend, in any way, these Initial Disclosures, consistent with Federal Rule of Civil Procedure 26(e). The FVAC Defendants expressly reserve their right to rely on additional information or sources of information in support of their defenses, if or as such information or sources become known.

By making these amended Initial Disclosures, the FVAC Defendants do not waive, and expressly reserve, any and all protections available pursuant to the attorney-client privilege, the work-product doctrine, the joint defense privilege, the common interest privilege, and any other applicable privilege or immunity. In addition, the information set forth below is provided without waiving (i) the right to object on any appropriate grounds to the use of any information disclosed herein for any purpose, including objections based on admissibility or discoverability, and (ii) the right to object to any future discovery requests relating to the subject matter of these amended Initial Disclosures.

## DISCLOSURES

**I.   Rule 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information that the FVAC Defendants May Use to Support Their Claims and/or Defenses**

The following individuals are likely to have discoverable information that the FVAC Defendants may use to support their defenses to the presently surviving claims against them in the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"):

2

| Name | Address | Subject Matter |
|---|---|---|
| Labeed Diab (former Chief Executive Officer of ATI) | May be contacted through counsel for ATI Defendants[1] | The business capabilities and performance of ATI Physical Therapy, Inc. during the relevant time period, including as it relates to staffing and financial performance. |
| Joseph Jordan (Chief Financial Officer of ATI) | May be contacted through counsel for ATI Defendants | The business capabilities and performance of ATI Physical Therapy, Inc. during the relevant time period, including as it relates to staffing and financial performance. |
| Ray Wahl (former Chief Operations Officer of ATI) | May be contacted through counsel for ATI Defendants | The business capabilities and performance of ATI Physical Therapy, Inc. during the relevant time period, including as it relates to staffing and financial performance. |
| Cedric Coco (former Chief Human Resources Officer of ATI) | May be contacted through counsel for ATI Defendants | The business capabilities and performance of ATI Physical Therapy, Inc. during the relevant time period, including as it relates to staffing. |
| Jaime Lewis (former Senior Vice President of Finance of ATI) | May be contacted through counsel for ATI Defendants | The business capabilities and performance of ATI Physical Therapy, Inc. during the relevant time period, including as it relates to staffing and financial performance. |
| Plaintiffs' representatives | May be contacted through Plaintiffs' counsel | Facts alleged in the Complaint. |

In addition to these specific individuals currently known to the FVAC Defendants, the following categories of individuals are likely to have discoverable information that the FVAC Defendants may use to support their claims or defenses:

---

[1] Capitalized terms shall have the same meanings ascribed to them in this Court's September 6, 2023 Memorandum Opinion and Order (ECF. No. 104).

A.       Presently unknown current and former employees of ATI, to be identified through discovery, who may possess relevant information concerning the allegations in the Complaint and the FVAC Defendants' defenses thereto;

B.       Presently unknown third parties, to be identified through discovery, who may possess relevant information concerning attrition rates for physical therapists; and

C.       Presently unknown third parties, to be identified through discovery, who may possess relevant information concerning attrition rates for clinical staff in the physical therapist industry.

The FVAC Defendants reserve the right to call as a witness any individual identified as a person likely to have discoverable information in Plaintiffs' and/or any other Defendants' Initial Disclosures, any individual identified by name in Plaintiffs' and/or any other Defendants' interrogatory responses, as well as any witness listed by Plaintiffs and/or any other Defendant for deposition or trial testimony. The FVAC Defendants' investigation is ongoing and if they identify additional witnesses that they may use to support their claims or defenses, they will supplement the disclosures above.

II.      **Rule 26(a)(1)(A)(ii): Description of Materials in the FVAC Defendants' Possession, Custody, or Control that the FVAC Defendants May Use to Support Their Claims and/or Defenses**

The FVAC Defendants may use the following documents in their possession, custody, or control to support their defenses to the presently surviving claims against them in the Complaint:

- FVAC's or ATI's public filings, including, but not limited to, FVAC's or ATI's proxy statements filed on Schedule 14A, Form 8-Ks, Form 10-Qs, and Form 10-Ks filed with the U.S. Securities and Exchange Commission;

- FVAC's corporate records, including but not limited to, board minutes and presentation materials;

- Materials prepared by FVAC's advisors in connection with the merger between FVAC and ATI including, but not limited to, summaries and presentations of due diligence into ATI;

The foregoing categories of documents are either (i) publicly available, (ii) located in the custodial files of certain of the FVAC Defendants, and/or (iii) located on Fortress Investment Group LLC's servers.

The FVAC Defendants believe that most of the relevant information to support their defenses to the presently surviving claims against them in the Complaint will be in the possession, custody, and control of other Defendants. Accordingly, the FVAC Defendants may use documents identified in the initial disclosures of ATI Physical Therapy, Inc., Labeed Diab, and Jospeh Jordan. The FVAC Defendants may also use documents produced by Plaintiffs and/or by third parties, including Plaintiffs' witnesses.

**III.     Rule 26(a)(1)(A)(iii): Computation of Damages Claimed By the FVAC Defendants**

The FVAC Defendants are not seeking damages in this action.

**IV.     Rule 26(a)(1)(A)(iv): Disclosure of Insurance**

ATI has already produced and provided to Plaintiffs the insurance policies that may be applicable to the surviving claims against the FVAC Defendants in this action. (*See* ATI_SEC_LITIG_00000032; ATI_SEC_LITIG_00000069.)

Dated: January 12, 2024

Respectfully submitted,

*/s/ Charles F. Smith* (Illinois Bar 6195537)
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
Charles F. Smith
Laura Bernescu
155 North Wacker Drive
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com
laura.bernescu@skadden.com

Scott D. Musoff
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com

*Counsel for the FVAC Defendants*

6