**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No.: 1:21-CV-04349 |
| Plaintiffs, | ) ) ) | Judge Edmond E. Chang |
| v. | ) ) | Magistrate Judge Young B. Kim |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | ) ) ) ) ) ) ) ) ) ) ) ) | **JOINT MOTION TO STAY ALL DEADLINES AND PROCEEDINGS BASED ON SETTLEMENT** |
| Defendants. | ) | |

Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds ("Lead Plaintiffs") and Consolidated Plaintiff City of Melbourne Firefighters' Retirement System (together with Lead Plaintiffs, "Plaintiffs"), on behalf of themselves and all members of the putative class in this action, and Defendants ATI Physical Therapy, Inc. ("ATI" or the "Company") f/k/a Fortress Value Acquisition Corp. II ("FVAC"), Labeed Diab, Joseph Jordan, Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (collectively, "Defendants," and together with Plaintiffs, the "Settling Parties"), jointly by and through their undersigned counsel, respectfully request that the Court stay all deadlines and proceedings, including all discovery deadlines, based on the Settling Parties having reached a settlement in principle to resolve all claims in this action. In support of this motion, the Settling Parties state as follows:

1.      The Settling Parties have reached a settlement agreement in principle and are negotiating a written settlement agreement, which they will use best efforts to file with this Court, along with a motion for preliminary approval of this settlement (the "Motion for Approval"), within fifty (50) days.

2.      To facilitate such efforts, the Settling Parties hereby jointly request that this Court stay all deadlines and proceedings in this case, including all discovery deadlines, for fifty (50) days to preserve the resources of Plaintiffs, Defendants, and the Court and to allow the Parties to formalize the settlement agreement and to seek preliminary and final approval of the settlement.

3.      In the event that the Settling Parties are unable to finalize the settlement agreement and/or to file the Motion for Approval within fifty (50) days from the date this motion is granted, the Settling Parties propose that they provide a joint status report to the Court in writing.

1

Dated: January 22, 2024

Respectfully submitted,

**MUCH SHELIST, P.C.**

*/s/ Jason M. Rosenthal*
Jason M. Rosenthal
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 521-2437
Fax: (312) 521-2100
jrosenthal@muchlaw.com


-and-

**WEIL, GOTSHAL & MANGES LLP**
John A. Neuwirth
Joshua S. Amsel
Stefania D. Venezia
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
john.neuwirth@weil.com
joshua.amsel@weil.com
stefania.venezia@weil.com

*Counsel for Defendants ATI Physical Therapy, Inc. (f/k/a Fortress Value Acquisition Corp. II), Labeed Diab, and Joseph Jordan*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Charles F. Smith*
Charles F. Smith
155 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Scott D. Musoff
New York, New York 10001-8602

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Austin P. Van*
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com


*Lead Counsel for Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

Jeremy P. Robinson (*pro hac vice*)
Jasmine Cooper-Little
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jeremy@blbglaw.com
jasmine.cooper-little@blbglaw.com


*Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
Bonni S. Jensen

2

Tel: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com

*Counsel for Defendants Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati*

7080 Northwest Fourth Street
Plantation, Florida 33315
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
bonni@robertdklausner.com

*Additional Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System*

3

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 22, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will cause notice and a copy of this filing to be served upon all counsel of record.

*/s/ Austin P. Van*
Austin P. Van

4