**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Case No. 1:21-cv-04349 |
| | Judge Edmond E. Chang |
| v. | Magistrate Judge Young B. Kim |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Defendants ATI Physical Therapy, Inc. ("ATI" or the "Company") f/k/a Fortress Value

Acquisition Corp. II, Labeed Diab, Joseph Jordan, Andrew A. McKnight, Joshua A. Pack, Marc

Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil

Gulati (collectively, "Defendants") respectfully move this Court for a 10-day extension of the

Parties'[1] deadline to file their motion for preliminary approval of the settlement, through and

including April 19, 2024.  Defendants intend this motion to be their final request for an extension.

Plaintiffs do not oppose this motion.

On January 22, 2024, the Parties filed a Joint Motion to Stay All Deadlines and

---

[1] "Parties" means Defendants together with Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds ("Lead Plaintiffs") and Consolidated Plaintiff City of Melbourne Firefighters' Retirement System (together with Lead Plaintiffs, "Plaintiffs").

Proceedings Based on Settlement (the "Joint Stay Motion") (Dkt. No. 141), which the Court granted the same day (Dkt. No. 142). On February 9, 2024, the Parties filed a Joint Status Report (Dkt. No. 144), updating the Court on the Parties' progress in documenting the Parties' settlement agreement in principle. On February 19, 2024, the Parties filed an additional Joint Status Report (Dkt. No. 146), further updating the Court on the Parties' progress in documenting the Parties' settlement agreement in principle. On February 20, 2024, the Court notified the Parties that it would lift the discovery stay that is currently in place unless the Parties filed their motion for preliminary approval of the settlement by March 19, 2024 (Dkt. No. 147). On March 19, 2024, the Parties filed an additional Joint Status Report (Dkt. No. 149), requesting that the Court provide an additional three (3) weeks, through and including April 9, 2024, for the submission of formal settlement documentation and a motion for preliminary approval of the settlement. On March 20, 2024, the Court granted the Parties' request (Dkt. No. 150). On March 28, 2024, the Court directed the Parties to file the motion for preliminary approval of the settlement on April 9, 2024 (Dkt. No. 151). Defendants now respectfully move this Court for a ruling granting a final 10-day extension, through and including April 19, 2024, for the Parties to finalize and submit their formal settlement documentation and a motion for preliminary approval of the settlement. Plaintiffs do not oppose this motion.

Defendants are continuing to negotiate a "global" resolution of this Action and the Related Actions.[2] Defendants (with the assistance of the mediator, former U.S. District Judge Layn R. Phillips) have been moving expeditiously, but such negotiations -- which have involved the Parties here, the parties to the Related Actions, and the Company's insurers (across multiple insurance

---

[2] The "Related Actions" include: (i) *In re ATI Physical Therapy, Inc. S'holder Deriv. Litig.*, Case No. 1-21-cv-06415 (EEC) (N.D. Ill.) (Chang, J.); (ii) *Robinson v. Fortress Acquisition Sponsor II, LLC*, No. 2023-0142-NAC (Del. Ch.); and (iii) *Goldstein v. Fortress Acquisition Sponsor II, LLC*, No. 2023-0582-NAC (Del. Ch.).

towers) -- have been both time-consuming and complex.  At the same time, the Parties have been

working diligently to prepare formal settlement documentation for submission to the Court, and

that documentation is relatively far along.  Given the ongoing discussions, Defendants respectfully

move the Court for an additional ten (10) days, through and including April 19, 2024, to allow for

the global settlement discussions to conclude and for the formal settlement documentation and

motion to be finalized and submitted.  Plaintiffs have been patient throughout this process and,

again, do not oppose this motion.

WHEREFORE, Defendants request that this Court enter an Order (1) keeping the stay of

discovery in place; (2) granting the Parties until April 19, 2024 to file the motion for preliminary

approval; and (3) granting all other relief the Court deems appropriate.


Dated: April 9, 2024                                    Respectfully submitted,

                                                        **MUCH SHELIST, P.C.**

                                                        */s/ Jason M. Rosenthal*
                                                        Jason M. Rosenthal
                                                        191 North Wacker Drive, Suite 1800
                                                        Chicago, IL 60606
                                                        Tel: (312) 521-2437
                                                        Fax: (312) 521-2100
                                                        jrosenthal@muchlaw.com

                                                        -and-

                                                        **WEIL, GOTSHAL & MANGES LLP**

                                                        John A. Neuwirth
                                                        Joshua S. Amsel
                                                        Stefania D. Venezia
                                                        767 Fifth Avenue
                                                        New York, New York 10153
                                                        Tel: (212) 310-8000
                                                        Fax: (212) 310-8007
                                                        john.neuwirth@weil.com
                                                        joshua.amsel@weil.com
                                                        stefania.venezia@weil.com

*Counsel for Defendants ATI Physical Therapy, Inc. (f/k/a Fortress Value Acquisition Corp. II), Labeed Diab, and Joseph Jordan*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

<u>/s/ Charles F. Smith</u>
Charles F. Smith
155 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

Scott D. Musoff
New York, New York 10001-8602
Tel: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com

*Counsel for Defendants Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati*

## CERTIFICATE OF SERVICE

Jason M. Rosenthal, an attorney, certifies that he caused the foregoing **Defendants'**

**Unopposed Motion for Extension of Time to File Motion for Preliminary Approval of Class**

**Settlement** to be electronically filed with the Clerk of the U.S. District Court, Northern District

of Illinois, Eastern Division by using the CM/ECF system, which will send notification of such

filing to the following recipients on this 9th day of April 2024.

POMERANTZ LLP
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
avan@pomlaw.com

*Lead Counsel for Lead Plaintiffs Phoenix
Insurance Company Ltd. and The Phoenix
Pension & Provident Funds*

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (31) 794-7801
avi@blbglaw.com

Jeremy P. Robinson (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
scott.foglietta@blbglaw.com

MUCH SHELIST, P.C.
Jason M. Rosenthal
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 521-2437
Fax: (312) 521-2100

-and-

WEIL, GOTSHAL & MANGES LLP
John A. Neuwirth
Joshua S. Amsel
Stefania D. Venezia
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
john.neuwirth@weil.com
joshua.amsel@weil.com
stefania.venezia@weil.com

*Counsel for Defendants ATI Physical Therapy
Inc. (f/k/a Fortress Value Acquisition Corp.
II), Labeed Diab, and Joseph Jordan*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Charles F. Smith
155 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
Charles.smith@skadden.com

5

*Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System*

| | |
|---|---|
| KLAUSNER, KAUFMAN, JENSEN & LEVINSON<br>Robert D. Klausner<br>Bonni S. Jensen<br>7080 Northwest Fourth Street<br>Plantation, Florida 33315<br>Telephone: (954) 916-1202<br>Facsimile: (954) 916-1232<br>*bob@robertdklausner.com* | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Scott D. Musoff<br>One Manhattan West<br>New York, New York 10001-8602<br>Tel: (212) 735-3000<br>Fax: (212) 735-2000<br>scott.musoff@skadden.com |

+

+
bonni@robertdklausner.com

*Additional Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System*

*Counsel for Defendants Andrew A. McKnight, Joshua A. Pack, Marc Furstein Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati*

*/s/ Jason M. Rosenthal*