**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, <br><br> Defendants. | Case No. 1:21-cv-04349 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Young B. Kim |

## JOINT MOTION TO REINSTATE TEMPORARY STAY OF ALL DEADLINES AND PROCEEDINGS BASED ON GLOBAL SETTLEMENT

Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds ("Lead Plaintiffs") and Consolidated Plaintiff City of Melbourne Firefighters' Retirement System (together with Lead Plaintiffs, "Plaintiffs"), on behalf of themselves and all members of the putative class in the above-captioned action (the "Action"), and Defendants ATI Physical Therapy, Inc. ("ATI" or the "Company") f/k/a Fortress Value Acquisition Corp. II, Labeed Diab, Joseph Jordan, Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (collectively, "Defendants," and together with Plaintiffs, the "Parties") jointly, by and through their undersigned counsel, respectfully request that the Court reinstate a temporary stay of all deadlines and

proceedings, including all discovery deadlines. In support of this motion, the Parties state as follows:

The Parties are pleased to report that, on April 22, 2024, they were able to reach a "global" resolution of this Action and the Related Actions.[1]

By way of brief background, on January 22, 2024, the Parties filed a Joint Motion to Stay All Deadlines and Proceedings Based on Settlement (Dkt. No. 141), which the Court granted (Dkt. No. 142). On February 9, 2024, the Parties filed a Joint Status Report (Dkt. No. 144), updating the Court on the Parties' progress in documenting the Parties' settlement agreement in principle. On February 19, 2024, the Parties filed an additional Joint Status Report (Dkt. No. 146), further updating the Court on the Parties' progress in documenting the Parties' settlement agreement in principle. On February 20, 2024, the Court notified the Parties that it would lift the discovery stay unless the Parties filed their motion for preliminary approval of the settlement by March 19, 2024 (Dkt. No. 147). On March 19, 2024, the Parties filed an additional Joint Status Report (Dkt. No. 149), requesting that the Court provide an additional three (3) weeks, through and including April 9, 2024, for the submission of formal settlement documentation and a motion for preliminary approval of the settlement. On March 20, 2024, the Court granted the Parties' request (Dkt. No. 150).

On April 9, 2024, Defendants moved for an extension of time, through and including April 19, 2024, to file a motion for preliminary approval of the settlement (Dkt. No. 152), which the Court granted the next day (Dkt. 154). In the April 9, 2024 motion, Defendants explained that

---

[1] The "Related Actions" include: (i) *In re ATI Physical Therapy, Inc. S'holder Deriv. Litig.*, Case No. 1-21-cv-06415 (EEC) (N.D. Ill.) (Chang, J.); (ii) *Robinson v. Fortress Acquisition Sponsor II, LLC*, No. 2023-0142-NAC (Del. Ch.); and (iii) *Goldstein v. Fortress Acquisition Sponsor II, LLC*, No. 2023-0582-NAC (Del. Ch.).

they were continuing to negotiate a "global" resolution of this Action and the Related Actions, with the assistance of the mediator, former U.S. District Judge Layn R. Phillips. Despite Defendants' best efforts, those negotiations -- which were complex and involved many moving pieces, including the Parties here, the parties to the Related Actions, and the Company's insurers (across multiple insurance towers) -- were not concluded by April 19, 2024. As such, Defendants were unable to finalize the formal settlement documentation by April 19. Nevertheless, Defendants continued to move expeditiously to reach a global resolution. On April 20, 2024, Magistrate Judge Kim reinstated the discovery deadlines requiring the parties to complete their discovery responses and production of responsive documents by no later than May 3, 2024, setting deadlines for motions to compel to be filed by May 17, 2024 and responses thereto to be filed by May 31, 2024 and scheduling a hearing on any such motions for June 14, 2024 at 1pm. (Dkt. 156).

There has been a material change in circumstances since the last extension. As noted above, late in the evening of April 22, 2024, the Parties here and the parties to the Related Actions reached agreements in principle to resolve the claims in all four cases. This is the first time that a global deal has been reached in these extensive and hard-fought negotiations. All parties are now fully engaged in finalizing formal settlement documentation to memorialize their global resolution and have made significant progress towards doing so.

To facilitate such efforts, the Parties hereby respectfully request that this Court reinstate a stay for all deadlines and proceedings in this case, including all discovery deadlines, for ten (10) days solely due to the new development of a global deal in all of these related actions. The Parties respectfully submit that this additional stay will help preserve the resources of Plaintiffs, Defendants, and the Court, and to allow the Parties to finalize the formal settlement documentation and to seek preliminary approval of the settlement by May 3, 2024. The current deadlines,

including, most imminently, the Court's May 3, 2024 deadline for the completion of any discovery responses and production of responsive documents, will divert the Parties' limited resources away from the Parties' shared goal of expeditiously finalizing the formal settlement documentation. The Parties will file for preliminary approval in this Action by May 3, 2024.

WHEREFORE, the Parties request that this Court enter an Order: (1) reinstating a ten (10) day stay of all deadlines and proceedings, including discovery deadlines; (2) granting the parties until May 3, 2024 to file for preliminary approval of a settlement in this Action; and (3) granting all other relief the Court deems appropriate.

4

Dated:  April 24, 2024

Respectfully submitted,

**MUCH SHELIST, P.C.**

/s/Jason Rosenthal
Jason M. Rosenthal
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 521-2437
Fax: (312) 521-2100
jrosenthal@muchlaw.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
John A. Neuwirth
Joshua S. Amsel
Stefania D. Venezia
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
john.neuwirth@weil.com
joshua.amsel@weil.com
stefania.venezia@weil.com

*Counsel for Defendants ATI Physical Therapy, Inc. (f/k/a Fortress Value Acquisition Corp. II), Labeed Diab, and Joseph Jordan*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/ Charles Smith
Charles F. Smith
155 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
charles.smith@skadden.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Scott D. Musoff

Respectfully submitted,

**POMERANTZ LLP**

/s/ Austin P. Van
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com

*Lead Counsel for Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

Jeremy P. Robinson (*pro hac vice*)
Jasmine Cooper-Little
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jeremy@blbglaw.com
jasmine.cooper-little@blbglaw.com

*Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner

New York, New York 10001-8602
Tel: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com

*Counsel for Defendants Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati*

Bonni S. Jensen
7080 Northwest Fourth Street
Plantation, Florida 33315
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
bonni@robertdklausner.com

*Additional Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System*