**POMERANTZ LLP**
Jeremy A. Lieberman (pro hac vice)
Austin P. Van (pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
jalieberman@pomlaw.com
avan@pomlaw.com

*Attorneys for Lead Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                Plaintiffs<br>      v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br>                    Defendants. | Case No.:  1:21-CV-04349<br><br>**CLASS ACTION**<br><br>Hearing Date:<br>Time: _____ A.M.<br>Judge: Honorable Edmond E. Chang<br>Courtroom: 2341 |

**DECLARATION OF AUSTIN P. VAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Austin P. Van, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a Partner of the law firm of Pomerantz LLP, court-appointed Lead Counsel for Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds ("Lead Plaintiffs"), and the proposed Settlement Class, together with Bernstein Litowitz Berger & Grossman LLP and Klausner, Kaufman, Jensen & Levinson, Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System (together with Lead Plaintiffs, "Plaintiffs").  I am admitted pro hac vice before this Court.  I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.  I have personal knowledge of the matters testified to herein.

2.      I hereby certify that I conferred with counsel for ATI Physical Therapy, Inc. ("ATI" or the "Company") f/k/a Fortress Value Acquisition Corp. II ("FVAC"), and the following Individual Defendants: Labeed Diab, Joseph Jordan, Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (the "Defendants,"), regarding the relief requested in the Motion.  This Motion is unopposed.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of May 13, 2024 ("Stipulation"). The exhibits to the Stipulation are as follows:

| | |
|---|---|
| **Exhibit A**: | [Proposed] Order Preliminarily Approving Settlement and Providing For Notice; |
| **Exhibit A-1**: | Notice of Pendency and Proposed Settlement of Class Action; |
| **Exhibit A-2**: | Proof of Claim and Release; |
| **Exhibit A-3**: | Summary Notice; and |
| **Exhibit B**: | [Proposed] Final Judgment and Order of Dismissal with Prejudice. |

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Janeen McIntosh, Svetlana Starykh and Edward Flores,

2

and titled *Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review*, dated January 24, 2023.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Janeen McIntosh and Svetlana Starykh, and titled *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review*, dated January 25, 2022.

6. Attached hereto as Exhibit 4 is a true and correct copy of the resume of the firm Levi & Korsinsky, LLP.

7. Attached hereto as Exhibit 5 is a true and correct copy of an order issued in April 2021 in an unrelated action where BLB&G served as lead counsel for a different lead plaintiff and as class counsel for a certified class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of May 2024, at New York, New York.

By:     */s/ Austin P. Van*
                    Austin P. Van