## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-CV-04349 |
| Plaintiffs, | **PROOF OF CLAIM AND RELEASE** |
| v. | EXHIBIT A-2 |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | |
| Defendants. | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| *In re ATI Physical Therapy, Inc.*<br>*Shareholder Derivative Litigation* | Case No. 1:21-CV-06415 |

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| WENDELL ROBINSON,<br><br>                    Plaintiff,<br><br>    v.<br><br>FORTRESS ACQUISITION SPONSOR II, LLC, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, SUNIL GULATI, DANIEL N. BASS, MICAH B. KAPLAN, and LABEED DIAB,<br><br>                    Defendants. | Case No. 2023-0142-NAC |

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| PHILLIP GOLDSTEIN, <br><br> Plaintiff, <br><br> v. <br><br> FORTRESS ACQUISITION SPONSOR II, LLC, LABEED DIAB, JOSEPH JORDAN, CEDRIC COCO, RAY WAHL, JOHN L. LARSEN, JOHN MALDONADO, CARMINE PETRONE, JOANNE M. BURNS, CHRISTOPHER KRUBERT, JAMES E. PARISI, JOSHUA A. PACK, ANDREW A. MCKNIGHT, MARC FURSTEIN, AARON F. HOOD, CARMEN A. POLICY, SUNIL GULATI, LESLEE COWEN, RAKEFET RUSSAK-AMINOACH, DANIEL BASS, and MICAH KAPLAN, <br><br> Defendants, <br><br> and <br><br> ATI PHYSICAL THERAPY, INC., <br><br> Nominal Defendant. | Case No. 2023-0582-NAC |

*ATI Class Actions Settlement*

**c/o Strategic Claims Services**

**P.O. Box 230**

**600 North Jackson Street – Suite 205**

**Media, PA 19063**

**Toll-Free Number: (866) 274-4004**

**Facsimile: (610) 565-7985**

**Email:  info@strategicclaims.net**

**Website:  www.strategicclaims.net/ati**

### PROOF OF CLAIM

To be eligible to receive a share of the Settlement Fund in connection with the Settlement of the Actions, you must complete and sign this Proof of Claim and Release form ("Claim Form") and mail it by first-class mail to the above address, ***postmarked* no later than _____, 2024 or submit it online at the above website on or before 11:59 p.m. EST on _____, 2024**.

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the parties to the Actions, or their counsel.  Submit your Claim Form only to the Claims Administrator at the address set forth above.**

## PART I – INTRODUCTION

### A.      General Instructions

1.      To recover as a member of the Settlement Class based on your putative class (direct) claims in the above-captioned actions (collectively, the "Actions"), you must complete, and on page 12 hereof, sign this Claim Form.  If you fail to file a properly addressed (as set forth in ¶A.3 below) Claim Form, your claim may be rejected, and you may be precluded from any recovery from the Settlement Fund created in connection with the proposed settlement of the Actions.

2.      Submission of this Claim Form, however, does not assure that you will share in the proceeds of settlement in the Actions.

3.      YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED CLAIM FORM ON OR BEFORE _____, 2024, ADDRESSED AS FOLLOWS:

> *ATI Class Actions Settlement*
> c/o Strategic Claims Services
> P.O. Box 230
> 600 North Jackson Street – Suite 205
> Media, PA 19063
> www.strategicclaims.net/ati

If you are NOT a member of the Settlement Class, as defined in the Notice of (I) Pendency of Class Actions, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses (the "Notice"), DO NOT submit a Claim Form.

4.      If you are a member of the Settlement Class and you do not timely and validly request exclusion from the Settlement Class, you are bound by the terms of any judgment entered in the Actions, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM.

- 1 -

5.      It is important that you completely read and understand the Notice that accompanies this Claim Form, including the Plan of Allocation set forth in the Notice.  The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.  The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form.  By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

**B.      Claimant Identification**

1.      If you purchased or acquired ATI Physical Therapy, Inc. ("ATI") common stock or Fortress Value Acquisition Corp. II ("FVAC") common stock (collectively, "ATI Securities") and held the certificate(s) in your name, you are the beneficial purchaser or acquirer as well as the record purchaser or acquirer.[1]  If, however, the certificate(s) were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial purchaser and the third party is the record purchaser.

