| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. F/K/A FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, AND SUNIL GULATI, <br><br> Defendants. | Civil Action No.: 1:21-cv-04349 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Young B. Kim |

## <u>MULTIPLAN INTERVENORS' UNOPPOSED MOTION TO INTERVENE</u>

Wendell Robinson (the "Multiplan Plaintiff") and Levi & Korsinsky, LLP ("Multiplan Counsel") (collectively, the "Multiplan Intervenors") respectfully request that the Court enter an order (i) to allow the Multiplan Intervenors to intervene in the above-captioned action as of right, pursuant to Federal Rules of Civil Procedure 24(a), or, in the alternative, (ii) to allow the Multiplan Intervenors to intervene permissively pursuant to Federal Rules of Civil Procedure 24(b). In support of this motion, the Multiplan Intervenors respectfully submit the accompanying memorandum of law and proposed order.

Dated: May 17, 2024

*/s/ Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604

Telephone: (312) 984-0000
Facsimile: (212) 545-4653
malmstrom@whafh.com

*Local Counsel for Plaintiff*

OF COUNSEL:

**LEVI & KORSINSKY, LLP**
Donald J. Enright
(*pro hac vice motion forthcoming*)
1101 Vermont Ave. N.W., Suite 700
Washington, DC 20005
(202) 524-4290

*Attorneys for Plaintiff Wendell Robinson and
the Putative Multiplan Subclass*