**POMERANTZ LLP**
Jeremy A. Lieberman (pro hac vice)
Austin P. Van (pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
avan@pomlaw.com

*Attorneys for Lead Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs<br>　　　v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br>　　　　　　　　　　Defendants. | Case No.: 1:21-CV-04349<br><br>**CLASS ACTION**<br><br>Hearing Date: September 24, 2024<br>Time: 12:15 P.M.<br>Judge: Honorable Edmond E. Chang<br>Courtroom: 2341 |

**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND PSLRA AWARDS TO PLAINTIFFS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

- 1 -

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND
EXPENSES AND AWARD TO LEAD PLAINTIFFS

**PLEASE TAKE NOTICE** that pursuant to the Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 172), on September 24, 2024 at 12:15 p.m., in the courtroom of the Honorable Edmond E. Chang, United States District Judge for the Northern District of Illinois, located at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, Courtroom 2341, Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds ("Lead Plaintiffs") and Consolidated Plaintiff City of Melbourne Firefighters' Retirement System (together with Lead Plaintiffs, "Plaintiffs") will and hereby do move this Court, for entry of an Order awarding: (i) attorneys' fees of 25% of the portion of the Settlement Fund obtained for the Securities Subclass, or $4,725,000.00, plus interest earned thereon at the same rate as the Settlement Fund, to Plaintiffs' Counsel; (ii) expense reimbursement of $197,775.30; and (iii) PSLRA awards of $35,000 in total to Plaintiffs. Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Award of Attorneys' Fees and Expenses and PSLRA Awards to Plaintiffs, the Declaration of Austin Van and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND
EXPENSES AND AWARD TO LEAD PLAINTIFFS

| | |
|---|---|
| Dated: August 20, 2024 | Respectfully submitted,<br><br>**POMERANTZ LLP**<br><br>*/s/ Austin P. Van*<br>Jeremy A. Lieberman<br>Austin P. Van<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>jalieberman@pomlaw.com<br>avan@pomlaw.com<br><br>*Attorneys for Lead Plaintiffs*<br><br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Jeremy P. Robinson<br>Jasmine Cooper-Little<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1444<br>jeremy@blbglaw.com<br>jasmine.cooper-little@blbglaw.com<br><br>*Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System*<br><br>**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**<br>Robert D. Klausner<br>Bonni S. Jensen<br>7080 Northwest Fourth Street<br>Plantation, Florida 33315<br>Telephone: (954) 916-1202<br>Facsimile: (954) 916-1232<br>bob@robertdklausner.com<br>bonni@robertdklausner.com<br><br>*Additional Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System* |