# Exhibit C

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>Defendants. | Case No. 1:21-CV-04349 |

## DECLARATION OF ROBERT D. KLAUSNER ON BEHALF OF KLAUSNER, KAUFMAN, JENSEN & LEVINSON IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

I, ROBERT D. KLAUSNER, declare as follows:

1.     I am a partner in the law firm of Klausner, Kaufman, Jensen & Levinson ("Klausner Kaufman"). I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and litigation expenses in the above-captioned action ("Securities Action").[1] Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation and Agreement of Settlement dated May 13, 2024 (ECF No. 162-1).

2. My firm is outside counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System ("Melbourne Firefighters"). In that capacity, my firm acts as a fiduciary to Melbourne Firefighters. During the course of this litigation, my firm worked closely with Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") in providing client communications and coordinating with Melbourne Firefighters concerning its participation in this action. My firm also performed the following tasks, among others:; assisted Melbourne Firefighters in reviewing substantive pleadings and briefs throughout the litigation; assisted Melbourne Firefighters in responding to discovery requests; and advised and consulted with Melbourne Firefighters in formulating its decision-making throughout the case, including throughout the mediations and settlement negotiations and during its consideration and review of the proposed Settlement.

3. The schedule attached hereto as Exhibit 1 is a detailed summary of the amount of time spent by each Klausner Kaufman attorney who devoted ten (10) or more hours to the Action from its inception through and including July 31, 2024, and the lodestar calculation for those individuals based on their current hourly rates. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by Klausner Kaufman. All time expended in preparing this application for attorneys' fees has been excluded.

4. The number of hours expended by Klausner Kaufman in the Action, from inception through July 31, 2024, as reflected in Exhibit 1, is 61.3 hours. The lodestar for my firm, as reflected in Exhibit 1, is $ 45,975.

5. The hourly rates for the personnel set forth in Exhibit 1 are the same as the regular rates for their services in securities litigation and certain non-contingency matters. My firm's hourly rates are largely based upon a combination of the title, the specific years of experience for

2

each attorney, as well as market rates for practitioners in the field. These hourly rates are the same as, or comparable to, rates submitted by Klausner Kaufman and accepted by courts in other complex contingent class actions for purposes of "cross-checking" lodestar against a proposed fee based on the percentage-of-the-fund method, as well as determining a reasonable fee under the lodestar method.

6.     I believe that the number of hours expended and the services performed by the attorneys at Klausner Kaufman were reasonable and necessary for the effective and efficient prosecution and resolution of the Securities Action.

7.     With respect to the standing of my firm, attached hereto as Exhibit 2 is a firm résumé, which includes information about my firm and biographical information concerning the firm's attorneys who worked on this matter.

I declare, under penalty of perjury, that the foregoing facts are true and correct. Executed on August ___, 2024.

Robert D. Klausner

3

# EXHIBIT 1

*Burbige v. ATI Physical Therapy, Inc.*,
Case No. 1:21 CV 04349 (N.D. Ill.)

## KLAUSNER, KAUFMAN, JENSEN & LEVINSON

## TIME REPORT

From Inception Through July 31, 2024

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Robert D. Klausner | 52.8 | $750 | $39,600 |
| Bonni S. Jensen | 8.5 | $750 | $ 6,375 |
| | | | |
| | | | |
| TOTALS: | 61.3 | | $45,975 |

4

## EXHIBIT 2

*Burbige v. ATI Physical Therapy, Inc.,*
Case No. 1:21 CV 04349 (N.D. Ill.)

## KLAUSNER, KAUFMAN, JENSEN & LEVINSON

## FIRM RESUME

The law firm of **Klausner, Kaufman, Jensen & Levinson** specializes exclusively in the representation of retirement and benefit systems and related labor and employment relations matters. The firm has provided legal services to nearly 300 state and local government retirement systems in more than 25 states and territories. The firm is composed of eight lawyers in South Florida and Robert E. Tarzca, Of Counsel (New Orleans). In addition, we have six clerical/paraprofessional employees, an administrator, and a deputy administrator.

As a result of our substantial involvement on a national level in public employee retirement matters, we have developed a unique level of knowledge and experience. By concentrating our practice in the area of public employee retirement and related employment issues, we are able to keep a focus on changing trends in the law that more general practitioners would consider a luxury.

