# Exhibit D

**POMERANTZ LLP**
Jeremy A. Lieberman (pro hac vice)
Austin P. Van (pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
avan@pomlaw.com

*Attorneys for Lead Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>      Plaintiffs<br>    v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br>         Defendants. | Case No.: 1:21-CV-04349<br><br>**CLASS ACTION**<br><br>Hearing Date: September 24, 2024<br>Time: 12:15 P.M.<br>Judge: Honorable Edmond E. Chang<br>Courtroom: 2341 |

**DECLARATION OF Menachem Neeman Chief Legal Counsel of Phoenix Financial Ltd. On behalf of Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds,**

I, Menachem Neeman Chief Legal Counsel of Phoenix Financial Ltd. On behalf of Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds, hereby declare as follows pursuant to 28 U.S.C. §1746:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.     I submit this declaration on behalf of Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds, court-appointed Lead Plaintiffs ("Lead Plaintiffs"), and the proposed Settlement Class. I submit this declaration on behalf of Lead Plaintiffs in support of: (a) the motion for final approval of the proposed settlement and approval of the proposed plan of allocation; and (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses, including the Plaintiffs' request for reimbursement of the reasonable costs and expenses incurred in connection with their representation of the Class.

2.     I have personal knowledge of the various matters set forth in this declaration, and if called upon, I could and would competently testify to these matters.

3.     I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and I, along with the other Lead Plaintiffs, have discharged those duties to the best of my abilities.

4.   I, Menachem Neeman Chief Legal Counsel of Phoenix Financial Ltd. On behalf of Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds

5. I approved the settlement of this Action, to be settled together with In re ATI Physical Therapy, Inc. S'Holder Deriv. Litig., No. 1-21-cv-06415 (N.D. Ill), Robinson v. Fortress Acquisition

2

Sponsor II, LLC, C.A. No. 2023-0142-NAC (Del. Ch.), and Goldstein v. Fortress Acquisition Sponsor II, LLC, C.A. No. 2023-0582-NAC (Del. Ch.), for a combined total of $24,900,000, and the recovery from that amount for the class in this Action of $18.9 million.

6. I have been actively involved in the prosecution of this case since I sought to be appointed as lead plaintiff in this Action.

7. In fulfillment of the responsibilities of the Lead Plaintiff on behalf of the members of the Class in this Action, I and the other Lead Plaintiffs have worked closely with Lead Counsel regarding all aspects of the litigation and the resolution of the Action.

8. Throughout the litigation, Lead Plaintiffs received periodic status reports from Lead Counsel on case developments and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. In particular, throughout the course of this Action, Lead Plaintiffs: (a) regularly communicated with Lead Counsel regarding the posture and progress of the case, as well as litigation strategy; (b) reviewed all significant pleadings and briefs filed in the Action, including the initial complaint, the amended complaint, and the lead plaintiff motion; (c) reviewed Court orders and discussed them with Lead Counsel; (d) evaluated and approved the proposed Settlement; and (e) reviewed the settlement documents.

9. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

3

10. I believe that Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class. I have evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

11. I further believe that the litigation expenses being requested for reimbursement to Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

12. I understand that the PSLRA provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation. I believe that I fulfilled my fiduciary duties to class members to work with counsel to make sure the class received fair and adequate representation. I have done my best to promote the interests of the class vigorously and to obtain the largest recovery possible under the circumstances, which I believe the Settlement achieves.

13. The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me. Lead Plaintiffs seek reimbursement in the amount of $15,000 each, or $30,000 in total,

4

for the time we devoted to participating in this Action on behalf of the Class. It is my belief that this request for reimbursement is fair and reasonable.

14. I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Settlement Class.

15. Accordingly, I respectfully request that the Court approve a payment to Lead Plaintiffs in the amount, totaling $30,000, as reimbursement for the time spent, and efforts we made on behalf of the Class. I believe this request is fair and reasonable.

16. In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. I respectfully request that the Court approve: (a) the motion for final approval of the proposed Settlement and approval of the proposed plan of allocation; (b) the motion for an award of attorneys' fees and reimbursement of litigation expenses, including the Plaintiffs' request for reimbursement of the reasonable costs and expenses incurred in connection with their representation of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2024

By: Menachem Neeman Chief Legal Counsel of Phoenix Financial Ltd.
On behalf of Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds

5

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Austin P. Van*
Austin P. Van