# Exhibit E

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, <br><br> Defendants. | Case No. 1:21-CV-04349 |

**DECLARATION OF PAYTON JONES, CHAIRMAN OF THE BOARD OF
CITY OF MELBOURNE FIREFIGHTERS' RETIREMENT SYSTEM,
IN SUPPORT OF: (I) SECURITIES PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S
MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, PAYTON JONES, declare as follows:

1.      I am the Chairman of the Board of the City of Melbourne Firefighters' Retirement

System ("Melbourne Firefighters"), the Consolidated Plaintiff and a named plaintiff in the above-

captioned securities class action (the "Securities Action").[1]  I submit this declaration in support of:

(a) Securities Plaintiffs' motion for final approval of the proposed Settlement and approval of the

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated May 19, 2023 (ECF No. 162-1).

proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses, which includes a request for Melbourne Firefighters to recover the reasonable costs and expenses it incurred directly related to its representation of the Settlement Class, as authorized by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(4).

2. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the PSLRA. I have knowledge of the matters set forth in this Declaration based on my personal knowledge and discussions with other representatives of Melbourne Firefighters who have been involved in monitoring and overseeing the prosecution of the Action and the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I. MELBOURNE FIREFIGHTERS' OVERSIGHT OF THE LITIGATION

3. Melbourne Firefighters is a pension fund that provides retirement benefits to firefighters of the City of Melbourne, Florida. As of October 31, 2023, Melbourne Firefighters managed over $79 million in assets on behalf of hundreds of active members, retirees, and beneficiaries. Melbourne Firefighters acquired ATI Securities during the Class Period and beneficially owned shares of FVAC Class A common stock as of May 24, 2021, the Record Date for shareholders to be eligible to vote on the Business Combination, and suffered damages as a result of the conduct alleged in the Securities Action.

4. On October 7, 2021, Melbourne Firefighters, through its counsel, Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), filed a class action complaint alleging violations of the federal securities laws in the Court against ATI and certain of the Company's current and former senior executives and the former directors of FVAC. The complaint expanded the class period that was asserted in a previously filed related securities class action pending against ATI.

On November 18, 2021, the Court consolidated Melbourne Firefighters' action into the Securities Action, and Melbourne Firefighters became a Consolidated Plaintiff in the Securities Action. Melbourne Firefighters was also specifically included as a named plaintiff in the operative Consolidated Amended Class Action Complaint For Violations Of The Federal Securities Laws filed on February 8, 2022. ECF No. 58.

5. Melbourne Firefighters, through the active involvement of myself and other Board members and employees, has closely monitored the Securities Action and was actively involved in all material aspects of the prosecution and resolution of the Securities Action. Throughout the course of the action, I and other representatives of Melbourne Firefighters had regular communications with BLB&G and with Klausner, Kaufman, Jensen & Levinson ("Klausner Kaufman"), Melbourne Firefighters' outside fiduciary counsel. Melbourne Firefighters received periodic status reports from BLB&G on case developments, and participated in discussions with attorneys from BLB&G and Klausner Kaufman concerning the prosecution of the action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of this action, Melbourne Firefighters has, among other things, (a) communicated with counsel concerning significant developments in the litigation, including case strategy; (b) reviewed all significant pleadings and briefs filed; (c) consulted with counsel in preparing Melbourne Firefighters' discovery responses; (d) consulted with BLB&G and Klausner Kaufman regarding the mediation sessions and related settlement negotiations and the parties' respective positions during that process; and (e) evaluated and approved the proposed Settlement.

## II. MELBOURNE FIREFIGHTERS RESPECTFULLY ENDORSES THE SETTLEMENT

6. Based on its involvement throughout the prosecution and resolution of the claims asserted in the Securities Action, Melbourne Firefighters believes that the proposed Settlement is

fair, reasonable, and adequate to the Settlement Class. Melbourne Firefighters believes that the Settlement provides a favorable recovery for the Settlement Class, in light of the substantial risks of continuing to prosecute the claims in this case and in recovering a judgment larger than the proposed Settlement. Therefore, Melbourne Firefighters respectfully approves of and endorses the Settlement.

### III. MELBOURNE FIREFIGHTERS SUPPORTS LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

7. Melbourne Firefighters believes that Lead Counsel's request for an award of attorneys' fees for all Securities Plaintiffs' Counsel in the amount of 25% of the $18,900,000 portion of the Settlement Amount obtained for the Securities Subclass, plus interest earned at the same rate and for the same period as earned by the Settlement Fund, is fair and reasonable. Melbourne Firefighters takes seriously its role to ensure that attorneys' fees are fair in light of the result achieved and reasonably compensate counsel for the work involved and the substantial risks counsel undertook. The fee requested is consistent with a retention agreement that Melbourne Firefighters entered into with BLB&G at the outset of the litigation. In addition, Melbourne Firefighters believes the proposed fee is fair and reasonable in light of the work performed by Securities Plaintiffs' Counsel, the risks of the litigation, and the substantial recovery obtained for the Securities Subclass.

8. Melbourne Firefighters further believes that Securities Plaintiffs' Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the institution, prosecution, and resolution of the claims in the Actions. Based on the foregoing, and consistent with its obligation to the Settlement Class and Securities Subclass to obtain the best result at the most efficient cost, Melbourne Firefighters fully supports Lead Counsel's motion for attorneys' fees and Litigation Expenses.

4

9.     Melbourne Firefighters understands that reimbursement of a representative plaintiff's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Lead Counsel's request for litigation expenses, Melbourne Firefighters seeks reimbursement for costs and expenses it incurred directly related to its representation of the Settlement Class in the Action.

10.     My primary responsibility at Melbourne Firefighters involves overseeing all aspects of the plan's operations, including monitoring litigation matters, such as its activities in the securities class actions where (as here) it has been appointed as a representative plaintiff. In addition to myself, former Board Chairman Monte Rann and other Melbourne Firefighters employees also participated in the prosecution of this Action. Melbourne Firefighters seeks reimbursement in the amount of $5,000 based on a conservative estimate of the time that we devoted to this Action, including, as discussed above, communicating with counsel, reviewing significant court filings and other litigation materials, and participating in the mediations and settlement negotiation process. The time that we devoted to the representation of the Settlement Class in this action was time that we otherwise would have expected to spend on other work for Melbourne Firefighters and, thus, represented a cost to the plan. Melbourne Firefighters seeks an award of $5,000 as a conservative estimate for the value of the time its employees expended on the Securities Action.

## IV.     CONCLUSION

11.     In conclusion, Melbourne Firefighters was closely involved throughout the prosecution and settlement of the claims in the Securities Action, endorses the Settlement as fair, reasonable, and adequate, and believes that the Settlement represents a significant recovery for the Settlement Class. Melbourne Firefighters also supports Lead Counsel's motion for attorneys' fees and Litigation Expenses and believes that it represents fair and reasonable compensation for

5

counsel in light of the recovery obtained for the Settlement Class and Securities Subclass, the substantial work conducted, and the litigation risks. Accordingly, Melbourne Firefighters respectfully requests that the Court approve: (a) Securities Plaintiffs' motion for final approval of the proposed Settlement and Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses, including the request for reimbursement for the costs and expenses incurred by Melbourne Firefighters directly related to its representation of the Settlement Class, as set forth above.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief, and that I have authority to execute this Declaration on behalf of Melbourne Firefighters. Executed on August __12__, 2024.

_____
PAYTON JONES

6