UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. F/K/A FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, AND SUNIL GULATI,<br><br>Defendants. | Civil Action No.: 1:21-cv-04349<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Young B. Kim |

**INTERVENORS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, SERVICE AWARDS, AND REIMBURSEMENT OF LITIGATION EXPENSES**

Pursuant to Fed. R. Civ. P. 23 (h) and Fed. R. Civ. P. 54 (d)(2), intervenors Wendell Robinson ("Mr. Robinson") and Levi & Korsinsky LLP (collectively, "Intervenors"), move this Court for an award of reasonable attorneys' fees in the total amount of 25% of the *Multiplan* Subclass settlement fund, service awards for named plaintiffs Mr. Robinson and Phillip Goldstein in the amount of $2,500.00 each, and reimbursement of *Multiplan* Counsel for their litigation expenses in the total amount of $67,210.41.

As support for their Motion, Intervenors rely upon their memorandum of law and the Declaration of Donald J. Enright, filed herewith.

1

WHEREFORE, the Intervenors respectfully request that the Court grant this Motion for Award of Attorneys' Fees, Service Awards, and Reimbursement of Litigation Expenses.

Date: August 20, 2024

*/s/ Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Facsimile: (212) 545-4653
malmstrom@whafh.com

*Local Counsel for Multiplan Plaintiff*

**LEVI & KORSINSKY, LLP**
Donald J. Enright
1101 Vermont Ave. N.W., Suite 700
Washington, DC 20005
(202) 524-4290
denright@zlk.com

*Attorneys for Robinson and the Multiplan Subclass*