# EXHIBIT D

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. F/K/A FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH and SUNIL GULATI,<br><br>                           Defendants. | Civil Action No.: 1:21-cv-04349<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Young B. Kim<br><br>**DECLARATION OF AARON T. MORRIS IN SUPPORT OF INTERVENORS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, AN INCENTIVE AWARD, AND REIMBURSEMENT OF LITIGATION EXPENSES** |

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

Aaron T. Morris., being duly sworn, deposes and says:

1. I am a partner in the law firm of Morris Kandinov LLP ("MoKa"). I submit this Declaration upon personal knowledge in support of the Motion for Award of Attorneys' Fees, an Incentive Award, and Reimbursement of Litigation Expenses for MoKa's work in connection with services rendered for *Goldstein v. Diab et al.*, C.A. 2023-0582-NAC (Del. Ch.) (the "Action"), which is one of the four actions participating in the global Stipulation and Agreement of Settlement dated May 13, 2024.

2. My firm served as counsel to Plaintiff Phillip Goldstein in the Action. The work that my firm performed in the Action included (i) researching SEC filings and public documents; (ii) issuing an inspection demand in February 2023; (iii) drafting, reviewing, and coordinating the

filing of the Verified Complaint in the Action; (iv) coordinating the motion to consolidate and analyzing ongoing litigation in different jurisdictions; (v) engaging in settlement discussions; and (vi) communications regarding the above with the client and co-counsel, among other things.

3. My firm's compensation for services rendered in connection with the Action was wholly contingent on the success of the Action and was totally at risk. The fees and unreimbursed expenses described herein have not been paid from any source and have not been the subject of any prior request, or prior award, in any litigation or other proceeding.

4. The following is a chart which details that MoKa invested 236.45 hours of work during the course of this litigation from February 12, 2023 to May 23, 2024:

| Name | Hours | Rate | Lodestar |
|---|---|---|---|
| **Partners** | | | |
| Aaron T. Morris | 131.10 | $1,250 | $163,875.00 |
| Andrew W. Robertson | 104.15 | $1,250 | $130,187.50 |
| **Associates** | | | |
| William Spruance | 1.20 | $750 | $900.00 |
| **TOTAL:** | **236.45** | | **$294,962.50** |

All of the time included in the chart was reasonably and necessarily expended, in my opinion. The hours worked by MoKa are recorded in time records kept by my firm, and they are an accurate record of the time expended by my firm.

5. My firm has incurred a total of $27,417.43 in unreimbursed expenses in connection with the prosecution of this Action from inception through the date of this Declaration. The expenses pertaining to this case are reflected in the books and records of my firm and consist of the following:

| Expense Category | Total |
|---|---|
| Mediation Fees | $26,298.99 |
| Travel & Transportation Expenses | $1,118.44 |
| **TOTAL:** | **$27,417.43** |

I declare, under penalty of perjury, that the foregoing facts are true and correct to the best of my knowledge, information, and belief.

Executed on August 16, 2024

_____
Aaron T. Morris

BRANDON COLEMAN
Notary Public - State of Florida
Commission # HH 246685
Expires on March 29, 2026

State of Florida

County of Seminole

Sworn to (or affirmed) and subscribed before me by means of online notarization, this 08/16/2024 by Aaron Morris.

Brandon Coleman

___ Personally Known OR ___ Produced Identification

Type of Identification Produced ___DRIVER LICENSE___