# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. F/K/A FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, AND SUNIL GULATI,<br><br>        Defendants. | Civil Action No.: 1:21-cv-04349<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Young B. Kim<br><br><br>**DECLARATION OF STEPHEN E. JENKINS IN SUPPORT OF INTERVENORS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, SERVICE AWARDS, AND REIMBURSEMENT OF LITIGATION EXPENSES** |

I, Stephen E. Jenkins, declare as follows:

1. I am a member in good standing of the bar of the Supreme Court of the State of Delaware, and an attorney at the law firm Ashby & Geddes, P.A. ("A&G"). I submit this affidavit in support of Plaintiffs' application for attorneys' fees and the reimbursement of expenses incurred in the prosecution of the above-captioned action (the "Action") in connection with the proposed settlement as set forth in the Stipulation and Agreement of Settlement dated May 13, 2024.

2. A&G undertook this litigation on an entirely contingent basis.

3. This affidavit is based on the time and expense records of A&G, which are kept in the ordinary course of business and which I believe to be accurate.

4.      Based on the time records maintained by A&G, from the Action's inception through August 6, 2024, timekeepers at A&G devoted 49.6 hours in time to the litigation of this Action with a value of $31,672.50.  A breakdown of A&G's hours from the Action's inception is as follows:

| Timekeeper | Hourly Rate | Total Hours | Total Amount |
|---|---|---|---|
| **Of Counsel** | | | |
| Stephen E. Jenkins | $1,090 | 3.30 | $3,597 |
| **Director** | | | |
| Richard D. Heins | $813-$875[1] | 7.0 | $5,702.50 |
| **Senior Counsel** | | | |
| Tiffany Geyer Lydon | $600-$625[2] | 35.3 | $21,230 |
| **Paralegal** | | | |
| Nicole Starzi | $285-$300[3] | 4.0 | $1,143 |
| **TOTALS** | | 49.6 | $31,672.50 |

5.      The hourly rates for each timekeeper, as set forth above, were each timekeeper's usual and customary rates.

6.      The expenses pertaining to this Action are reflected in the books and records of the firm, which are kept in the ordinary course of business.  Based on the books and records maintained by A&G, A&G incurred a total of $6,431.71 of expenses with respect to this Action from inception through August 6, 2024, as follows:

---

[1] Richard D. Heins' hourly rate was $813 in 2023, and $875 in 2024.
[2] Tiffany Geyer Lydon's hourly rate was $600 in 2023, and $625 in 2024.
[3] Nicole Starzi's hourly rate was $285 in 2023, and $300 in 2024.

| Expense Description | Amount |
|---|---|
| Court of Chancery Filing and Document Retrieval Fees | $3,798.36 |
| In-House Copying | $599.45 |
| Costs Advanced (CT Corporation) | $405.00 |
| Costs Advanced – Delaware Supreme Court Pro Hac Vice Renewal (2024) | $470.00 |
| Parcels Inc. (Delivery & Copy Service) | $796.40 |
| Court Reporting Service | $362.50 |
| **TOTAL** | **$6,431.71** |

7.      I respectfully request that the Court award the attorneys' fees and expense reimbursement requested.

8.      I state under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 19th day of August 2024.

*/s/ Stephen E. Jenkins*
Stephen E. Jenkins (DE #2152)
ASHBY & GEDDES, P.A.
500 Delaware Ave., 8th Floor
Wilmington, DE 19801

3