# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. F/K/A FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, AND SUNIL GULATI, <br><br> Defendants. | Civil Action No.: 1:21-cv-04349 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Young B. Kim <br><br> **AFFIDAVIT OF WILLIAM M. ALLEMAN, JR. IN SUPPORT OF AWARD OF ATTORNEYS' FEES, AN INCENTIVE AWARD, AND REIMBURSEMENT OF LITIGATION EXPENSES** |

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss.: |
| COUNTY OF SUSSEX | ) |

William M. Alleman, Jr., being duly sworn, deposes and says:

1. I am a member in good standing of the bar of the Supreme Court of the State of Delaware, and I am a partner in the law firm of Meluney Alleman & Spence, LLC ("MAS"). I submit this Affidavit upon personal knowledge in support of the Motion for Award of Attorneys' Fees, an Incentive Award, and Reimbursement of Litigation Expenses for MAS's work in connection with services rendered for *Goldstein v. Diab et al.*, C.A. 2023-0582-NAC (Del. Ch.) (the "Action"), which is one of the four actions participating in the global Stipulation and Agreement of Settlement dated May 13, 2024.

2.      My firm served as Delaware counsel to Plaintiff Phillip Goldstein in the Action. The work that my firm performed in the Action included (i) reviewing, commenting on, providing advice regarding, and coordinating the filing of the Verified Complaint in the Action; (ii) analysis and advice regarding consolidation of the Action with a related action and related motion practice and oral argument; (iii) reviewing and commenting on a proposed settlement stipulation; and (iv) related communications with co-counsel, among other things.

3.      My firm's compensation for services rendered in connection with the Action was wholly contingent on the success of the Action, and was totally at risk. The fees and unreimbursed expenses described herein have not been paid from any source and have not been the subject of any prior request, or prior award, in any litigation or other proceeding.

4.      Based on the time records maintained by MAS, the following is a chart which details that MAS invested 46.6 hours of work during the course of this litigation from April 14, 2023 to May 23, 2024:

| Name | Hours | Rate | Lodestar |
|---|---|---|---|
| **Partners** | | | |
| William M. Alleman, Jr. | 27.5 | $500 | $13,750 |
| Matthew Beebe | 18.1 | $500 | $9,050 |
| Sean Meluney | 1.0 | $500 | $500 |
| **TOTAL:** | **46.6** | | **$23,300** |

All of the time included in the chart was reasonably and necessarily expended, in my opinion. The hours worked by MAS are recorded in time records kept by my firm, and they are an accurate record of the time expended by my firm. The hourly rates for each timekeeper, as set forth above, were each timekeeper's usual and customary rates.

5.      My firm has incurred a total of $6,644.69 in unreimbursed expenses in connection with the prosecution of this Action from inception through the date of this Affidavit. The expenses pertaining to this case are reflected in the books and records of my firm and consist of the following:

| Expense Category | Total |
|---|---|
| Court and Filing fees | $5,037.35 |
| Legal Research | $141.38 |
| Courier and Record Retrieval Fees | $1,465.96 |
| **TOTAL:** | **$6,644.69** |

6.     I respectfully request that the Court award the attorneys' fees and expense reimbursement requested.

I declare, under penalty of perjury, that the foregoing facts are true and correct to the best of my knowledge, information, and belief.

Executed on August 16, 2024

William M. Alleman, Jr.

Subscribed and sworn to before me,
this 16th day of August , 2024.

NOTARY PUBLIC

STEPHEN A. SPENCE
Attorney at Law
Notarial Officer, State of Delaware
Pursuant to 29 Del.C.§ 4323(a)(3)
My Commission Has No Expiration Date