**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-04349 |
| Plaintiffs, | |
| v. | |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | |
| Defendants. | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| *In re ATI Physical Therapy, Inc.*<br>*Shareholder Derivative Litigation* | Case No. 1:21-cv-06415 |

**DECLARATION OF ROBERT CORMIO OF KROLL SETTLEMENT**
**ADMINISTRATION LLC REGARDING CLASS ACTION FAIRNESS ACT NOTICE**

I, Robert Cormio, declare as follows:

1.      I am a Senior Director of Kroll Settlement Administration LLC ("Kroll").  Kroll's principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103.  I am over twenty-one years of age and am authorized to make this declaration on behalf of Kroll and myself.  The following statements are based on my personal knowledge and information provided by other Kroll employees working under my supervision.  This declaration is being filed to document the mailing of the Class Action Fairness Act ("CAFA") notice pursuant to 28 U.S.C. § 1715(b) (the "CAFA Notice").

2.      Kroll has significant experience in class action matters, having provided services in connection with antitrust, employment, and securities class action settlements, as well as labor, consumer, and government enforcement matters.  Kroll has provided notification and/or claims administration services in more than 3,000 cases.

3.      Kroll was engaged to provide CAFA notification services in connection with the settlement of the direct claims in the actions captioned *Burbige, et al. v. ATI Physical Therapy, Inc., et al.*, No. 1:21-cv-04349 (N.D. Ill.), and *In re ATI Physical Therapy, Inc. Shareholder*

2

*Derivative Litigation*, Case No. 1:21-cv-06415 (N.D. Ill.), referred to herein as the "Settlement." Kroll's duties included preparing and sending the CAFA Notice.

4.     On behalf of ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II, Labeed Diab, Joseph Jordan, John L. Larsen, John Maldonado, Carmine Petrone, Joanne M. Burns, Christopher Krubert, and James E. Parisi (collectively the "ATI Defendants"), and Fortress Acquisition Sponsor II LLC, Fortress Investment Group LLC, Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (collectively, the "FVAC Defendants," and together with the ATI Defendants, "Defendants"), pursuant to CAFA, Kroll provided notice of the proposed settlement reflected in the Stipulation and Agreement of Settlement (Dkt. No. 162-1).

5.     On May 22, 2024, at the direction of the ATI Defendants' counsel, Kroll sent the CAFA Notice, attached hereto as **Exhibit A**, which included a web-link to a folder containing the documents required under 28 U.S.C. § 1715(b)(1)-(8), by certified mail to the Attorney General of the United States and the 56 state/territory Attorneys General identified in **Exhibit B**, and via email to the Nevada Attorney General, attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on August 29, 2024, in Northport, New York.

_____

Robert Cormio

3

# EXHIBIT A

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Joshua S. Amsel**
+1 212 310 8782
joshua.amsel@weil.com

May 23, 2024

VIA PRIORITY MAIL

To:     All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
        (*see* attached service list)

Re:     *Burbige, et al. v. ATI Physical Therapy, Inc., et al.,* Case No. 1:21-CV-04349 (N.D. Ill.), and *In re ATI Physical Therapy, Inc. Shareholder Derivative Litigation*, Case No. 1:21-CV-06415 (N.D. Ill.) Notice Of Proposed Class Action Settlement Pursuant To 28 U.S.C. § 1715

DEAR ATTORNEYS GENERAL:

This firm represents Defendants ATI Physical Therapy, Inc. ("ATI") f/k/a Fortress Value Acquisition Corp. II ("FVAC"), Labeed Diab, and Joseph Jordan (collectively, the "ATI *Burbige* Defendants") in a class action lawsuit, captioned *Burbige, et al. v. ATI Physical Therapy, Inc., et al.*, No. 1:21-cv-04349 (N.D. Ill.) (the "*Burbige* Action"), that is pending before Judge Edmond E. Chang in the U.S. District Court for the Northern District of Illinois (the "Court"). This firm also represents Defendants Labeed Diab, Joseph Jordan, John L. Larsen, John Maldonado, Carmine Petrone, Joanne M. Burns, Christopher Krubert, James E. Parisi, and Nominal Defendant ATI (collectively, with the ATI *Burbige* Defendants, the "ATI Defendants") in a related stockholder putative class and derivative lawsuit captioned *In re ATI Physical Therapy, Inc. Shareholder Derivative Litigation*, Case No. 1:21-CV-06415 (N.D. Ill.) (the "*Ghaith* Action," and together with the *Burbige* Action, the "Actions"), that is pending before the Court.

