**POMERANTZ LLP**
Jeremy A. Lieberman (pro hac vice)
Austin P. Van (pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
avan@pomlaw.com

*Attorneys for Lead Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                Plaintiffs<br>        v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br>                      Defendants. | Case No.: 1:21-CV-04349<br><br>**CLASS ACTION**<br><br>Hearing Date: September 24, 2024<br>Time: 12:15 P.M.<br>Judge: Honorable Edmond E. Chang<br>Courtroom: 2341 |

**SUPPLEMENTAL DECLARATION OF AUSTIN P. VAN IN FURTHER SUPPORT OF PLAINTIFFS' UNOPPOSED MOTIONS FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; AND (2) AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PSLRA AWARDS TO PLAINTIFFS**

I, Austin P. Van, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Partner of the law firm of Pomerantz LLP, court-appointed Lead Counsel for Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds ("Lead Plaintiffs"), and counsel for the proposed Settlement Class. I was personally involved in the litigation of this securities class action, together with Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and Klausner, Kaufman, Jensen & Levinson, Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System ("Melbourne Firefighters," and, together with Lead Plaintiffs, "Plaintiffs"). I am admitted pro hac vice before this Court. I have personal knowledge of the matters testified to herein based on my participation in the prosecution and settlement of the claims asserted on behalf of the Settlement Class in this Action.[1]

2. I respectfully submit this Declaration in further support of Plaintiffs' Motion, pursuant to Federal Rule of Civil Procedure 23, for final approval of the proposed $24.9 million settlement (the "Settlement") that the Court preliminarily approved by Order dated May 21, 2024 (the "Preliminary Approval Order") (ECF No. 172); as well as final approval of the proposed plan for allocating the proceeds of the Net Settlement Fund to eligible Settlement Class Members (the "Plan of Allocation") (collectively, the "Final Approval Motion") (ECF Nos. 179-180).

3. I also respectfully submit this Declaration in further support of Plaintiffs' Counsel's motion for an award of attorneys' fees in the amount of 25% of the Securities Subclass Settlement Amount, which equates to $4,725,000.00, plus interest thereon; reimbursement of Plaintiffs' Counsel's out-of-pocket expenses in the amount of $197,775.30; and awards to Plaintiffs in the total amount of $35,000.00, in accordance with the Private Securities Litigation Reform Act of

---

[1] Unless otherwise defined, all capitalized terms have the same meanings as set forth in the Stipulation and Agreement of Settlement, filed on May 13, 2024 (the "Stipulation") (ECF No. 162-1).

1995 ("PSLRA") in connection with their representation of the Settlement Class (the "Fee and Expense Application") (ECF Nos. 181-182).

4.     Attached hereto as Exhibit A is a true and correct copy of the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; and (B) Report on Requests for Exclusion and Objections.

5.     Attached hereto as Exhibit B is the [Proposed] Final Judgement and Order of Dismissal with Prejudice.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of September 2024, at New York, New York.

By:       */s/ Austin P. Van*
Austin P. Van

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van

4