# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, <br><br> Defendants. | Case No. 1:21-CV-04349 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re ATI Physical Therapy, Inc.* <br> *Shareholder Derivative Litigation* | Case No. 1:21-CV-06415 |

2

3

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| WENDELL ROBINSON,<br><br>                  Plaintiff,<br><br>    v.<br><br>FORTRESS ACQUISITION SPONSOR II, LLC, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, SUNIL GULATI, DANIEL N. BASS, MICAH B. KAPLAN, and LABEED DIAB,<br><br>                  Defendants. | Case No. 2023-0142-NAC |

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| PHILLIP GOLDSTEIN,<br><br>                    Plaintiff,<br><br>          v.<br><br>FORTRESS ACQUISITION SPONSOR II, LLC, LABEED DIAB, JOSEPH JORDAN, CEDRIC COCO, RAY WAHL, JOHN L. LARSEN, JOHN MALDONADO, CARMINE PETRONE, JOANNE M. BURNS, CHRISTOPHER KRUBERT, JAMES E. PARISI, JOSHUA A. PACK, ANDREW A. MCKNIGHT, MARC FURSTEIN, AARON F. HOOD, CARMEN A. POLICY, SUNIL GULATI, LESLEE COWEN, RAKEFET RUSSAK-AMINOACH, DANIEL BASS, and MICAH KAPLAN,<br><br>                    Defendants,<br><br>          and<br><br>ATI PHYSICAL THERAPY, INC.,<br>                    Nominal Defendant. | Case No. 2023-0582-NAC |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.      I am the Director of Quality Assurance at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

4

**<u>UPDATE ON THE MAILING OF THE NOTICE AND CLAIM FORM</u>**

2. Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated May 21, 2024 (ECF No. 172, the "Preliminary Approval Order"), the Court authorized the retention of SCS to supervise and administer the notice procedure in connection with the proposed Settlement[1] of the above-captioned Actions, as well as processing of Claims.

3. I submit this declaration as a supplement to my previously filed Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated August 20, 2024 (ECF No. 183-1, the "Initial Mailing Declaration") to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

4. As reported in the Initial Mailing Declaration, SCS mailed or emailed 2,374 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. In addition, 14,702 Notice Packets were mailed to potential Settlement Class Members by SCS or nominees. SCS also emailed a direct link to the Notice Packet to 36 email addresses provided by individuals or nominees, and SCS was notified by one of the nominees that it emailed 19,086 of its clients the link to the Notice Packet on the settlement webpage. Since the Initial Mailing Declaration, SCS received a request from another nominee for 260 Notice Packets to be mailed to them so they can notify their clients. In total, as of the date of this declaration, 34,084 potential Settlement Class Members and nominees were notified by either mailed Notice Packet or emailed direct link to the Notice Packet.

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated as of May 13, 2024 (ECF No. 162-1, the "Stipulation").

5. Since the Initial Mailing Declaration, 542 Notice Packets were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for six, and SCS immediately mailed another Notice Packet to the updated addresses. The remaining 536 Notice Packets returned as undeliverable were "skip-traced" to obtain updated addresses and 268 were re-mailed to updated addresses.

## UPDATE ON TOLL-FREE PHONE LINE

6. The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for callers to obtain information about the Settlement. SCS will continue to respond promptly to each telephone inquiry through the claims process.

## UPDATE ON SETTLEMENT WEBSITE

7. The Initial Mailing Declaration also noted that on June 17, 2024, SCS's website was updated to include a specific webpage for this Settlement, www.strategicclaims.net/ati/. The webpage is accessible 24 hours a day, 7 days a week and contains a current status of the case, important settlement-related deadlines, an online claim filing link, and downloadable copies of case documents. To date, the settlement website has received 6,580 pageviews from 2,329 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8. The Notice, Summary Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than September 3, 2024. SCS has been monitoring all mail received for this case. As of the date of this declaration, SCS has received one request for exclusion. **Exhibit A** attached to this declaration is a copy of this exclusion request.

6

9. According to the Notice, Settlement Class Members seeking to object to the proposed Settlement, the proposed Plan of Allocation, and/or Plaintiffs' Counsel's motions for awards of attorneys' fees and reimbursement of Litigation Expenses were required to submit their objection in writing such that the objections were received by Co-Lead Counsel and Defendants' Counsel at the addresses listed in the Notice, as well as filed with the Clerk of the Court, no later than September 3, 2024. As of the date of this declaration, SCS has not received any objections nor been notified that Plaintiffs' Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of September 2024, in Media, Pennsylvania.

Josephine Bravata

7

To Whom It May Concern,

Roger Bruce Magee II

Roger Bruce Magee II requests exclusion from the Settlement Class in the ATI Class Actions Settlement.

Roger owned 0 shares of ATI Securities as of the opening of trading on 2/22/2021.

Roger bought and sold 30 ATI shares from 2/22/2021 through 10/19/2021 as listed below

-bought 10 shares at $3.93 on 7/28/2021
-bought 10 shares at $3.93 on 7/28/2021
-bought 10 shares at $3.82 on 7/28/2021
-sold 30 shares at $3.76 on 7/29/2021

Please contact if any additional information is needed.

Sign,

Roger Bruce Magee II

Roger Bruce Magec II

20 AUG 2024 PM 1 L

ATI Class Actions Settlement - EXCLUSIONS
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063

SEP 0 4 2024

19063-023030

To Whom It May Concern,

I am sending this copy of the requested opt out letter as a backup to the original one I sent out on 8/20/24 via first class mail as instructed by the docket notice in case it does not reach the requested destination on time. If possible please contact me to confirm receipt of the letter (this copy or the original) and/or if you have any additional questions.

Roger Bruce Magee II

Sign,

Roger Bruce Magee II

To Whom It May Concern,

Roger Bruce Magee II

Roger Bruce Magee II requests exclusion from the Settlement Class in the ATI Class Actions Settlement.

Roger owned 0 shares of ATI Securities as of the opening of trading on 2/22/2021.

Roger bought and sold 30 ATI shares from 2/22/2021 through 10/19/2021 as listed below

-bought 10 shares at $3.93 on 7/28/2021
-bought 10 shares at $3.93 on 7/28/2021
-bought 10 shares at $3.82 on 7/28/2021
-sold 30 shares at $3.76 on 7/29/2021

Please contact if any additional information is needed.

Sign,

Roger Bruce Magee II

  

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL

$30.45

RDC 07          S2324A502267-47

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle – again.



**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)          PHONE

Roger Bruce Magic, II

AUG 29 2024

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE ( 866 ) 274 4004
ATI Class Actions Settlement - EXCLUSIONS
c/o Strategic Claims Services
P.O. Box 230
600 N Jackson Street, Suite 205
Media PA 19063
ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 0 6 3 - ___ ___ ___ ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◁ PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| ☐1-Day | ☐2-Day | ☐Military | ☐DPO |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 10127 | 8.28.24 | $ 30.45 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 8.27.24 | ☐12 NOON ☑3:00 PM | $ | |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 10.15 ☑AM ☐PM | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight | ☐Flat Rate | Acceptance Employee Initials | |
| lbs. 1.80 ozs. | ALM | $ 30.45 | |

| DELIVERY (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time | ☐AM ☐PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time | ☐AM ☐PM | Employee Signature |

LABEL 11-B, NOVEMBER 2023          PSN 7690-02-000-9996

  

**UNITED STATES POSTAL SERVICE®**

This package is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.