# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kevin Burbige, et al.

                                    Plaintiff,

v.                                                             Case No.: 1:21−cv−04349

                                                                                    Honorable Edmond E. Chang

ATI Physical Therapy, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 24, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: This entry is posted on the dockets of both 21−cv−04349 and 21−cv−06415. (1.) In 21−cv−04349, in−person hearing held on the motions for final approval [179], and for fees, expenses, and service awards [181], [184]. Counsel for the parties appeared. No one else appeared at the hearing. Counsel reported that there have been no other opt−outs and no objections at all to the proposed settlement. As articulated on the record, all Rule 23 requirements have been met for settlement purposes. The joint motion for final approval of class settlement and for fees, expenses, and awards [179], [181], [184] are granted. Counsel for the Plaintiff shall file a status report, by 12/20/2024, reporting on the implementation of the agreement. A tracking status hearing is set for 01/06/2025 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Civil case terminated. (2.) In 21−cv−06415, in−person hearing held on the motions [149] for final approval, and for fees, expenses, and service awards [150], [152]. Counsel for the parties appeared. No one else appeared at the hearing. Counsel reported that there have been no objections to the proposed settlement. Under Civil Rule 23.1(c), the derivative−claims settlement was approved. The parties shall file a status report, by 12/20/2024, reporting on the implementation of the agreement. A tracking status hearing is set for 01/06/2025 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.