**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. F/K/A FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, AND SUNIL GULATI,<br><br>Defendants. | Civil Action No.: 1:21-cv-04349<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Young B. Kim |

<u>**ORDER FOR ATTORNEYS' FEES, SERVICE AWARDS, AND EXPENSES AND REIMBURSEMENT OF LITIGATION EXPENSES**</u>

WHEREAS, on May 13, 2024, parties to *In re ATI Physical Therapy, Inc. S'Holder Deriv. Litig.*, Case No. 1-21-cv-06415 (N.D. Ill), *Robinson v. Fortress Acquisition Sponsor II, LLC*, C.A. No. 2023-0142-NAC (Del. Ch.), *Goldstein v. Fortress Acquisition Sponsor II, LLC*, C.A. No. 2023-0582-NAC (Del. Ch.) (collectively, the "*Multiplan* Actions"), and the above-captioned action entered into a Stipulation and Agreement of Settlement, dated May 13, 2024 ("Settlement"), which has been filed with the Court;

WHEREAS, the Settlement provides that counsel for the plaintiffs in the *Multiplan* Actions ("*Multiplan* Counsel") will apply to the Court for an award of attorneys' fees of no more than one-third of the $6,000,000 portion of the settlement amount obtained for the so-called "*Multiplan*

1

Subclass," plus interest earned at the same rate and for the same period as earned by the Settlement's fund;

WHEREAS, the Settlement provides that counsel for the plaintiffs in the *Multiplan* Actions will apply for reimbursement of litigation expenses paid or incurred in connection with the institution, prosecution, and resolution of the claims against defendants, in an amount not to exceed $500,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by *Multiplan* Counsel directly related to their representation;

WHEREAS, the Settlement provides that Levi & Korsinsky, LLP is the firm representing that *Multiplan* Subclass for purposes of approval of the Settlement, and *Multiplan* Counsel have permitted Levi & Korsinsky, LLP to receive *Multiplan* Counsel's attorneys' fees and litigation expenses to distribute as appropriate to other *Multiplan* Counsel firms;

WHEREAS, on August 20, 2024 *Multiplan* Counsel submitted Intervenors' Memorandum of Law in Support of Their Motion for an Award of Attorneys' Fees, Service Awards, and Reimbursement of Litigation Expenses;

NOW THEREFORE, after due deliberation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. $1,500,000.00, plus accrued interest shall be distributed to Levi & Korsinsky, LLP for *Multiplan* Counsel's attorneys' fees;

2. $67,210.41, plus accrued interest shall be distributed to Levi & Korsinsky, LLP for *Multiplan* Counsel's litigation expenses;

3. The above-ordered attorneys' fees and litigation expenses shall be paid exclusively from the $6 million Multiplan Settlement Fund recovered for the Multiplan Subclass;

4.  $2,500.00 shall be distributed to Wendell Robinson as a service award out of the amount allocated to *Multiplan* Counsel for their attorneys' fees;

5.  $2,500.00 shall be distributed to Phillip Goldstein as a service award out of the amount allocated to *Multiplan* Counsel for their attorneys' fees.

Dated: 09/24/2024

HON. EDMOND E. CHANG
U.S. DISTRICT JUDGE