**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                       Plaintiffs<br>         v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br>                      Defendants. | Case No.: 1:21-CV-04349<br><br>Honorable Edmond E. Chang |

**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

- 1 -

NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN

- 2 -

**PLEASE TAKE NOTICE** that on May 23, 2025, at 8:30 am, or as soon thereafter as this Motion may be heard, Lead Plaintiffs Phoenix Insurance Company Ltd. and The Phoenix Pension & Provident Funds ("Lead Plaintiffs") and Consolidated Plaintiff City of Melbourne Firefighters' Retirement System (together with Lead Plaintiffs, "Plaintiffs") individually and on behalf of the Settlement Class in the above-captioned action, shall appear before the Honorable Edmond E. Chang, United States District Judge for the Northern District of Illinois, in Courtroom 2341 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and present Plaintiffs' Motion for Approval of Distribution Plan.

NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN

Dated:  April 25, 2025

Respectfully submitted,

**POMERANTZ LLP**

<u>/s/ *Austin P. Van*</u>
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com

*Attorneys for Lead Plaintiffs*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jeremy P. Robinson
1251 Avenue of the Americas
New York, New York   10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
jeremy@blbglaw.com

*Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
Bonni S. Jensen
7080 Northwest Fourth Street
Plantation, Florida   33315
Telephone: (954) 916-1202
Facsimile:  (954) 916-1232
bob@robertdklausner.com
bonni@robertdklausner.com

*Additional Counsel for Consolidated Plaintiff City of Melbourne Firefighters' Retirement System*

- 3 -

NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN