# EXHIBIT 1

# Part 3 of 3

# Morgan Stanley
## PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

Page 4 of 8

**Active Assets Account**  BATES ENTERPRISES LLC
C/O DYLAN P BATES

## Account Summary

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 12/31/21) | This Period (as of 1/31/22) |
|---|---|---|
| Cash, BDP, MMFs | — | $505,948.05 |
| Stocks | 841,350.54 | 227,150.28 |
| **Total Assets** | **$841,350.54** | **$733,098.33** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$841,350.54** | **$733,098.33** |

### CASH FLOW

| | This Period (1/1/22-1/31/22) | This Year (1/1/22-1/31/22) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | — | — |
| Sales and Redemptions | 665,721.12 | 665,721.12 |
| Tax Withholdings | (159,773.07) | (159,773.07) |
| **Total Investment Related Activity** | **$505,948.05** | **$505,948.05** |
| **Total Cash Related Activity** | — | — |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$505,948.05** | **$505,948.05** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (1/1/22-1/31/22) | This Year (1/1/22-1/31/22) |
|---|---|---|
| **Income And Distributions** | — | — |
| **Tax-Exempt Income** | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | — | — |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### GAIN/(LOSS) SUMMARY

| | Realized This Period (1/1/22-1/31/22) | Realized This Year (1/1/22-1/31/22) | Unrealized Inception to Date (as of 1/31/22) |
|---|---|---|---|
| **TOTAL GAIN/(LOSS)** | — | — | — |

The Gain/(Loss) Summary, which may change due to basis adjustments, is provided for informational purposes and should not be used for tax preparation. Refer to Gain/(Loss) in the Expanded Disclosures.

# Morgan Stanley
## PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

Page 5 of 8

Active Assets Account

**BATES ENTERPRISES LLC**
**C/O DYLAN P BATES**

## Account Detail

**Investment Objectives (in order of priority):** Capital Appreciation, Income, Aggressive Income, Speculation

**Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| **CASH** | **$505,948.05** | | | |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| **CASH, BDP, AND MMFs** | **69.02%** | **$505,948.05** | — |

## STOCKS

### COMMON STOCKS

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| ATI PHYSICAL THERAPY INC CL A (ATIP) | — | 71,883.000 | — | $3.160 | Please Provide | $227,150.28 | N/A | — | — |
| *Asset Class: Equities* | | | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **STOCKS** | **30.98%** | | — | **$227,150.28** | **N/A** | — | — |

# Morgan Stanley
## PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

Page 6 of 8

Active Assets Account

**BATES ENTERPRISES LLC**
**C/O DYLAN P BATES**

## Account Detail

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | — | $733,098.33 | N/A | — | — |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $505,948.05 | — | — | — | — | — |
| Stocks | — | $227,150.28 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$505,948.05** | **$227,150.28** | **—** | **—** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

*Sold after EOD 1/14/22*

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/19 | 1/21 | Sold | ATI PHYSICAL THERAPY INC CL A | ACTED AS AGENT; AFFILIATE ACTING AS AGENT AND AGENT FOR ANOTHER PREFERENTIAL RATE SUBJECT TO WITHHOLDING TAX | 95,862.000 | $3.7635 | $360,768.80 |
| 1/20 | 1/24 | Sold | ATI PHYSICAL THERAPY INC CL A | ACTED AS AGENT PREFERENTIAL RATE SUBJECT TO WITHHOLDING TAX | 80,441.000 | 3.7911 | 304,952.32 |
| 1/21 | | Tax Withholding | ATI PHYSICAL THERAPY INC CL A | | | | (86,584.51) |
| 1/24 | | Tax Withholding | ATI PHYSICAL THERAPY INC CL A | | | | (73,188.56) |
| **NET CREDITS/(DEBITS)** | | | | | | | **$505,948.05** |

Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.

## REALIZED GAIN/(LOSS) DETAIL

### MISSING COST

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| ATI PHYSICAL THERAPY INC CL A | | 01/19/22 | 95,862.000 | $360,768.80 | Please Provide | N/A A | |
| | | 01/20/22 | 80,441.000 | 304,952.32 | Please Provide | N/A A | |

## Morgan Stanley
### PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

**Active Assets Account**    BATES ENTERPRISES LLC
C/O DYLAN P BATES

## Account Detail

### MISSING COST (CONTINUED)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| Missing Cost This Period | | | | $665,721.12 | N/A | N/A | |
| Missing Cost Year to Date | | | | $665,721.12 | N/A | N/A | |
| Net Realized Gain/(Loss) This Period | | | | $665,721.12 | $0.00 | $0.00 | |
| Net Realized Gain/(Loss) Year to Date | | | | $665,721.12 | $0.00 | $0.00 | |

*Treasury regulations require that we report on Form 1099-B a) adjusted cost basis on the sale of covered securities acquired on or after 1/1/11 (or the applicable date for the type of security), b) the gain or loss as either long-term or short-term, and c) basis adjustments on covered securities due to wash sales, certain corporate actions and transfers by gift or inheritance. This section may not reflect all the basis adjustments required when filing your tax return. Refer to the Expanded Disclosures.*

*A - You executed this transaction elsewhere and later transferred the security to this account. Another financial institution has provided the transaction detail for this position.*

## MESSAGES

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA web site address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**
The COVID 19 crisis is creating opportunities for fraudsters to exploit individuals, especially senior citizens. The safety of our clients is of utmost importance to Morgan Stanley. We are taking this opportunity to alert our clients of the following scams that have been identified by a number of organizations. **Please be reminded that you should never provide your account numbers, passwords, or personal information, including your social security number, to anyone you do not know.** Be aware that as a result of COVID 19, these scams have been identified: **Treatment scams; Supply scams; Provider scams; Charity scams; Phishing scams; App scams; Investment scams; Tech Support scams; Home Sanitation scams; and Government Assistance scams**

If you have any questions regarding these scams, please immediately contact us.

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

228                                                                    ATI

## Claimant Information

Bates Investment, LLC

Phone:
Phone:
Email:
SSN/TaxID:
Date Submitted: 2024-10-13 17:36:19
SubmissionTieBack: L9UYZBZ

## Transaction Information

Beginning Balance: 0

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |
| 6/17/2021 | 3135814 | 31358140 | | | |
| 10/20/2021 | 0 | 0 90-Day | | | |

Ending Balance: 3135814

Beginning Balance: [BegBalance1]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance1]

Beginning Balance: [BegBalance2]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance2]

Beginning Balance: [BegBalance3]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance3]

## Documentation List

134-f70bb1fb72c1b125fbfaf7985e2064b8\2024\10\Bates-Investment-Morgan-Stanley-Jan-31-2022.pdf
134-f70bb1fb72c1b125fbfaf7985e2064b8\2024\10\Bates-Investment-Cont-Transfer.pdf



**Direct Registration Book Entry Account Statement**

F508COMA    ATI PHYSICAL THERAPY

| Account Number | Statement Date |
|---|---|
|  | 12/15/2021 |

BATES INVESTMENT LLC

**Share Transaction Request**

☐ Deposit the enclosed certificate(s) for _____ shares to my account.

**Address and Phone Number change:**

_____

_____

_____

**Signature(s)**  All registered owners must sign

_____

_____

---------------------------------------------------------------------------------------------------------------------------------

^ FOLD AND DETACH HERE ^

BATES INVESTMENT LLC

**Shareholder Account #:**

**ATI PHYSICAL THERAPY**

**CUSIP:**          00216W109

**Stock Symbol:**    ATIP

**Stock Price:**

**Total DRS / Book Shares:** 3,135,814

**Account Value:** 0.00

**Broker/Dealer Name:**

**Broker/Dealer DTC Participant #:**

**Customer Account #:**

| Total DRS / Book Entry Shares | Total Restricted Book Entry Shares |
|---|---|
| 3,135,814 | 0 |

| Transaction Date | Transaction Type | Number Shares | Share Balance | Restriction Code(s) |
|---|---|---|---|---|
| 11/24/21 | LOADED TRANSACTION | 2,759,270 | 2,759,270 | F508G |
| 12/03/21 | LOADED TRANSACTION | 376,544 | 3,135,814 | F508G |
| 12/13/21 | LOADED TRANSACTION | -3,135,814 | 0 | F508G |
| 12/13/21 | LOADED TRANSACTION | 3,135,814 | 3,135,814 |  |

This statement is a record of rights of the shareholder at the time of its issuance. Delivery of this statement of itself conveys no rights to the recipient. This statement is neither a negotiable instrument nor a security.