2.      Use Part II of this form entitled "Claimant Identification" to identify the beneficial owner(s) of ATI Securities.  The complete name(s) of the beneficial owner(s) must be entered.  If you held the ATI Securities in your own name, you are the beneficial owner as well as the record

---

[1] An FVAC Unit purchased during the Settlement Class Period that was subsequently separated into its underlying component securities (including one share of FVAC or ATI common stock) at the request of the holder thereof, or automatically in the Business Combination, shall be treated as a purchase of an ATI Security on the date of separation.  The purchase price for the ATI Security received shall be the closing price of the ATI Security on the date of separation. Any such Units purchased prior to the Settlement Class Period that were subsequently separated into their underlying component securities during the Settlement Class Period are not eligible for a recovery from the Settlement.

owner. If, however, your shares of ATI Securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these shares, but the third party is the record owner. THIS CLAIM MUST BE FILED AND SIGNED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR ACQUIRER(S) OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S) OR ACQUIRER(S) OF ATI SECURITIES UPON WHICH THIS CLAIM IS BASED.

3.    All joint purchasers must sign this Claim Form and be identified in Part II. The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

4.    **One Claim Form should be submitted for each separate legal entity.** Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made solely in the individual's name). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

5.    Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

> (a)    expressly state the capacity in which they are acting;
>
> (b)    identify the name, account number, Social Security Number (or taxpayer identification number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the ATI Securities; and

- 3 -

     (c)     furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

6.     By submitting a signed Claim Form, you will be swearing that you:

     (a)     own or owned the ATI Securities you have listed in the Claim Form; or

     (b)     are expressly authorized to act on behalf of the owner thereof.

**C.     Claim Form**

1.     Use Part III of this form entitled "Schedule of Transactions in ATI Securities" to supply all required details of your transaction(s) in and holdings of ATI common stock or FVAC common stock. Use Part IV of this form entitled "FVAC Common Stock Holdings on May 24, 2021 and June 11, 2021" to supply the required additional details about your holdings in FVAC common stock on May 24, 2021 and/or June 11, 2021. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

2.     On the schedules, provide all of the requested information with respect to all of your purchases and acquisitions and all of your sales of ATI Securities that took place at any time from February 22, 2021 through January 14, 2022, both dates inclusive, whether such transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim. Also, list the number of shares of ATI Securities held at the opening of trading on February 22, 2021 and the close of trading on January 14, 2022. Lastly and if applicable, state the total number of FVAC common stock shares held as of May 24, 2021 that were exchanged for shares of ATI common stock on or about June 16, 2021, and the total number of FVAC common stock shares held as of June 11, 2021 that were not redeemed.

- 4 -

3.      List each transaction in the Settlement Class Period (as defined in the Notice) separately and in chronological order, by trade date, beginning with the earliest.  You must accurately provide the month, day and year of each transaction you list.

4.      You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of ATI Securities set forth in the Claim Form.  Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement.  The parties and the Claims Administrator do not independently have information about your investments in ATI Securities.  IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER.  FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS.  **Please keep a copy of all documents that you send to the Claims Administrator.  Also, do not highlight any portion of the Claim Form or any supporting documents**.

5.      The above requests are designed to provide the minimum amount of information necessary to process the simplest claims.  The Claims Administrator may request additional information as required to efficiently and reliably calculate your losses.  In the event the Claims Administrator cannot perform the calculation accurately or at a reasonable cost to the Settlement Class with the information provided, the Claims Administrator may condition acceptance of the claim upon the production of additional information and/or the claimant's responsibility for any increased costs due to the nature and/or scope of the claim.

6.      If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be

made after any appeals are resolved and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

7.     **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Settlement Fund. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

8.     If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, Strategic Claims Services, at the address on page 1 of the Claim Form, by email at info@strategicclaims.net, or by toll-free phone at (866) 274-4004, or you can visit the website, www.strategicclaims.net/ati, where copies of the Claim Form and Notice are available for downloading.