The law firm of Klausner, Kaufman, Jensen & Levinson, among the most highly regarded in the country in the area of pension issues, is frequently called upon as an educational and fiduciary consultant by state and local governments throughout the United States on some of the newest and most sophisticated issues involving public retirement systems. The examples of those areas are:

### Plan Design

The firm provides services to dozens of public employee pension plans throughout the United States in the area of plan review, design, and legislative drafting. On both the state and local levels, statutes and ordinances are reviewed for the purposes of maintaining compliance with current and pending Internal Revenue Code Regulations affecting public plans, as well as compliance with provisions of the Americans With Disabilities Act, the Older Workers Protections Act, Veterans' re-employment laws, and the Pension Protection Act. When benefit changes occur we prepare all necessary legislative drafts and appear before the appropriate legislative body to answer questions concerning those drafts. We also offer creative solutions to plan design issues brought about by unexpected economic pressures and balancing those solutions against constitutional or statutory benefit guarantees.

### Fiduciary Education

The primary duty of a pension fund lawyer is to ensure that the trustees do the right thing. It is our practice to design and present a variety of educational materials and programs which explain the general principles of fiduciary responsibility, as well as more specific principles regarding voting conflicts, compliance with open meeting laws, conflict of interest laws, etc. We regularly apprise the boards of trustees and administrators through newsletters, memoranda and updates on our website of changes in the law, both legislatively and judicially, which impact upon their duties.

5

We also conduct training workshops to improve the trustees' skills in conducting disability and other benefit hearings. As a result of our regular participation and educational programs on a monthly basis, all of the materials prepared as speaker materials for those programs are distributed without additional charge to our clients.

### Plan Policies, Rules, and Procedures

It has been our experience that boards of trustees find themselves in costly and unnecessary litigation because of inconsistency in the administration of the fund. Accordingly, we have worked with our trustee clients in developing policies, rules, and procedures for the administration of the trust fund. The development of these rules ensures uniformity of plan practices and guarantees the due process rights of persons appearing before the board. They also serve to help organize and highlight those situations in which the legislation creating the fund may be in need of revision. By utilizing rule making powers, the board of trustees can help give definition and more practical application to sometimes vague legislative language.

### Legal Counseling

In the course of its duties, the board of trustees and administrators will be called upon from time to time to interpret various provisions of the ordinance or statute which governs its conduct. The plan will also be presented with various factual situations which do not lend themselves to easy interpretation. As a result, counsel to the plan is responsible for issuing legal opinions to assist the trustees and staff in performing their function in managing the trust. It is our practice to maintain an orderly system of the issuance of legal opinions so that they can form part of the overall body of law that guides the retirement plan. As changes in the law occur, it is our practice to update those legal opinions to ensure that the subjects which they cover are in conformance with the current state of the law.

### Summary Plan Descriptions

Many state laws require that pension plans provide their members with a plain language explanation of their benefits and rights under the plan. Given the complexity of most pension laws, it is also good benefits administration practice. Part of the responsibilities of a fiduciary is to ensure that plan members understand their rights and the benefits which they have earned. We frequently draft plain language summary plan descriptions using a format which is easily updatable as plan provisions change. We are also advising plans on liability issues associated with electronic communication between funds and members as part of our continuing effort at efficient risk management.

### Litigation

Despite the best efforts and intentions of the trustees and staff, there will be times when the plan finds itself as either a plaintiff or defendant in a legal action. We have successfully defended retirement plans in claims for benefits, actions regarding under-funding, constitutional questions, discrimination in plan design, and failure of plan fiduciaries to fulfill their responsibilities to the trust. The firm has substantial state and federal court trial and appellate experience, including the

6

successful defense of a state retirement system in the Supreme Court of the United States. The firm also has a substantial role in monitoring securities litigation and regularly argues complex appellate matters on both the state and federal levels. We pride ourselves on the vigorous representation of our clients while maintaining close watch on the substantial costs that are often associated with litigation. We are often called upon to provide support in a variety of cases brought by others as expert witnesses or through appearance as an *amicus curiae* (Friend of the Court).

## ATTORNEY BIOGRAPHIES

### BONNI S. JENSEN

BONNI S. JENSEN is a partner with Klausner, Kaufman, Jensen & Levinson. Since 1990, Ms. Jensen has specialized in, and served as general counsel to, municipal pension funds. Her entire law career has been devoted to Florida's municipal pension funds and their participants and beneficiaries.

Ms. Jensen has had extensive experience in pension and employee benefits law and related local, state and federal law. She has experience with drafting plans at all levels of government, from special districts to state legislative action. She has been involved in resolving many participant benefit questions from disabilities to domestic relations orders. She has been a speaker at the FPPTA and the annual State of Florida Police and Firefighter Pension Conferences and Trustee Schools on a wide variety of topics, including DROP plans, fiduciary responsibility, 457 plans, the role of collective bargaining in pension issues, pension plan administration, meeting preparation, Sunshine Law and ethics and financial disclosure laws. She has also regularly attends conferences and seminars related to pension fund topics, such as National Association of Public Pension Attorneys annual conference; controlling disability costs in the public sector; tax issues; pension obligation bonds; securities law; and Guns and Hoses conferences. These conferences and the networking opportunities keep her aware of new and emerging matters in the governmental pension field.