We write on behalf of the ATI Defendants and Defendants Fortress Acquisition Sponsor II LLC, Fortress Investment Group LLC, Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (collectively, the "FVAC Defendants," and together with the ATI Defendants, "Defendants") to advise you that, on May 13, 2024, Plaintiffs in the *Burbige* Action, Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds, and City of Melbourne Firefighters' Retirement System, and Plaintiffs in the *Ghaith* Action, Vinay Kumar, Ziyang Nie, Julia Chang, and Brendan Reginbald (collectively, "Plaintiffs") filed with the Court in the Actions Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement (the "Class Action Settlement").

|  |  |
|---|---|
| **Case Names**: | *Burbige, et al. v. ATI Physical Therapy, Inc., et al.*; *In re ATI Physical Therapy, Inc. Shareholder Derivative Litigation* |
| **Case Numbers**: | 1:21-CV-04349; 1:21-CV-06415 |
| **Jurisdiction**: | U.S. District Court for the Northern District of Illinois |

Joshua S. Amsel
May 23, 2024
Page 2

**Weil, Gotshal & Manges LLP**

**Date Settlement**
**Filed with Court**: May 13, 2024

Defendants deny any wrongdoing or liability whatsoever, but have decided to settle the Actions in order to eliminate the burden, risk, and expense of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents are available for download at www.CAFANotice.com under the folder entitled *Burbige, et al. v. ATI Physical Therapy, Inc. et al.* and *In re ATI Physical Therapy, Inc. Shareholder Derivative Litigation*:

1. **28 U.S.C. § 1715(b)(1) -- Complaint and Related Materials:** Copies of the following materials are available for download as Exhibits 1.01, 1.02, 1.03, 1.04, 1.05, and 1.06, respectively:

   - *Class Action Complaint for Violations of the Federal Securities Laws* (filed in the *Burbige* Action on August 16, 2021);

   - *Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws* (filed in the *Burbige* Action on February 8, 2022);

   - *Verified Stockholder Derivative Complaint* (filed in the *Ghaith* Action on December 1, 2021);

   - *Consolidated Verified Stockholder Derivative Complaint* (filed in the *Ghaith* Action on August 5, 2022);

   - *Verified Consolidated Amended Stockholder Derivative Complaint* (filed in the *Ghaith* Action on November 21, 2022); and

   - *Verified Consolidated Second Amended Stockholder Direct and Derivative Complaint* (filed in the *Ghaith* Action on April 2, 2024).

2. **28 U.S.C. § 1715(b)(2)** -- **Notice of Any Scheduled Judicial Hearing:** On May 13, 2024, Plaintiffs filed with the Court in the Actions Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement. On May 21, 2024, the Court preliminarily approved the Class Action Settlement and scheduled a final approval hearing for September 24, 2024. Copies of (i) the *Notice of Motion and Motion for Preliminary Approval of Class Action Settlement* and (ii) the *Order Preliminarily Approving Settlement and Providing for Notice* are Exhibits 2.01 and 2.02, respectively.

3. **28 U.S.C. § 1715(b)(3) -- Notification to Class Members:** On May 21, 2024, the Court approved the form and content of the notice and summary notice to be disseminated to potential class members. Copies of (i) the *Notice of (I) Pendency of Class Actions, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses*, and (ii) the *Summary Notice of (I) Pendency of Class Actions, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and*

Joshua S. Amsel
May 23, 2024
Page 3

**Weil, Gotshal & Manges LLP**

*Reimbursement of Litigation Expenses*, are Exhibits 3.01 and 3.02, respectively.

4. **28 U.S.C. § 1715(b)(4) -- Class Action Settlement Agreement:** A copy of the *Stipulation and Agreement of Settlement* (the "Agreement") is available as Exhibit 4.01.

5. **28 U.S.C. § 1715(b)(5) -- Any Settlement or Other Agreement:** There are no other settlements or other agreements between class counsel and counsel for Defendants beyond what is described in the Agreement.