CONTINENTAL STOCK TRANSFER & TRUST COMPANY
1 State Street | 30th Floor | New York, NY | 10004
212-509-4000

CSTDRS

# Morgan Stanley
## PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

**STATEMENT FOR:**
BATES INVESTMENT LLC
C/O DYLAN P BATES

**TOTAL VALUE OF YOUR ACCOUNT** (as of 1/31/22)   **$9,904,851.10**
*Includes Accrued Interest*

*Morgan Stanley Private Wealth Management, a division of Morgan Stanley Smith Barney LLC. Member SIPC.*

**Your Private Wealth Advisor**
**Andrew Jones**
Senior Vice President
Andrew.M.Jones@morganstanleypwm.com
858 597-7791

**Your Branch**
4350 LA JOLLA VILLAGE DR STE 1000
SAN DIEGO, CA 92122
Telephone: 858-597-7777; Alt. Phone: 800-821-4593; Fax: 858-597-0455

#BWNJGWM

BATES INVESTMENT LLC
C/O DYLAN P BATES

Stocks sold were after 1/14/22

**Supervisory Location**

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-668-8168
**Access Your Account Online:** www.morganstanley.com/PWM

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED • MAY LOSE VALUE*

811 - 012277 - 459 - 4 - 3

# Morgan Stanley
## PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

Page 5 of 8

## Account Detail

Active Assets Account

**BATES INVESTMENT LLC**
**C/O DYLAN P BATES**

**Investment Objectives (in order of priority):** Capital Appreciation, Income, Aggressive Income, Speculation

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

**Brokerage Account**

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| **CASH** | $102,558.38 | | | |

| | Percentage of Holdings | | Market Value | Est Ann Income |
|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | | | $102,558.38 | — |
| **NET UNSETTLED PURCHASES/SALES** | | | $197,649.68 | |
| **CASH, BDP, AND MMFs (PROJECTED SETTLED BALANCE)** | 3.03% | | $300,208.06 | |

*The "Projected Settled Balance" includes accrued interest on deposits and reflects the impact of unsettled purchases/sales.*

## STOCKS

### COMMON STOCKS

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **ATI PHYSICAL THERAPY INC CL A (ATIP)** | — | 3,039,444.000 | — | $3.160 | Please Provide | $9,604,643.04 | N/A | — | — |
| *Asset Class: Equities* | | | | | | | | | |

# Morgan Stanley
## PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

Page 6 of 8

## Account Detail

**Active Assets Account**

**BATES INVESTMENT LLC**
**C/O DYLAN P BATES**

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **STOCKS** | **96.97%** | | — | $9,604,643.04 | N/A | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | **100.00%** | | — | $9,904,851.10 | N/A | — | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $300,208.06 | — | — | — | — | — |
| Stocks | — | $9,604,643.04 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$300,208.06** | **$9,604,643.04** | — | — | — | — |

## ACTIVITY
### INVESTMENT RELATED ACTIVITY

*[handwritten: → after 1/14/22]*  *[handwritten: Sold zero stocks before EOD 1/14/22]*

**PURCHASES, DIVIDEND REINVESTMENTS, SALES AND REDEMPTIONS**

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/21 | 1/25 | Sold | ATI PHYSICAL THERAPY INC CL A | ACTED AS AGENT PREFERENTIAL RATE | 1,400.000 | $3.4500 | $4,823.97 |
| 1/27 | 1/31 | Sold | ATI PHYSICAL THERAPY INC CL A | ACTED AS AGENT; AFFILIATE ACTING AS AGENT AND AGENT FOR ANOTHER PREFERENTIAL RATE | 31,732.000 | 3.0802 | 97,734.41 |
| 1/31 | 2/2 | Sold | ATI PHYSICAL THERAPY INC CL A | ACTED AS AGENT; AFFILIATE ACTING AS AGENT AND AGENT FOR ANOTHER PREFERENTIAL RATE | 63,238.000 | 3.1256 | 197,649.68 |

| | |
|---|---|
| **TOTAL PURCHASES, DIVIDEND REINVESTMENTS, SALES AND REDEMPTIONS** | **$300,208.06** |
| TOTAL SALES AND REDEMPTIONS | $300,208.06 |

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

# Morgan Stanley
### PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

Page 7 of 8

## Account Detail

Active Assets Account

**BATES INVESTMENT LLC**
**C/O DYLAN P BATES**

### UNSETTLED PURCHASES/SALES ACTIVITY

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Pending Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/31 | 2/2 | Sold | ATI PHYSICAL THERAPY INC CL A | UNSETTLED SALE | 63,238.000 | $3.1256 | $197,649.68 |

**NET UNSETTLED PURCHASES/SALES** — $197,649.68

*This section displays transactions that have not settled during this statement period. The Holdings section includes positions purchased and omits positions sold or sold short as of the trade-date. The unit/share price for unsettled fixed income new issues in the Holdings section may be approximate in advance of active market pricing or pricing from third party pricing services.*

## TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

### OPEN ORDERS (as of January 31, 2022)

| Entry Date | Activity Type | Description | Quantity | Stop Price | Limit Price | Current Price | Expiration Date |
|---|---|---|---|---|---|---|---|
| 1/27 | Sell | ATI PHYSICAL THERAPY INC CL A | 525,030.000 | $0.0000 | $3.0500 | $3.1600 | 1/20/23 |

## REALIZED GAIN/(LOSS) DETAIL

### MISSING COST

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| ATI PHYSICAL THERAPY INC CL A | | 01/21/22 | 1,400.000 | $4,823.97 | Please Provide | N/A  A | |
| | | 01/27/22 | 31,732.000 | 97,734.41 | Please Provide | N/A  A | |
| | | 01/31/22 | 63,238.000 | 197,649.68 | Please Provide | N/A  A | |
| **Missing Cost This Period** | | | | **$300,208.06** | **N/A** | **N/A** | |
| **Missing Cost Year to Date** | | | | **$300,208.06** | **N/A** | **N/A** | |
| **Net Realized Gain/(Loss) This Period** | | | | **$300,208.06** | **$0.00** | **$0.00** | |
| **Net Realized Gain/(Loss) Year to Date** | | | | **$300,208.06** | **$0.00** | **$0.00** | |

*Treasury regulations require that we report on Form 1099-B a) adjusted cost basis on the sale of covered securities acquired on or after 1/1/11 (or the applicable date for the type of security), b) the gain or loss as either long-term or short-term, and c) basis adjustments on covered securities due to wash sales, certain corporate actions and transfers by gift or inheritance. This section may not reflect all the basis adjustments required when filing your tax return. Refer to the Expanded Disclosures.*

*A - You executed this transaction elsewhere and later transferred the security to this account. Another financial institution has provided the transaction detail for this position.*

## MESSAGES

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA web site address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

229                                                                                                     ATI

## Claimant Information

Dylan Bates

Phone:
Phone:
Email:
SSN/TaxID:
Date Submitted: 2024-10-13 17:16:42
SubmissionTieBack: I5KIOLG

## Transaction Information

Beginning Balance: 0

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |
| 6/17/2021 | 597802 | 5978020 | | | |
| 10/20/2021 | 0 | 0 90-Day | | | |

Ending Balance: 597802

Beginning Balance: [BegBalance1]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance1]

Beginning Balance: [BegBalance2]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance2]

Beginning Balance: [BegBalance3]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance3]

# Documentation List

134-f70bb1fb72c1b125fbfaf7985e2064b8\2024\10\Bates-Jan-31-2022.pdf
134-f70bb1fb72c1b125fbfaf7985e2064b8\2024\10\Bates-Cont-Transfer.pdf

**Direct Registration / Book Entry Account Statement**



F508COMA    ATI PHYSICAL THERAPY

| Account Number | Statement Date |
|---|---|
|  | **12/15/2021** |

**DYLAN BATES**

**Share Transaction Request**

☐ Deposit the enclosed certificate(s) for _____ shares to my account.

**Address and Phone Number change:**

_____

_____

_____

**Signature(s)** All registered owners must sign

_____

_____

---------------------------------------------------------------------------------------------------------------------------------
^ FOLD AND DETACH HERE ^

DYLAN BATES

**Shareholder Account #**

**Total DRS / Book Shares:** 597,802

**Account Value:** 0.00

**Broker/Dealer Name:**

**Broker/Dealer DTC Participant #:**

**Customer Account #:**

**ATI PHYSICAL THERAPY**
**CUSIP:**          00216W109
**Stock Symbol:**    ATIP
**Stock Price:**

| Total DRS / Book Entry Shares | Total Restricted Book Entry Shares |
|---|---|
| 597,802 | 0 |

| Transaction Date | Transaction Type | Number Shares | Share Balance | Restriction Code(s) |
|---|---|---|---|---|
| 11/24/21 | LOADED TRANSACTION | 209,214 | 209,214 | F508G |
| 12/03/21 | LOADED TRANSACTION | 388,588 | 597,802 | F508G |
| 12/13/21 | LOADED TRANSACTION | -597,802 | 0 | F508G |
| 12/13/21 | LOADED TRANSACTION | 597,802 | 597,802 | |

This statement is a record of rights of the shareholder at the time of its issuance. Delivery of this statement of itself conveys no rights to the recipient. This statement is neither a negotiable instrument nor a security.