9.     NOTICE REGARDING INSTITUTIONAL FILERS: Certain filers submitting claims on behalf of other beneficial owners ("Representative Filers") with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. (This is different than the online claim portal on the Settlement website.) All such Representative Filers MUST also submit a manually signed paper Claim Form whether or not they also submit electronic copies. Claims should be combined on a legal entity basis, where applicable. Sub-accounts should be rolled up into a parent account if the sub-accounts contain the same tax identification number. To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Claims Administrator's website at www.strategicclaims.net/institutional-filers or you may email the Claims Administrator's electronic filing department at efile@strategicclaims.net. **Any file not in accordance with the required electronic filing format will be subject to rejection.** Only one claim should be submitted for each separate legal entity (*see* ¶B.4 above) and the *complete* name of the beneficial owner(s) of the securities must be entered

where called for (*see* ¶B.2 above).  No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect.  **Do not assume that your file has been received until you receive this email.  If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at efile@strategicclaims.net to inquire about your file and confirm it was received.**

10.     NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.strategicclaims.net/ati. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing.  You will receive an automated e-mail confirming receipt once your Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

**IMPORTANT:  PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD.   THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL, WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT (866) 274-4004.**

## PART II – CLAIMANT IDENTIFICATION

| | | |
|---|---|---|
| Beneficial Owner's Name (First, Middle, Last) | | |
| Joint Beneficial Owner's Name (if applicable) (First, Middle, Last) | | |
| Name of Representative, if applicable (executor, administrator, trustee, c/o, etc.), if different from Beneficial Owner | | |
| Record Owner's Name (*if different from beneficial owner listed above*) | | |
| Street Address | | |
| Street Address 2 | | |
| City | State | Zip Code |
| Foreign Country | | |
| Telephone Number (Work) | Telephone Number (Home) | |
| E-mail Address | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

Type of Account:

☐ Individual

☐ Corporation/Other: _____

- 8 -

**PART III – SCHEDULE OF TRANSACTIONS IN ATI SECURITIES**

"ATI Securities" means, collectively, Fortress Value Acquisition Corp. II ("FVAC") common stock, which traded on the New York Stock Exchange ("NYSE") under the ticker symbol "FAII" until June 16, 2021, and ATI Physical Therapy, Inc. ("ATI") common stock, which traded on the NYSE under the ticker symbol "ATIP" from June 17, 2021. Please be sure to include proper documentation with your Claim Form as described in detail in ¶C.4 of the Instructions. Do not include information in this section regarding securities other than ATI or FVAC common stock.

A.   Number of shares of ATI Securities (then known as FVAC common stock) held at the opening of trading on February 22, 2021, long or short. (Must be documented.) If none, write "zero": _____

B.   Purchases or acquisitions of ATI Securities (either FVAC or ATI common stock) from February 22, 2021 through October 19, 2021, inclusive. (Must be documented. Prices should exclude any taxes, commissions, and fees.):

| Date of Purchase MM/DD/YY | Ticker Symbol (FAII or ATIP) | Number of Shares Purchased | Purchase Price Per Share | Total Purchase Price | Was Stock Purchase due to Exercise of Warrant (Y/N) |
|---|---|---|---|---|---|
| /     / | | | $ | $ | |
| /     / | | | $ | $ | |
| /     / | | | $ | $ | |
| /     / | | | $ | $ | |

C.   Separately list the number of shares of ATI Securities (either FVAC or ATI common stock) acquired during the period February 22, 2021 through June 16, 2021, both dates inclusive, as the result of the separation of FVAC Units into the underlying component securities. (Must be documented):

| Date of Separation of FVAC Units MM/DD/YY | Ticker Symbol of Shares Acquired (FAII or ATIP) | Number of Shares Acquired |
|---|---|---|
| | | |
| | | |

D.   State the number of shares of ATI common stock that were purchased from October 20, 2021 through January 14, 2022. If none, write "zero": _____

E.   Sales of ATI Securities (either FVAC or ATI common stock) from February 22, 2021 through January 14, 2022, inclusive. (Must be documented. Prices should exclude any taxes, commissions, and fees.):

| Trade Date MM/DD/YY | Ticker Symbol (FAII or ATIP) | Number of Shares Sold | Sale Price Per Share | Total Sales Price |
|---|---|---|---|---|
| /      / |  |  | $ | $ |
| /      / |  |  | $ | $ |
| /      / |  |  | $ | $ |
| /      / |  |  | $ | $ |

F.    Number of shares of ATI common stock held at the close of trading on January 14, 2022, long or short.  (Must be documented.)  If none, write "zero": _____.