Ms. Jensen is admitted to the Florida Bar, the Wisconsin Bar and is also admitted to practice before several federal courts, including the U.S. Supreme Court.

Ms. Jensen graduated from Stetson University receiving a Bachelor of Arts degree in sociology. She received her Juris Doctorate from Nova University, where she graduated *Magna Cum Laude* and served as a senior staff member of the Nova Law Review.

Bonni is an associate member of the Florida Public Pension Trustees Association and a member of the National Association of Public Pension Attorneys. She currently serves as *pro bono* counsel to the Parkland 17 Memorial Foundation, a charitable organization building a memorial to honor the lives lost in the horrific events in Parkland, Florida on February 14, 2018.

EDUCATION: Stetson University, B.A., Sociology, 1984; Nova University, J.D., 1990, *Magna Cum Laude*, Senior Staff Member, Nova Law Review.

BAR ADMISSIONS: Florida, Wisconsin, U.S. District Court for the Southern District of Florida, U.S. Court of Appeals for the Eleventh Circuit, U.S. Supreme Court.

MEMBERSHIPS: Associate Member, Florida Public Pension Trustees Association; Member, National Association of Public Pension Attorneys

## ROBERT D. KLAUSNER:

ROBERT D. KLAUSNER is the principal in the law firm of Klausner, Kaufman, Jensen & Levinson. For more than 47 years, he has been engaged in the practice of law, specializing in the representation of public employee pension funds. The firm represents state and local retirement systems in more than 25 states and territories.

As part of its practice of representing public employee pension funds, the firm has advised numerous clients in connection with their service as plaintiffs or class representatives in federal securities class actions. Among many others, Mr. Klausner represented the Louisiana Sheriffs Pension & Relief Fund in the *In re Wells Fargo & Co. Securities Litigation*, No. 1:20-cv-04494-GHW-SN (S.D.N.Y.), which settled for $1 billion in 2023; the Fort Worth Employees' Retirement Fund in the *In re Bank of America Corp. Securities Litigation*, No. 09 MDL 2058 (S.D.N.Y.), which settled for $2.425 billion in 2013; advised the Louisiana Firefighters' Retirement System in the *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.), which settled for $730 million in 2013; and represented the Jacksonville Police & Fire Pension Fund in *Lloyd v. CVB Financial Corp.*, No. 10-cv-06256 (C.D. Cal.), which settled for $6.2 million in 2017.

Mr. Klausner has assisted in the drafting of many state and local laws on public employee retirement throughout the United States. Mr. Klausner is a frequent speaker on pension education programs and has also published numerous articles on fiduciary obligations of public employee pension trustees. He is co-author of the book State and Local Government Employment Liability, published by Thomson-West Publishers and is the author of the first comprehensive book on the law of public employee retirement systems, State and Local Government Retirement Law: A Guide for Lawyers, Trustees, and Plan Administrators, published in April 2009 and an expanded version published in July 2024. In 2008, Mr. Klausner successfully represented the Commonwealth of Kentucky and the Kentucky Retirement Systems in the United States Supreme Court in *Kentucky Retirement Systems v. Equal Employment Opportunity Commission*, 554 U.S. 135 (2008).

EDUCATION: University of Florida (B.A. with honors, 1974); University of Florida College of Law (J.D., 1977). Adjunct professor, Nova University Law School (1987 - 2005); adjunct professor, New York Institute of Technology, School of Labor Relations(1999-2003); instructor, Florida State University Center for Professional Development and Public Service (1980 - present); instructor, International Foundation of Employee Benefit Plans (1986 - present); instructor, National Association of State Retirement Administrators Conference (1996 - present); instructor, National Pension Education Benefit Conferences (1989 - present); instructor, National

8

Association of Police Organizations Education Conferences (2021-present) Florida Division of Retirement Pension Trustees School (1980 - present).

BAR ADMISSIONS: Florida, Texas, Wisconsin, U.S. District Courts for the Southern District of Florida, Middle District of Florida, Northern District of Texas, Eastern District of Wisconsin, U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, and Eleventh Circuits, U.S. Court of Claims, U.S. Supreme Court.

MEMBER: Florida Bar; Texas Bar; Wisconsin Bar; American Bar Association; Phi Beta Kappa; Phi Kappa Phi.

PUBLICATIONS: Co-Author, State and Local Government Employment Liability, Thomson Reuters Publishing Co.

Author, State and Local Government Retirement Law: A Guide for Lawyers, Trustees, and Plan Administrators, Thomson Reuters Publishing Co.