6. **28 U.S.C. § 1715(b)(6) -- Final Judgment:** No final judgment has been entered in the Actions as of the date of this letter. A copy of the *[Proposed] Final Judgment and Order of Dismissal with Prejudice* is available as Exhibit 5.01.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) -- Names of Class Members/Estimate of Class Members:** Defendants do not currently have access to information sufficient to identify and provide the names of potential class members who reside in each state, or to make a reasonable estimate of the number of potential class members residing in each state. *See* 28 U.S.C. § 1715(b)(7)(A)-(B). As these are federal securities actions, the class is likely national in scope, and, subject to certain exclusions, includes all persons and entities who (i) purchased or otherwise acquired ATI securities between February 22, 2021 and October 19, 2021, both dates inclusive, and/or beneficially owned and/or held FVAC Class A common stock as of May 24, 2021 and were eligible to vote at FVAC's June 15, 2021 special meeting; and/or (ii) beneficially owned and/or held FVAC Class A common stock as of the June 11, 2021 Redemption Date and were entitled to, but did not elect to, redeem their shares. The *Order Preliminarily Approving the Settlement and Providing for Notice* (Exhibit 2.02) contains provisions for disseminating notice to such persons and entities. It is not possible at this time to provide the estimated proportionate share of the claims of class members residing in any state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7)(A)-(B). Much of this information may become available to Plaintiffs' counsel if the Court approves the proposed settlement and class members submit proofs of claim. As set forth in the *Notice of (I) Pendency of Class Actions, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses* (Exhibit 3.01), Plaintiffs have stated that they believe that, depending on the number of eligible ATI or FVAC securities owned by class members that participate in the proposed settlement, the estimated average recovery is approximately $0.49 per share (before deducting various Court-approved fees, expenses, and costs, such as attorneys' fees and litigation and administrative costs).

8. **28 U.S.C. § 1715(b)(8) -- Judicial Opinions Related to the Settlement:** Copies of the Court's (i) September 6, 2023 *Memorandum Opinion and Order* (issued in the *Burbige* Action) and (ii) March 31, 2024 *Memorandum Opinion and Order* (issued in the *Ghaith* Action) are available as Exhibits 6.01 and 6.02, respectively.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact me immediately at either (212) 310-8782 or joshua.amsel@weil.com so that we can address any concerns or questions you may have. Thank you.

Joshua S. Amsel
May 23, 2024
Page 4

**Weil, Gotshal & Manges LLP**

Sincerely,

*/s/ Joshua S. Amsel*

Joshua S. Amsel
Enclosures

# EXHIBIT B

Page 1 of 4

## CAFA NOTICE SERVICE LIST

**U.S. Attorney General**
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building, Utulei
3rd FL, PO Box 7
Utulei, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
Ashley Moody
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**

Kwame Raoul

James R. Thompson Ctr.

115 S. LaSalle St.

Chicago, IL 60603

**Indiana Attorney General**

Todd Rokita

Indiana Government Center South

302 West Washington St., 5th Fl.

Indianapolis, IN 46204

**Iowa Attorney General**

Brenna Bird

Hoover State Office Building

1305 E. Walnut

Des Moines, IA 50319

**Kansas Attorney General**

Kris Kobach

120 S.W. 10th Ave., 2nd Fl.

Topeka, KS 66612

**Kentucky Attorney General**

Russell Coleman

700 Capital Avenue

Capitol Building, Suite 118

Frankfort, KY 40601

**Louisiana Attorney General**

Liz Murrill

1885 North Third St

Baton Rouge, LA 70802

**Maine Attorney General**

Aaron Frey

State House Station 6

Augusta, ME 04333

**Maryland Attorney General**

Anthony G. Brown

200 St. Paul Place

Baltimore, MD 21202

**Massachusetts Attorney General**

Andrea Campbell

1 Ashburton Place

Boston, MA 02108

**Michigan Attorney General**

Dana Nessel

P.O. Box 30212

525 W. Ottawa St.

Lansing, MI 48909

**Minnesota Attorney General**

Keith Ellison

445 Minnesota St, Suite 1400

St. Paul, MN 55101

**Mississippi Attorney General**

Lynn Fitch

Department of Justice, P.O. Box 220

Jackson, MS 39205

**Missouri Attorney General**

Andrew Bailey

Supreme Ct. Bldg., 207 W. High St.

P.O. Box 899

Jefferson City, MO 65101

**Montana Attorney General**

Austin Knudsen

Office of the Attorney General, Justice Bldg.