CONTINENTAL STOCK TRANSFER & TRUST COMPANY
1 State Street | 30th Floor | New York, NY | 10004
212-509-4000

CSTDRS

Case: 1:21-cv-04349 Document #: 202-3 Filed: 04/25/25 Page 16 of 53 PageID #:5860

# Morgan Stanley

### PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

**STATEMENT FOR:**
DYLAN P BATES

**TOTAL VALUE OF YOUR ACCOUNT** (as of 1/31/22)      **$1,889,054.32**
*Includes Accrued Interest*

**Your Private Wealth Advisor**
**Andrew Jones**
Senior Vice President
Andrew.M.Jones@morganstanleypwm.com
858 597-7791

**Your Branch**
4350 LA JOLLA VILLAGE DR STE 1000
SAN DIEGO, CA 92122
Telephone: 858-597-7777 ; Alt. Phone: 800-821-4593 ; Fax: 858-597-0455

*Morgan Stanley Private Wealth Management, a division of Morgan Stanley Smith Barney LLC. Member SIPC.*

#BWNJGWM

DYLAN P BATES

**Supervisory Location**

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-668-8168
**Access Your Account Online:** www.morganstanley.com/PWM

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED • MAY LOSE VALUE*

811 - 012279 - 459 - 4 - 3

# Morgan Stanley
### PRIVATE WEALTH MANAGEMENT

**CLIENT STATEMENT** | For the Period January 1-31, 2022

## Account Detail

**Active Assets Account**     DYLAN P BATES

**Investment Objectives (in order of priority):** Capital Appreciation, Income, Aggressive Income, Speculation      **Brokerage Account**
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

# HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

## STOCKS
### COMMON STOCKS

| Security Description | Trade Date | Quantity | Unit Cost | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **ATI PHYSICAL THERAPY INC CL A (ATIP)**<br>*Asset Class: Equities* | — | 597,802.000 | — | $3.160 | Please Provide | **$1,889,054.32** | N/A | — | — |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 100.00% | | | | — | **$1,889,054.32** | **N/A** | — | — |

| | Percentage of Holdings | | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | | | — | **$1,889,054.32** | **N/A** | — | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Stocks | — | $1,889,054.32 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | — | **$1,889,054.32** | — | — | — | — |

ATI Class Actions Settlement
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   227
BATES ENTERPRISES LLC
DYLAN BATES

**February 27, 2025**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| **Description:** | **Shares:** |
|---|---|
| This claim was filed on behalf of an excluded party and it is not eligible. Pursuant to the Stipulation and Agreement of Settlement, excluded from the Settlement Class are (i) Defendants; (ii) current and former Officers and directors of the Company; (iii) members of the Immediate Family of each of Defendants; (iv) all subsidiaries and affiliates of the Company and the directors and Officers of such subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, Officers, directors, and any other individual or entity in which any of Defendants has a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of all such excluded parties; provided, however, that any Investment Vehicle shall not be excluded from the Settlement Class. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Plaintiffs' Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

ATI Class Actions Settlement
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:** 228
BATES INVESTMENT, LLC
DYLAN BATES

**February 27, 2025**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
| --- | --- |
| This claim was filed on behalf of an excluded party and it is not eligible. Pursuant to the Stipulation and Agreement of Settlement, excluded from the Settlement Class are (i) Defendants; (ii) current and former Officers and directors of the Company; (iii) members of the Immediate Family of each of Defendants; (iv) all subsidiaries and affiliates of the Company and the directors and Officers of such subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, Officers, directors, and any other individual or entity in which any of Defendants has a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of all such excluded parties; provided, however, that any Investment Vehicle shall not be excluded from the Settlement Class. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Plaintiffs' Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

ATI Class Actions Settlement
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   229

DYLAN BATES

**February 27, 2025**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
| --- | --- |
| This claim was filed on behalf of an excluded party and it is not eligible. Pursuant to the Stipulation and Agreement of Settlement, excluded from the Settlement Class are (i) Defendants; (ii) current and former Officers and directors of the Company; (iii) members of the Immediate Family of each of Defendants; (iv) all subsidiaries and affiliates of the Company and the directors and Officers of such subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, Officers, directors, and any other individual or entity in which any of Defendants has a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of all such excluded parties; provided, however, that any Investment Vehicle shall not be excluded from the Settlement Class. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Plaintiffs' Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

# SUPPORT CENTER
Support Ticket System

03/19/2025 02:36:43 PM

# Ticket #358974

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Mickey Balestri |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 03/19/2025 02:24:11 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 03/19/2025 02:33:50 PM |
| **Due Date** | 03/20/2025 02:24:11 PM | **Last Message** | 03/19/2025 02:24:11 PM |

## Ticket Details

**Case:** ATI

**Control Number:** 227, 228, 229

## Dylan Bates (Control # 229), Bates Investment, LLC (Control #228), and Bates Enterprises, LLC (Control # 227)

| | |
|---|---|
| 03/19/2025 02:24:11 PM Dylan Bates (Control # 229), Bates Investment, LLC (Control #228), and Bates Enterprises, LLC ... | Mickey Balestri |

Please see attached correspondence.

Mickey Balestri

Forde & O'Meara LLP

Clerk

Dylan Bates letter re ATI Settlement - 3.19.25.pdf (270.3 kb)

---

Ticket #358974 printed by gallen on 03/19/2025 02:36:43 PM                    Page 1

# SUPPORT CENTER
### Support Ticket System

03/19/2025 02:36:43 PM

| 03/19/2025 02:33:49 PM | George Allen |
|---|---|

Good afternoon,

We have received your information and will pass it on for further review.

Thank you.

--
Claims Administrator
Strategic Claims Services, Inc.
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

 FORDE & O'MEARA LLP

March 19, 2025

**VIA EMAIL AND US MAIL**

ATI Class Actions Settlement
c/o Strategic Claims Services
600 N. Jackson Street
Suite 205
Media, PA 19063
info@strategicclaims.net

      Re:    Dylan Bates (Control # 229), Bates Investment, LLC (Control #228), and Bates
                Enterprises, LLC (Control # 227)

To Whom It May Concern:

I am the attorney for Dylan Bates (Control # 229), Bates Investment LLC, (Control # 228), and
Bates Enterprises, LLC (Control # 227). I write in connection with the denial of their claims and
your February 27, 2025 Notice of Ineligibility.

Your denial of these claims is improper and based on incorrect information. Your denial cites
the exclusion language from Section 1(jjj) of the Settlement Agreement: "Excluded from the
Settlement Class are (i) Defendants; (ii) current and former Officers and directors of the
Company; (iii) members of the Immediate Family of each of Defendants; (iv) all subsidiaries and
affiliates of the Company and the directors and Officers of such subsidiaries or affiliates; (v) all
persons, firms, trusts, corporations, Officers, directors, and any other individual or entity in
which any of Defendants has a controlling interest; and (vi) the legal representatives, agents,
affiliates, heirs, successors-in-interest, or assigns of all such excluded parties."

Your denial does not identify which of the exclusions you believe apply to Mr. Bates. But Mr.
Bates does not fall within any of these exclusions:

- He is not a Defendant;

- He is not a current or former Officer or director of the Company as defined in the
  Settlement Agreement, i.e., ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition
  Corp. II. "ATI" as well as Wilco Holdco, Inc.;

- He is not a member of the Immediate Family of any Defendants;

- He is not a subsidiary or affiliate of the Company, nor is he a director or Officer of such a
  subsidiary or affiliate;

- He is not a person, firm, trust, corporation, Officer, director or any other individual or entity in which any Defendant has a controlling interest; and

- He is not a legal representative, agent, affiliate, heir, successor-in-interest or assign of an excluded party.

To be clear, Mr. Bates was previously an officer of certain entities within the ATI Physical Therapy family of companies. He left his position as CEO in 2018 and continued in the capacity of Executive Vice Chairman until February of 2019. He was never an officer or director of Fortress Value Acquisition Corp. II (i.e., the Company). Thus, subsection (ii) does not apply to Mr. Bates.