If you require additional space, attach extra schedules in the same format as above.  Sign and print your name on each additional page.

**PART IV – FVAC COMMON STOCK HOLDINGS ON MAY 24, 2021 AND JUNE 11, 2021**

Please be sure to include proper documentation with your Claim Form as described in detail in ¶C.4 of the Instructions.  Do not include information in this section regarding securities other than FVAC common stock.

A.    Number of shares of FVAC common stock held at the close of trading on May 24, 2021.   (Must be documented.)   If none, write "zero": _____

B.    Were you *eligible* to vote at FVAC's June 15, 2021 special meeting?  (Must be documented.)  Write "yes" or "no": _____.

C.    Number of shares of FVAC common stock held at the close of trading on June 11, 2021 that were *not* redeemed. (Must be documented.)   If none, write "zero": _____

**YOU MUST READ AND SIGN THE RELEASE ON PAGE 12.
FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING
OR THE REJECTION OF YOUR CLAIM.**

**PART V – SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

I (We) submit this Claim Form under the terms of the Stipulation and Agreement of Settlement dated Monday May 13, 2024 ("Stipulation") described in the Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Northern District of Illinois, with respect to my (our) claim as a Settlement Class Member(s) (as defined in the Notice) and for purposes of enforcing the release set forth herein.  I (We) further acknowledge that I am (we are)

- 10 -

bound by and subject to the terms of any judgment that may be entered in the Actions. I (We) agree to furnish additional information to Plaintiffs' Counsel and/or the Claims Administrator to support this claim if required to do so. I (We) have not submitted any other claim covering the same purchases, acquisitions, or sales of ATI Securities during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

**PART VI – RELEASE**

1.      I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally and forever settle, release, relinquish and discharge all of the Released Plaintiffs' Claims (including Unknown Claims) against each and all of the Defendants' Releasees, all as defined herein and in the Notice and Stipulation.

2.      This release shall be of no force or effect unless and until the Court approves the Stipulation and it becomes effective on the Effective Date.

3.      I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof and have not submitted any other claim covering the same purchases of ATI Securities and know of no other Person having done so on my (our) behalf.

4.      I (We) hereby warrant and represent that I (we) have included all requested information about all of my (our) purchases or acquisitions and sales of ATI Securities during the Settlement Class Period and 90-Day Lookback Period as well as the number of ATI Securities held at the opening of trading on February 22, 2021 and close of trading on January 14, 2022, and the requested information regarding FVAC common stock.

5.      The number(s) shown on this form is (are) the correct SSN/TIN(s).

- 11 -

6.       I (We) waive the right to trial by jury, to the extent it exists, and agree to the determination by the Court of the validity or amount of this claim, and waive any right of appeal or review with respect to such determination.

7.       I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code.

(NOTE: If you have been notified by the Internal Revenue Service that you are subject to backup withholding, you must cross out Item 7 above.)

I (We) declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this _____ day of _____, 20__,
                    (Month/Year)

in _____, _____
        (City)                (State/Country)

_____
(Sign your name here)

_____
(Type or print your name here)

_____
(Capacity of person(s) signing, *e.g.*, Beneficial Purchaser or Acquirer, Executor or Administrator)

For Joint Beneficial Purchaser, if any:

_____
(Sign your name here)

_____
(Type or print your name here)

- 12 -

ACCURATE CLAIMS PROCESSING TAKES A
SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.

Reminder Checklist:

1.      Please sign the above release and acknowledgment.

2.      Remember to attach copies of supporting documentation, if available.

3.      Do not send original stock certificates.  Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.

4.      Keep a copy of your Claim Form and all supporting documentation for your records.

5.      The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days.  Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at (866) 274-4004.**

6.      If you move, please send the Claims Administrator your new address.

7.      If you have any questions or concerns regarding your claim, contact the Claims Administrator at (610) 565-9202, by email at info@strategicclaims.net or by toll-free phone at (866) 274-4004, or you may visit www.strategicclaims.net/ati. DO NOT call ATI, the other Defendants, or their counsel with questions regarding your claim.

- 13 -