215 N. Sanders St., Third Floor

P.O. Box 201401

Helena, MT 59620

**Nebraska Attorney General**

Mike Hilgers

2115 State Capitol

P.O. Box 98920

Lincoln, NE 68509

**Nevada Attorney General**

Aaron D. Ford

* NVAGCAFAnotices@ag.nv.gov

**New Hampshire Attorney General**

John Formella

1 Granite Place South

Concord, NH 03301

* Preferred

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
408 Galisteo St
Santa Fe, NM 87501

**New York Attorney General**
Letitia A. James
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224

**North Carolina Attorney General**
Josh Stein
9001 Mail Service Center
Raleigh, NC 27699

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Domingo Emanuelli Hernandez
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
425 5th Avenue North
PO Box 20207
Nashville, TN 37202

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

Page 4 of 4

**U.S. Virgin Islands Attorney General**
Gordon C. Rhea
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Sean Reyes
PO Box 142320
Salt Lake City, UT 84114

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
Patrick Morrisey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
State Capitol Bldg.
109 State Capitol
Cheyenne, WY 82002

# EXHIBIT C

| | |
|---|---|
| **From:** | Meador, Katie |
| **To:** | NVAGCAFAnotices@ag.nv.gov |
| **Cc:** | Meador, Katie |
| **Subject:** | CAFA Notice - Burbige, et al. v ATI Physical Therapy, Inc., et al. and In re ATI Physical Therapy Inc Shareholder Derivative Litigation |
| **Date:** | Thursday, May 23, 2024 9:55:57 AM |

To:     All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
        (*see* attached service list)

Re:     *Burbige, et al. v. ATI Physical Therapy, Inc., et al.,* Case No. 1:21-CV-04349 (N.D. Ill.), and *In re ATI Physical Therapy, Inc. Shareholder Derivative Litigation*, Case No. 1:21-CV-06415 (N.D. Ill.) Notice Of Proposed Class Action Settlement Pursuant To 28 U.S.C. § 1715

DEAR ATTORNEYS GENERAL:

This firm represents Defendants ATI Physical Therapy, Inc. ("ATI") f/k/a Fortress Value Acquisition Corp. II ("FVAC"), Labeed Diab, and Joseph Jordan (collectively, the "ATI *Burbige* Defendants") in a class action lawsuit, captioned *Burbige, et al. v. ATI Physical Therapy, Inc., et al.*, No. 1:21-cv-04349 (N.D. Ill.) (the "*Burbige* Action"), that is pending before Judge Edmond E. Chang in the U.S. District Court for the Northern District of Illinois (the "Court"). This firm also represents Defendants Labeed Diab, Joseph Jordan, John L. Larsen, John Maldonado, Carmine Petrone, Joanne M. Burns, Christopher Krubert, James E. Parisi, and Nominal Defendant ATI (collectively, with the ATI *Burbige* Defendants, the "ATI Defendants") in a related stockholder putative class and derivative lawsuit captioned *In re ATI Physical Therapy, Inc. Shareholder Derivative Litigation*, Case No. 1:21-CV-06415 (N.D. Ill.) (the "*Ghaith* Action," and together with the *Burbige* Action, the "Actions"), that is pending before the Court.

We write on behalf of the ATI Defendants and Defendants Fortress Acquisition Sponsor II LLC, Fortress Investment Group LLC, Andrew A. McKnight, Joshua A. Pack, Marc Furstein, Leslee Cowen, Aaron F. Hood, Carmen A. Policy, Rakefet Russak-Aminoach, and Sunil Gulati (collectively, the "FVAC Defendants," and together with the ATI Defendants, "Defendants") to advise you that, on May 13, 2024, Plaintiffs in the *Burbige* Action, Phoenix Insurance Company Ltd., The Phoenix Pension & Provident Funds, and City of Melbourne Firefighters' Retirement System, and Plaintiffs in the *Ghaith* Action, Vinay Kumar, Ziyang Nie, Julia Chang, and Brendan Reginbald (collectively, "Plaintiffs") filed with the Court in the Actions Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement (the "Class Action Settlement").

| | |
|---|---|
| **Case Names**: | *Burbige, et al. v. ATI Physical Therapy, Inc., et al.*; *In re ATI Physical Therapy, Inc. Shareholder Derivative Litigation* |
| **Case Numbers**: | 1:21-CV-04349; 1:21-CV-06415 |
| **Jurisdiction**: | U.S. District Court for the Northern District of Illinois |
| **Date Settlement** | |

**Filed with Court**: May 13, 2024

Defendants deny any wrongdoing or liability whatsoever, but have decided to settle the Actions in order to eliminate the burden, risk, and expense of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents are available for download at www.CAFANotice.com under the folder entitled *Burbige, et al. v. ATI Physical Therapy, Inc. et al.* and *In re ATI Physical Therapy, Inc. Shareholder Derivative Litigation*:

1. **28 U.S.C. § 1715(b)(1) -- Complaint and Related Materials:** Copies of the following materials are available for download as Exhibits 1.01, 1.02, 1.03, 1.04, 1.05, and 1.06, respectively:

   - *Class Action Complaint for Violations of the Federal Securities Laws* (filed in the *Burbige* Action on August 16, 2021);

   - *Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws* (filed in the *Burbige* Action on February 8, 2022);

   - *Verified Stockholder Derivative Complaint* (filed in the *Ghaith* Action on December 1, 2021);

   - *Consolidated Verified Stockholder Derivative Complaint* (filed in the *Ghaith* Action on August 5, 2022);

   - *Verified Consolidated Amended Stockholder Derivative Complaint* (filed in the *Ghaith* Action on November 21, 2022); and

   - *Verified Consolidated Second Amended Stockholder Direct and Derivative Complaint* (filed in the *Ghaith* Action on April 2, 2024).