Subsection (iv) does not apply to Mr. Bates because he is not presently an officer or director of any subsidiary or affiliate of the Company. While it is true that Mr. Bates was previously an officer and director of certain entities within the ATI Physical Therapy family of companies that, in or about 2021, may have been a "subsidiary or affiliate" of the Company, he still would not fall within the scope of subsection (iv). That subsection applies to "directors and Officers of such subsidiaries or affiliates." But it does ***not*** extend to ***former*** directors and Officers of such subsidiaries or affiliates. Indeed, the language of subsection (ii) demonstrates that the parties knew how to exclude former directors and officers of a company from the Settlement Class, and the language of subsection (iv) demonstrates that the parties chose ***not*** to exclude ***former*** directors and officers from its scope.

Moreover, it would be inequitable to exclude Mr. Bates from the Settlement Class. He terminated his roles with the ATI Physical Therapy family of companies in 2018 as CEO and Executive Vice Chairman in 2019, years before the alleged misconduct giving rise to the lawsuit.

Finally, I note that Bates Investment, LLC and Bates Enterprises, LLC are companies under Mr. Bates' control. The discussion above regarding Mr. Bates applies equally to those companies.

We will not hesitate to promptly petition the Court for relief if this matter is not resolved, and we reserve all rights accordingly. I am happy to discuss if you would like. Thank you.

Sincerely,

Michael K. Forde

Cc: Brian O'Meara, Esq.
Dylan Bates (via email)

 **FORDE & O'MEARA LLP**

March 19, 2025

**VIA EMAIL AND US MAIL**

ATI Class Actions Settlement
c/o Strategic Claims Services
600 N. Jackson Street
Suite 205
Media, PA 19063
info@strategicclaims.net

       Re:    Dylan Bates (Control # 229), Bates Investment, LLC (Control #228), and Bates Enterprises, LLC (Control # 227)

To Whom It May Concern:

I am the attorney for Dylan Bates (Control # 229), Bates Investment LLC, (Control # 228), and Bates Enterprises, LLC (Control # 227). I write in connection with the denial of their claims and your February 27, 2025 Notice of Ineligibility.

Your denial of these claims is improper and based on incorrect information. Your denial cites the exclusion language from Section 1(jjj) of the Settlement Agreement: "Excluded from the Settlement Class are (i) Defendants; (ii) current and former Officers and directors of the Company; (iii) members of the Immediate Family of each of Defendants; (iv) all subsidiaries and affiliates of the Company and the directors and Officers of such subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, Officers, directors, and any other individual or entity in which any of Defendants has a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of all such excluded parties."

Your denial does not identify which of the exclusions you believe apply to Mr. Bates. But Mr. Bates does not fall within any of these exclusions:

- He is not a Defendant;

- He is not a current or former Officer or director of the Company as defined in the Settlement Agreement, i.e., ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II. "ATI" as well as Wilco Holdco, Inc.;

- He is not a member of the Immediate Family of any Defendants;

- He is not a subsidiary or affiliate of the Company, nor is he a director or Officer of such a subsidiary or affiliate;

- He is not a person, firm, trust, corporation, Officer, director or any other individual or entity in which any Defendant has a controlling interest; and

- He is not a legal representative, agent, affiliate, heir, successor-in-interest or assign of an excluded party.

To be clear, Mr. Bates was previously an officer of certain entities within the ATI Physical Therapy family of companies. He left his position as CEO in 2018 and continued in the capacity of Executive Vice Chairman until February of 2019. He was never an officer or director of Fortress Value Acquisition Corp. II (i.e., the Company). Thus, subsection (ii) does not apply to Mr. Bates.

Subsection (iv) does not apply to Mr. Bates because he is not presently an officer or director of any subsidiary or affiliate of the Company. While it is true that Mr. Bates was previously an officer and director of certain entities within the ATI Physical Therapy family of companies that, in or about 2021, may have been a "subsidiary or affiliate" of the Company, he still would not fall within the scope of subsection (iv). That subsection applies to "directors and Officers of such subsidiaries or affiliates." But it does *not* extend to *former* directors and Officers of such subsidiaries or affiliates. Indeed, the language of subsection (ii) demonstrates that the parties knew how to exclude former directors and officers of a company from the Settlement Class, and the language of subsection (iv) demonstrates that the parties chose *not* to exclude *former* directors and officers from its scope.

Moreover, it would be inequitable to exclude Mr. Bates from the Settlement Class. He terminated his roles with the ATI Physical Therapy family of companies in 2018 as CEO and Executive Vice Chairman in 2019, years before the alleged misconduct giving rise to the lawsuit.

Finally, I note that Bates Investment, LLC and Bates Enterprises, LLC are companies under Mr. Bates' control. The discussion above regarding Mr. Bates applies equally to those companies.

We will not hesitate to promptly petition the Court for relief if this matter is not resolved, and we reserve all rights accordingly. I am happy to discuss if you would like. Thank you.

Sincerely,

Michael K. Forde

Cc:  Brian O'Meara, Esq.
     Dylan Bates (via email)

Forde & O' Meara LLP




quadient

FIRST-CLASS MAIL
IMI

$000.69 ⁰
03/19/2025 ZIP 60606
043M30271016

US POSTAGE

ATI Class Actions Settlement
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

MAR 2 8 2025

 Gmail

Josephine Bravata <jbravata@strategicclaims.net>

## Fwd: FW: ATI Physical Therapy, Inc. Securities Litigation - Final Determination and Request for Documents
1 message

**James Facciolla** <jfacciolla@strategicclaims.net>                                        Tue, Mar 25, 2025 at 10:14 PM
To: Josephine Bravata <jbravata@strategicclaims.net>

---------- Forwarded message ---------
From: **Michael Forde** <                          >
Date: Tue, Mar 25, 2025, 10:07 PM
Subject: FW: ATI Physical Therapy, Inc. Securities Litigation - Final Determination and Request for Documents
To: jfacciolla@strategicclaims.net <jfacciolla@strategicclaims.net>
Cc: info@strategicclaims.net <info@strategicclaims.net>, Mickey Balestri                          >

Mr. Facciolla:

I am the attorney for Dylan Bates (Account ̄ ̄ ), Bates Enterprises LLC (Account ̄ ̄ ), and Bates Investment, LLC (Account ̄ ̄ ?) (collectively, "the Bates Claimants"). I write in response to your email below. We respectfully, but strongly, disagree with your final determination of ineligibility for the following reasons.

Strategic Claims' conclusion that the Bates Claimants did not acquire or purchase ATI Securities and, instead, engaged in an equity conversion or continued to hold private shares of "'old' ATI" is incorrect. As more fully set forth below, the Bates Claimants do not believe that they engaged in an equity conversion or made a claim related to private shares of "'old' ATI," but instead purchased or acquired Company stock. Had this been a conversion, there would have been no exchange of any prior equity interest for new equity interests, but instead, the Bates Claimants would have retained their as-converted original equity interests. That did not happen here; they gave up their original equity interests and received new, completely different, equity interests in a completely different entity.

Strategic Claims' conclusion that the Bates Claimants acquired shares prior to the settlement period is also incorrect. As more fully set forth below, the Bates Claimants acquired shares of the Company in or about June 2021 and any prior equity interests were not shares of or equity interests in the Company. Since there was no conversion of shares, but instead the Bates Claimants gave up their original equity interests and received new, completely different, equity interests in a completely different entity, they certainly did not acquire those new equity interests prior to the settlement period. Some additional background is set forth below.

The Bates Claimants became beneficial owners of shares of the Company's common stock that were distributed to them in or about November, 2021. *See*, the Company's General form for registration of securities under the Securities Act of 1933 filed on or about July 9, 2021 which provides that "Wilco Acquisition intends to distribute such shares of Common Stock to its limited partners and general partner, each of which will be a permitted transferee under the A&R RRA and is named as a selling securityholder herein." https://www.sec.gov/Archives/edgar/data/1815849/000119312521211848/d122377ds1.htm.

I understand that Wilco Acquisition, LP failed or refused to file a claim in this matter and, as a result, the Bates Claimants filed their claims as the beneficial owners of their shares.