2. **28 U.S.C. § 1715(b)(2) -- Notice of Any Scheduled Judicial Hearing:** On May 13, 2024, Plaintiffs filed with the Court in the Actions Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement. On May 21, 2024, the Court preliminarily approved the Class Action Settlement and scheduled a final approval hearing for September 24, 2024. Copies of (i) the *Notice of Motion and Motion for Preliminary Approval of Class Action Settlement* and (ii) the *Order Preliminarily Approving Settlement and Providing for Notice* are Exhibits 2.01 and 2.02, respectively.

3. **28 U.S.C. § 1715(b)(3) -- Notification to Class Members:** On May 21, 2024, the Court approved the form and content of the notice and summary notice to be disseminated to potential class members. Copies of (i) the *Notice of (I) Pendency of Class Actions, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses*, and (ii) the *Summary Notice of (I) Pendency of Class Actions, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses*, are Exhibits 3.01 and 3.02, respectively.

4.    **28 U.S.C. § 1715(b)(4) -- Class Action Settlement Agreement:**  A copy of the *Stipulation and Agreement of Settlement* (the "Agreement") is available as Exhibit 4.01.

5.    **28 U.S.C. § 1715(b)(5) -- Any Settlement or Other Agreement:**  There are no other settlements or other agreements between class counsel and counsel for Defendants beyond what is described in the Agreement.

6.    **28 U.S.C. § 1715(b)(6) -- Final Judgment:**  No final judgment has been entered in the Actions as of the date of this letter.  A copy of the *[Proposed] Final Judgment and Order of Dismissal with Prejudice* is available as Exhibit 5.01.

7.    **28 U.S.C. § 1715(b)(7)(A)-(B) -- Names of Class Members/Estimate of Class Members:**  Defendants do not currently have access to information sufficient to identify and provide the names of potential class members who reside in each state, or to make a reasonable estimate of the number of potential class members residing in each state.  *See* 28 U.S.C. § 1715(b)(7)(A)-(B).  As these   are federal securities actions, the class is likely national in scope, and, subject to certain exclusions, includes all persons and entities who (i) purchased or otherwise acquired ATI securities between February 22, 2021 and October 19, 2021, both dates inclusive, and/or beneficially owned and/or held FVAC Class A common stock as of May 24, 2021 and were eligible to vote at FVAC's June 15, 2021 special meeting; and/or (ii) beneficially owned and/or held FVAC Class A common stock as of the June 11, 2021 Redemption Date and were entitled to, but did not elect to, redeem their shares.  The *Order Preliminarily Approving the Settlement and Providing for Notice* (Exhibit 2.02) contains provisions for disseminating notice to such persons and entities.   It is not possible at this time to provide the estimated proportionate share of the claims of class members residing in any state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7)(A)-(B).   Much of this information may become available to Plaintiffs' counsel if the Court approves the proposed settlement and class members submit proofs of claim.  As set forth in the *Notice of (I) Pendency of Class Actions, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses* (Exhibit 3.01), Plaintiffs have stated that they believe that, depending on the number of eligible ATI or FVAC securities owned by class members that participate in the proposed settlement, the estimated average recovery is approximately $0.49 per share (before deducting various Court-approved fees, expenses, and costs, such as attorneys' fees and litigation and administrative costs).

8.    **28 U.S.C. § 1715(b)(8) -- Judicial Opinions Related to the Settlement:**  Copies of the Court's (i)  September 6, 2023 *Memorandum Opinion and Order* (issued in the *Burbige* Action) and (ii) March 31, 2024 *Memorandum Opinion and Order* (issued in the *Ghaith* Action) are available as Exhibits 6.01 and 6.02, respectively.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact me immediately at either (212) 310-8782 or joshua.amsel@weil.com so that we can address any concerns or questions you may have.  Thank you.

Sincerely,

*/s/ Joshua S. Amsel*

Joshua S. Amsel
Enclosures