I again direct you to the *Amended and Restated Registration Rights Agreement* included in the Definitive proxy statement relating to merger or acquisition filed with the SEC on or about May 14, 2021. https://www.sec.gov/Archives/edgar/data/1815849/000119312521161982/d121614ddefm14a.htm (last visited March 20, 2025). Wilco Acquisition, LP was a "New Holder" under the Amended and Restated Registration Rights Agreement, as confirmed by its signature page included therewith. The Amended and Restated Registration Rights Agreement provided that New Holders, including Wilco Acquisition, LP, would receive "shares of common stock, par value $0.0001, of the Company ("Company Stock"), upon the Closing (as defined in the Merger Agreement)." The Amended and Restated Registration Rights Agreement defined "Company" as Fortress Value Acquisition Corp. II.

In addition, the Definitive proxy statement relating to merger or acquisition filed with the SEC on or about May 14, 2021 provided the following description of how holders of common stock of Wilco Holdco, Inc. would receive common stock of the Company: " Each share of [Wilco Holdco, Inc.] common stock issued and outstanding immediately prior to the effective time will be converted into the right to receive (A) a number of shares of ATI Class A common stock equal in value to (1) $1,303,000,000 <u>divided by</u> (2) the number of shares of Company common stock outstanding as of immediately prior to the effective time…"

Thus, Wilco Acquisition, LP, in consideration of agreeing to convert certain of its rights in common stock of Wilco Holdco, Inc. valued at $1,303,000,000, purchased or otherwise acquired 130,300,000 shares of common stock of Company valued at $10.00 per share, upon the Closing, as set forth in the Definitive proxy statement relating to merger or acquisition filed with the SEC on or about May 14, 2021: "the remaining amount of merger consideration will constitute FAII Class A common stock valued at $10.00 per share to [Wilco Holdco, Inc.] stockholders." See also the Company's General form for registration of securities under the Securities Act of 1933 filed on or about July 9, 2021, which confirms the number of shares issued to Wilco Acquisition, LP: https://www.sec.gov/Archives/edgar/data/1815849/000119312521211848/d122377ds1.htm.

I am happy to discuss this matter, or provide additional information, if you would like. Thank you.

Michael K. Forde

Forde & O'Meara LLP

---

**From:** James Facciolla <jfacciolla@strategicclaims.net>
**Sent:** Thursday, March 20, 2025 12:11 PM
**To:** Mickey Balestri        @f           >
**Cc:** Claims Analyst <info@strategicclaims.net>
**Subject:** ATI Physical Therapy, Inc. Securities Litigation - Final Determination and Request for Documents

**IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender jfacciolla@strategicclaims.net**

Hello Mickey,

I am reaching out to clarify regarding the ineligibility letter your client received from Strategic Claims Services, mailed February 27, 2025.

Our final determination is as follows.

**Your claims (see below) remain ineligible for the following reasons.**

| Claim | Name 1 | Name 2 | Account |
|---|---|---|---|
| 227 | BATES ENTERPRISES LLC | DYLAN BATES | - - - |
| 228 | BATES INVESTMENT, LLC | DYLAN BATES | - - - |
| 229 | DYLAN BATES | DYLAN BATES | - - - |

(1) Per the definition in the Stipulation of Settlement (https://www.strategicclaims.net/wp-content/uploads/2024/06/FULLY-EXECUTED-ATI-Stipulation-of-Settlement-PDF-00609416xC40C2.pdf), *"ATI Securities" means ATI Physical Therapy, Inc.'s common stock trading on the New York Stock Exchange ("NYSE") under the ticker symbol "ATIP" or FVAC common stock that traded on the NYSE under the ticker symbol FAII.* Equity conversions, or private shares of "old" ATI do not classify as a purchase or acquisition based upon the language of the Stipulation of Settlement.

(2) Your shares were acquired prior to the Settlement Class Period, in order to participate in the Settlement, shares must have been *(a) purchased or otherwise acquired ATI Securities between February 22, 2021 and October 19, 2021, both dates inclusive, and/or beneficially owned and/or held FVAC common stock as of May 24, 2021 and were eligible to vote at FVAC's June 15, 2021 special meeting to vote on the Business Combination (the "Securities Subclass"); and/or (b) beneficially owned and/or held FVAC Class A common stock as of the June 11, 2021 Redemption Date who were entitled to, but did not elect to, redeem their shares (the "Multiplan Subclass").* Per the ATI IPO Filing and Prospectus, these shares were held prior to the Settlement Class Period dates making them ineligible.

If you disagree with our determination please provide us the necessary supporting documentation to allow us to amend or confirm the above. Some examples of supporting documentation could include monthly statements from your financial institution, grant or option agreements, copies of checks, wires or other payment related receipts, etc. We already have your documents from the Transfer Agent, Continental, so you do not need to resend those documents. Any additional documents should be sent directly to me.

If you feel you still have received this notice in error and would like to contest our determination, please respond to this email in writing no later than Tuesday, March 25, 2025 officially requesting for Court review. Please be sure to include your claim number as noted above, your reason for contesting our determination, and documentation supporting your reason. If we do not hear from you by the above date, we will assume you agree with our determination and close out the dispute without Court review.

Thank you,

--

James Facciolla

Institution Relations Manager

Strategic Claims Services, Inc.

600 N. Jackson Street

Suite 205

Media, PA 19063

610-565-9202

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

**~WRD0004.jpg**
1K

**EXHIBIT N**

170                                                                                    ATI

## Claimant Information

Christopher Orr

Phone:
Phone:
Email:
SSN/TaxID:
Date Submitted: 2024-10-18 12:22:31
SubmissionTieBack: 48JLW83

## Transaction Information

Beginning Balance: 0

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |
| 6/16/2021 | 53724 | 537240 | | | |
| 10/20/2021 | 0 | 0 90-Day | | | |

Ending Balance: 53724

Beginning Balance: [BegBalance1]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance1]

Beginning Balance: [BegBalance2]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance2]

Beginning Balance: [BegBalance3]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance3]

# Documentation List

134-f70bb1fb72c1b125fbfaf7985e2064b8\2024\10\ATIP-Stock-Statement-10.14.24.pdf

**Direct Registration / Book Entry Account Statement**



F508UNX1
ATI PHYSICAL THERAPY

| Account Number | Statement Date |
|---|---|
|  | **10/14/2024** |

CHRISTOPHER ORR

**Important Information**

Please review the reverse side for account changes or important information pertaining to this statement.

------------------------------------------------------------------------------------------------------------------------
^ FOLD AND DETACH HERE ^

CHRISTOPHER ORR

**Shareholder Account #:**

**Total DRS / Book Holdings:** 0

**Account Value:** $0.00

**ATI PHYSICAL THERAPY**

**Broker/Dealer Name:**

**Broker/Dealer DTC Participant #:**

**CUSIP:**     00216W109

**Customer Account #:**

**Ticker Symbol:**

**Price Per Share:** $0.1720

| Total DRS / Book Entry Holdings | Total Restricted Book Entry Holdings |
|---|---|
| 0.00 | 0 |

| Transaction Date | Transaction Type | Transaction Amount | Holdings Balance | Restriction Code(s) |
|---|---|---|---|---|
| 11/24/21 | LOADED TRANSACTION | 53,724 | 53,724 | F508G |
| 12/13/21 | LOADED TRANSACTION | -53,724 | 0 | F508G |
| 12/13/21 | LOADED TRANSACTION | 53,724 | 53,724 | |
| 06/15/23 | EXCHANGE SECURITIES | -53,724 | 0 | |

This statement is a record of rights of the shareholder at the time of its issuance. Delivery of this statement of itself conveys no rights to the recipient. This statement is neither a negotiable instrument nor a security.

CSTDRS    9.2024

| **Share Transaction Requests** | **To change the Mailing Address, Email Address or Phone Number on the account, please provide the new information below:** |
|---|---|

☐ Deposit the enclosed certificate(s) for _____shares to my account.

_____

_____

_____

_____

**Signature(s)**  All registered owners must sign and date to validate any transaction(s) or change(s) to the account

_____

_____

ATI PHYSICAL THERAPY

**Account No.:**

**Account Alpha ID:** ORR,CHRISTOPHER

---------------------------------------------------------------------------------------------------------------------------------

^ FOLD AND DETACH HERE ^

## INSTRUCTIONS FOR TRANSACTION REQUEST

HOLDINGS TRANSACTION REQUEST:
If you have any physical stock certificates in your possession and you wish to deposit them in your account, mark the box above and on the blank line provided write in the number of shares represented by the certificate(s) you are sending to us for deposit.

ACCOUNT UPDATES:
Please write in your new address, telephone number and or email address in the available space provided. Note, all registered holders must sign their names exactly as they appear on the front of this statement.  Your request should be returned to the mailing address indicated below.

MAILING ADDRESS: 1 State Street, 30th Floor, New York, NY, 10004-1561

If you require further assistance, feel free to contact us:
PHONE: Monday through Friday, 8:00 am to 6:00pm, Eastern Time at 800-509-5586
EMAIL: CSTMail@continentalstock.com
WEBSITE: www.continentalstock.com

### About your Statement

This statement is your record of the securities being credited to your account in book entry form and may be part of the Direct Registration System, if applicable. It should be kept with your important documents as a record of your ownership of these securities.

THE CORPORATION WILL FURNISH TO ANY SHAREHOLDERS UPON REQUEST AND WITHOUT CHARGE, A FULL STATEMENT OF THE DESIGNATION, RELATIVE RIGHTS, PREFERENCES AND LIMITATIONS OF THE SHARES OF EACH CLASS OF SECURITIES, IF MORE THAN ONE, AUTHORIZED TO BE ISSUED AND THE DESIGNATION, RELATIVE RIGHTS, PREFERENCES AND LIMITATIONS OF EACH SERIES OF ANY CLASS OF PREFERRED HOLDINGS AUTHORIZED TO BE ISSUED SO FAR AS THE SAME HAVE BEEN FIXED AND THE AUTHORITY OF THE BOARD OF DIRECTORS TO DESIGNATE AND FIX THE RELATIVE RIGHTS, PREFERENCES AND LIMITATIONS OF OTHER SERIES.
There may be rights, privileges, restrictions and conditions attached to the securities covered by this statement.  A full copy of the text of any rights, privileges, restrictions and conditions can be obtained by contacting Continental Stock Transfer & Trust Company at 800-509-5586  or cstmail@continentalstock.com.

### Transactions Through Your Broker/Dealer

You would initiate the transaction with your broker/dealer who may instruct Continental Stock Transfer & Trust Company ("CST") to deliver your holdings on your behalf.

The Direct Registration System ("DRS"), if applicable, allows you to authorize your broker/dealer to send an electronic instruction to CST to debit holdings from your DRS position and deliver them electronically to your account with your broker/dealer. To effect such transactions your broker/dealer will need to include the following information which will need to match the information within the account held with CST:

- CST ACCOUNT NUMBER - which should be a total of ten digits. If your account number is less than ten digits, please add leading zeros. This ONLY applies to moving your shares to a Broker.
- SOCIAL SECURITY or TAXPAYER IDENTIFICATION NUMBER
- the NAME of your CST ACCOUNT
- the NUMBER of DRS shares to be delivered

CST will honor such requests from any broker/dealer participating in the Diredt Registration System. While a broker/dealer should have your authorization to debit holdings from your CST account, CST will have no way of verifying if you actually authorized the transaction since the instruction is coming directly from the broker/dealer.

CSTDRS          9.2024

**Account Alpha ID:** ORR,CHRISTOPHER

**Account No.:**

### Restriction Code Definitions

*Attention: if your Direct Registration/Book Entry holdings are not restricted this page will not display any Restriction Code Definitions.*

CSTDRS     9.2024

**Account Alpha ID:** ORR,CHRISTOPHER

**Account No.:**

This Page Left Intentionally Blank

**Account Alpha ID:** ORR,CHRISTOPHER

**Account No.:**

ATI Class Actions Settlement
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   170
CHRISTOPHER ORR

**February 27, 2025**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
| --- | --- |

This claim was filed on behalf of an excluded party and it is not eligible.
Pursuant to the Stipulation and Agreement of Settlement, excluded from
the Settlement Class are (i) Defendants; (ii) current and former Officers and
directors of the Company; (iii) members of the Immediate Family of each of
Defendants; (iv) all subsidiaries and affiliates of the Company and the
directors and Officers of such subsidiaries or affiliates; (v) all persons,
firms, trusts, corporations, Officers, directors, and any other individual or
entity in which any of Defendants has a controlling interest; and (vi) the
legal representatives, agents, affiliates, heirs, successors-in-interest, or
assigns of all such excluded parties; provided, however, that any
Investment Vehicle shall not be excluded from the Settlement Class.

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Plaintiffs' Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

# SUPPORT CENTER
### Support Ticket System

03/20/2025 02:42:59 PM

# Ticket #578334

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Chris Orr |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 03/19/2025 09:00:06 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | Leo Lysakowski | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 03/20/2025 02:42:42 PM |
| **Due Date** | 03/20/2025 09:00:06 PM | **Last Message** | 03/19/2025 09:00:06 PM |

## Ticket Details

**Case:** ATI

**Control Number:** 170

# Notice if Ineligibility Control # 170

---

| 03/19/2025 09:00:06 PM Notice if Ineligibility Control # 170 | Chris Orr |
|---|---|

To whom it may concern,

I write to follow-up on the Notice of Ineligibility I received dated February 27th, 2025 to contest your determination that Christopher Orr, Control #170/Account #    is ineligible to participate in the ATI Class Action Settlement.

The "Company," as defined in the Notice of (I) Pendency of Class Actions, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"), is ATI Physical Therapy, Inc. *See,* https://www.strategicclaims.net/wp-content/uploads/2024/06/ATI-Final-Long-Notice-and-Claim-Form2.pdf. ATI Physical Therapy, Inc. was organized as Fortress Value Acquisition Corp. II and was renamed ATI Physical Therapy, Inc. after its subsidiary, FVAC Merger Corp. II merged with Wilco Holdco, Inc. in or about June 2021. *See,* https://www.sec.gov/Archives/edgar/data/1815849/000119312521161982/d121614ddefm14a.htm.

---

# SUPPORT CENTER
### Support Ticket System

03/20/2025 02:42:59 PM

I ceased my employment with a subsidiary of Wilco Holdco, Inc., and its affiliates, in March 2020. I was never, and could never have been, an officer, director or employee of Fortress Value Acquisition Corp. II n/k/a ATI Physical Therapy, Inc. because it did not become affiliated with Wilco Holdco, Inc. until 15 months after my separation from all roles with Wilco Holdco, Inc. and/or its affiliates.

In addition:

1) I am not a Defendant;

2) I am not a current or former officer or director of the Company, i.e. Fortress Value Acquisition Corp. II n/k/a ATI Physical Therapy, Inc.;

3) I am not an immediate family member of a Defendant;

4) I am not a subsidiary or affiliate of the Company, i.e. Fortress Value Acquisition Corp. II n/k/a ATI Physical Therapy, Inc., or a director or office of a subsidiary or affiliate of the Company; and

5) No Defendant had or has a controlling interest in me, individually.

6) I am not a legal representative, agent, affiliate, heir, successor-in-interest, or assign off all such excluded parties.

As set forth above, I dispute your determination that I am ineligible to participate in the ATI Class Action Settlement. Please provide your response to this dispute as soon as possible.

Christopher Orr

# SUPPORT CENTER
Support Ticket System

03/20/2025 02:42:59 PM

| 03/20/2025 02:42:42 PM | Leo Lysakowski |

Good afternoon,

We have received your information and will pass it on for further review.

If you have any questions, please feel free to contact us.

Thank you.

--

Claims Administrator
Strategic Claims Services, Inc.
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

214                                                        ATI

## Claimant Information

Brent Mack                                 Phone:
                                           Phone:
                                           Email:
                                           SSN/TaxID:
                                           Date Submitted: 2024-10-15 14:03:53
                                           SubmissionTieBack: 3IO2R0L

## Transaction Information

Beginning Balance: 0

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |
| 6/17/2021 | 378989 | 3789890 | | | |
| 10/20/2021 | 0 | 0 90-Day | | | |

Ending Balance: 378989

Beginning Balance: [BegBalance1]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance1]

Beginning Balance: [BegBalance2]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance2]

Beginning Balance: [BegBalance3]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance3]

## Documentation List

134-f70bb1fb72c1b125fbfaf7985e2064b8\2024\10\Edward-Jones-March-June-2022-Statement.pdf
134-f70bb1fb72c1b125fbfaf7985e2064b8\2024\10\Mack-Cont-Transfer.pdf

# Edward Jones
## MAKING SENSE OF INVESTING

Account Holder(s) Brent Mack
Account Number
Financial Advisor

**Statement Date** Mar 26 – Jun 24, 2022 | Page 1 of 3

Brent Mack

## 5 ways to prevent identity theft

Anyone can become a target of identity theft. Follow these five tips to help protect yourself: Shred financial documents before disposing of them. Don't carry your Social Security card or write your number on a check. Never provide personal information unless you know the request is legitimate. Keep your computer security and antivirus software up to date. Finally, avoid using an obvious password.

## Single - Select
Portfolio Objective - Account: Growth Focus

### Account Value

**$667,020.64**

| | |
|---|---|
| 1 Month Ago | $739,028.55 |
| 1 Year Ago | $0.00 |
| 3 Years Ago | $0.00 |
| 5 Years Ago | $0.00 |

### Value of Your Account

### Value Summary

| | This Period | This Year |
|---|---|---|
| Beginning Value | $670,810.53 | $0.00 |
| Assets Added to Account | 0.00 | 706,937.14 |
| Assets Withdrawn from Account | 0.00 | 0.00 |
| Fees and Charges | 0.00 | 0.00 |
| Change In Value | -3,789.89 | -39,916.50 |
| Ending Value | $667,020.64 | |

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide .

### Rate of Return

| | This Quarter | Year to Date | Last 12 Months | 3 Years Annualized | 5 Years Annualized |
|---|---|---|---|---|---|
| Your Personal Rate of Return for Assets Held at Edward Jones | -6.38% | -5.84% | — | — | — |

www.edwardjones.com
Member SIPC

**Edward Jones**
**MAKING SENSE OF INVESTING**

Account Holder(s) Brent Mack
**Account Number**
**Financial Adviso**

**Statement Date** Mar 26 - Jun 24, 2022     Page 2 of 3

## Rate of Return (continued)

**Your Personal Rate of Return:** Your Personal Rate of Return measures the investment performance of your account. It incorporates the timing of your additions and withdrawals and reflects commissions and fees paid. Reviewing Your Personal Rate of Return is important to help ensure you're on track to achieving your financial goals.

The performance of your investments is tracked since they have been held in the current account, but no earlier than Jan.1, 2009. This also includes investments you owned during this time period but have since sold. Certain events, including a transfer of an investment between accounts, share class conversion, or change in an investment's identification code (CUSIP) caused by a corporate action, will impact the time frame over which the investment's rate of return is calculated.

Rate of Return information on account statements uses the dollar-weighted calculation. Time-weighted Rate of Return numbers for Advisory Solutions Fund and UMA accounts can be found on your Quarterly Performance Report through Online Account Access. If you are not an Online Access user, visit edwardjones.com/access to sign up.

Information used to calculate performance may have been obtained from third parties and Edward Jones cannot guarantee the accuracy of such information.

For the most current information, contact your financial advisor or visit edwardjones.com/performance.

## Asset Details (as of Jun 24, 2022)                    additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

| Stocks | Price | Quantity | Value | Rate of Return* |
|---|---|---|---|---|
| Ati Physical Therapy Inc | $1.76 | 378,989 | $667,020.64 | -5.84% |
| **Total Account Value** | | | **$667,020.64** | |

*Your Rate of Return for each individual asset above is as of June 24, 2022. Returns greater than 12 months are annualized.

Your Rate of Return in the Asset Details section above measures the investment performance of each of your individual assets. It incorporates the timing of your additions and withdrawals and reflects commissions and fees paid. Reviewing your Rate of Return is important to help ensure you're on track to achieving your financial goals.

The performance of your investments is tracked since they have been held in the current account, but no earlier than Jan. 1, 2009. Certain events, including a transfer of an investment between accounts, share class conversion, or change in an investment's identification code (CUSIP) caused by a corporate action, will impact the time frame over which the investment's rate of return is calculated.

Information used to calculate performance may have been obtained from third parties and Edward Jones cannot guarantee the accuracy of such information.

For the most current information, contact your financial advisor or visit    www.edwardjones.com/performance.

Case: 1:21-cv-04349 Document #: 202-3 Filed: 04/25/25 Page 45 of 53 PageID #:5889



## Your Relationship and Mailing Group(s)

Relationship - You have asked us to combine the accounts listed below for planning purposes as we work with you to achieve your financial goals. This means that information about these accounts and your goals and objectives may be shared with and accessible by each owner and authorized party in the relationship, including through Edward Jones Online Access and Edward Jones reports.

Mailing Group - You have also asked us to combine certain information about the accounts listed below into the mailing group(s) below for delivery purposes. Information for accounts within the same mailing group may be included in one envelope and mailed to the mailing group address. We may still send certain information directly to the account owners, as we believe appropriate.

| Account Number | Account Owner(s) | Account Type | Mailing Group Address |
|---|---|---|---|
| | Brent Mack | Individual Retirement Account Guided Solutions Flex Account | BRENT MACK |
| | Brent Mack | Single Account Select | |

For more information on this relationship or mailing group(s), please visit www.edwardjones.com/disclosures. If you wish to make changes to either the relationship(s) or mailing group(s), please contact your financial advisor.



This page intentionally left blank.



## About Edward Jones

Edward D. Jones & Co., L.P., is dually registered with the Securities and Exchange Commission (SEC) as a broker-dealer and an investment adviser. Edward Jones is also a member of Financial Industry Regulatory Authority (FINRA).

**Statement of Financial Condition —** Edward Jones' Statement of Financial Condition is available at edwardjones.com/about/financial-reports.html, your local office or by mail upon written request.

## About Your Account

**Account Information –** Your account agreement(s) contain the conditions that govern your account. Contact your financial advisor if you have any changes to your financial situation, contact information or investment objectives.

**Account Accuracy –** If you believe there are errors on your account, promptly notify your financial advisor or Client Relations. To further protect your rights, including rights under the Securities Investor Protection Act (SIPA), re-confirm any oral communication by sending us a letter within 30 days. If you think there is an error with, or you have a question about, your electronic transfers, contact Client Relations.

**Complaints about Your Account –** If you have a complaint, call Client Relations or send a letter to Edward Jones, Attn: Complaints Investigations, 12555 Manchester Rd,. St. Louis, MO 63131 or send an email to complaints@edwardjones.com

**Pricing –** For the most current prices of your investments, contact your financial advisor or visit Online Access. While we believe our pricing information is reliable, some information is provided by third parties and we cannot guarantee its accuracy.

**Systematic and Money Market Transactions –** Additional transaction details may be available upon written request to Edward Jones, Attn: Trade Operations Dept.

**Fair Market Value for Individual Retirement Accounts –** Your account's fair market value as of Dec. 31 will be reported to the Internal Revenue Service (IRS) as required by law.

**Withholding on Distributions or Withdrawals –** Federal law requires Edward Jones to withhold income tax on distribution(s) from your retirement accounts and other plans, unless you elect not to have withholding apply by completing the appropriate form and returning it to the address specified on the form. Your election will remain in effect until you change or revoke it by completing and returning a new form. If you elect not to have withholding or do not have enough income tax withheld from your distributions, or if payments of estimated taxes are not sufficient, you may be responsible for payments of estimated taxes and/or incur penalties as a result. State withholding, if applicable, is subject to the state's withholding requirements.

**Fees and Charges –** The "Fees and Charges" amount shown in your Value Summary includes the following:

- Account fees (e.g., advisory program asset-based fees and retirement account fees);

- Fees and charges for services (e.g., check reorders and wire transfers); and

- Margin loan interest

This amount does not include transaction-based fees and charges on the purchase or sale of a security or other product (e.g., systematic investing fees, commissions, sales charges, and markups/ markdowns). These fees and charges are shown in the activity section(s) of your statement or on your trade confirmations. For more information, contact your financial advisor.

**Rights to Your Money Market Fund, Bank Deposit and Free Credit Balances –** The uninvested cash in your account ("Free Credit Balance") is payable on demand. You may instruct us to liquidate your Insured Bank Deposit or Money Market fund balance(s). We will disburse the proceeds to you or place them in your accounts. Your instructions must be made during normal business hours and are subject to the terms and conditions of the account agreement(s).

To learn more about fees and costs, revenue sharing, and the compensation received by Edward Jones and your financial advisor, please talk with your financial advisor or visit edwardjones.com/disclosures.

| CONTACT INFORMATION | | | | |
|---|---|---|---|---|
| **Client Relations** | | **Online Access** | **Other Contacts** | |
| ☎ Toll Free Phone 800-441-2357 | Monday – Friday 7 a.m. – 7 p.m. CT | 🖱 edwardjones.com/access | ☎ Edward Jones Personal MasterCard® 866-874-6711 | |
| ✉ | | ☎ Edward Jones Online Support 800-441-5203 | ☎ Edward Jones Business MasterCard® 866-874-6712 | |
| | | | ☎ Edward Jones VISA® Debit Card 888-289-6635 | |

S1EDJ001 Rev 11/21

www.edwardjones.com
Member SIPC

SHSTMT



Shareholder of:

**ATI PHYSICAL THERAPY**

**Account Number:**
**Statement Date:** 12/31/2021
**CUSIP:** 00216W109
**Symbol:**

**Save this Statement for Tax Purposes**

*Special Investor Message:*

BRENT MACK

**Telephone: 800-509-5586**
**Email: cstmail@continentalstock.com**

## Account Summary

| FOR PERIOD ENDING | TOTAL DIVIDENDS RECEIVED DURING YEAR | CERTIFICATED BALANCE |
|---|---|---|
| 12/31/2021 | $0.00 | 0.0000 |
| **BOOK BALANCE** | **TOTAL PLAN BALANCE** | **TOTAL HOLDINGS END OF PERIOD** |
| 378,989.0000 | 0.000000 | 378,989.000000 |

| Price as of Statement Date: | $3.0200 | Account Value: | $1,144,546.78 |
|---|---|---|---|

## Transaction History

*BALANCE FORWARD* *0.00000*

| DATE | TRANSACTION | AMOUNT | AMOUNT IN/AMOUNT OUT | HOLDINGS BALANCE |
|---|---|---|---|---|
| 11/24/21 | RSTR LOADED TRANSACTION | | 307,050 | 307,050.000000 |
| 12/03/21 | RSTR LOADED TRANSACTION | | 71,939 | 378,989.000000 |
| 12/13/21 | RSTR LOADED TRANSACTION | | -71,939 | 307,050.000000 |
| 12/13/21 | RSTR LOADED TRANSACTION | | -307,050 | 0.000000 |
| 12/13/21 | DRS LOADED TRANSACTION | | 71,939 | 71,939.000000 |
| 12/13/21 | DRS LOADED TRANSACTION | | 307,050 | 378,989.000000 |

## Cost Basis Information

| ACQUISITION DATE | SALE DATE | LOT SHARES | LOT COST | FAIR MARKET VALUE | CERTIFICATE NO. | COVERED |
|---|---|---|---|---|---|---|
| | | 307,050 | UNKNOWN | | | UNCOVERED |
| | | 71,939 | UNKNOWN | | | UNCOVERED |



## Address Change (including city, state and ZIP code)
(Please Print)

*New Address:*

CONTINENTAL STOCK TRANSFER & TRUST COMPANY
1 State Street | 30th Floor | New York, NY | 10004
800-509-5586 | cstmail@continentalstock.com

_____

_____

_____

Daytime Telephone Number: _____

Signature: _____  Date: _____

Signature: _____  Date: _____

**All registered owners must sign.**

**BRENT MACK**

Shareholder of:

| ATI PHYSICAL THERAPY |
|---|

**Account Number:**

**CUSIP:** 00216W109

**Symbol:**

**Telephone: 800-509-5586**

**Email: cstmail@continentalstock.com**

## Direct Registration System

The company for which you own securities in may participate in the Direct Registration System (DRS), which allows for electronic movement of your book entry holdings between your broker account and your account with Continental Stock Transfer & Trust Company, ("CST"). For information on electronically moving your holdings, please contact your broker to initiate the transfer. To initiate electronic transfer, your broker will need to provide the information listed to the right of this paragraph.

1) your CST account number shown on the front of this statement;

2) your Social Security or taxpayer identification number;

3) the registered name(s) on your account exactly as they appear on this statement; and;

4) the number of securities to be delivered.

*CST will honor such requests from any broker participating in the DRS. While a broker should have your authorization to move securities from your CST shareholder account, CST will have no way of stopping the transaction since the instruction is coming directly from the broker.*

## Definitions

ACCOUNT SUMMARY:

**For Period Ending -** Ending date of data capture for the statement.

**Total Dividends Received During Year -** Lists cumulative dividend payment information up to the period ending date.

**Certificated Balance -** Lists the total number of holdings represented by physical securities certificates that have been issued and are in your possession.

**Book Balance -** Lists the total number of book-entry/DRS holdings held for you in your account at CST.

**Total Plan Balance -** Lists the total number of holdings held in your Dividend Reinvestment/Direct Stock Purchase/Employee Stock Purchase or other Plan that may be offered by the issuer of the securities you own to which you are enrolled.

**Total Holdings End of Period -** Lists the overall total number of holdings you hold for the period ending date.

TRANSACTION HISTORY:

**Balance Forward -** Lists the starting balance of holdings for the statement period.

**Date -** Transaction date.

**Transaction -** Description of transaction.

**Amount In/Amount Out -** Lists the number of denomination for the transaction.

**Holdings Balance -** Lists the running/cumulative holdings balance as each transaction is processed.

COST BASIS INFORMATION:

**Acquisition Date -** Date the holdings were acquired, if available.

**Lot Denomination -** Lists denomination specific to the cost basis, if available.

**Lot Cost -** Lists the cost of the securities in the lot, if available.

**Fair Market Value -** Lists the Fair Market Value at the time the securities were acquired, if available.

SHSTMNT

ATI Class Actions Settlement
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   214

BRENT MACK

**February 27, 2025**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
| --- | --- |
| This claim was filed on behalf of an excluded party and it is not eligible. Pursuant to the Stipulation and Agreement of Settlement, excluded from the Settlement Class are (i) Defendants; (ii) current and former Officers and directors of the Company; (iii) members of the Immediate Family of each of Defendants; (iv) all subsidiaries and affiliates of the Company and the directors and Officers of such subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, Officers, directors, and any other individual or entity in which any of Defendants has a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of all such excluded parties; provided, however, that any Investment Vehicle shall not be excluded from the Settlement Class. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Plaintiffs' Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

# SUPPORT CENTER
Support Ticket System

03/17/2025 12:02:32 PM

# Ticket #473239

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Brent Mack |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 03/17/2025 11:48:05 AM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 03/17/2025 12:02:01 PM |
| **Due Date** | 03/18/2025 11:48:05 AM | **Last Message** | 03/17/2025 11:48:05 AM |

**Ticket Details**

*dispute*

**Case:** ATI

**Control Number:** 214

## Brent Mack - ATI Class Action Lawsuit dispute of eligibility

| | |
|---|---|
| 03/17/2025 11:48:05 AM Brent Mack - ATI Class Action Lawsuit dispute of eligibility | Brent Mack |

To Whom It May Concern -

I write to follow-up on a letter I received on 2/27/25 regarding the ATI Class Action Settlement. In the letter (Brent Mack, Control #214, account #    ) you state that I am not eligible secondary to be included in the category of "current and former officers and directors of the company" which are excluded from the laswsuit. This is incorrect and I wish to dispute this claim and ensure I am included in the class action lawsuit..

The "Company," as defined in the Notice of (I) Pendency of Class Actions, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"), is ATI Physical Therapy, Inc. *See,* https://www.strategicclaims.net/wp-content/uploads/2024/06/ATI-Final-Long-Notice-and-Claim-Form2.pdf. ATI Physical Therapy, Inc. was organized as Fortress Value Acquisition Corp. II and was renamed ATI Physical Therapy, Inc. after its subsidiary, FVAC Merger Corp. II merged with Wilco Holdco, Inc. in or about June 2021. *See,* https://www.sec.gov/Archives/edgar/data/1815849/000119312521161982/d121614ddefm14a.htm.

# SUPPORT CENTER
### Support Ticket System

03/17/2025 12:02:32 PM

I ceased my employment with a subsidiary of Wilco Holdco, Inc., and resigned any and all roles with Wilco Holdco, Inc. and its affiliates, in August of 2019.. I was succeeded by Ray Wahl, COO. I was never, and could never have been, an officer, director or employee of Fortress Value Acquisition Corp. II n/k/a ATI Physical Therapy, Inc. because it did not become affiliated with Wilco Holdco, Inc. until after my resignation from all roles with Wilco Holdco, Inc. and/or its affiliates.

In addition:

1) I am not a named Defendant;
2) I am not a current or former officer or director of the Company, i.e. Fortress Value Acquisition Corp. II n/k/a ATI Physical Therapy, Inc.;
3) I am not an immediate family member of a Defendant;
4) and I am not a subsidiary or affiliate of the Company, i.e. Fortress Value Acquisition Corp. II n/k/a ATI Physical Therapy, Inc., or a director or office of a subsidiary or affiliate of the Company; and

As set forth above, Brent Mack, as an individual, dispute your determination that I am ineligible to participate in the ATI Class Action Settlement. Please provide your response to this dispute within fourteen (14) days.

Brent Mack

# SUPPORT CENTER
## Support Ticket System

03/17/2025 12:02:32 PM

| 03/17/2025 12:02:01 PM | George Allen |
|---|---|

Good afternoon,

We have received your information and will pass it on for further review.

Thank you.

--
Claims Administrator
Strategic Claims Services, Inc.
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.