# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN BURBIGE and ZYYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSPEH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>Defendants. | No. 1:21-cv-04349<br><br>Hon. Edmond E. Chang |

DECLARATION OF DAVID MEISELS
CONCERNING FAII'S CLAIM FOR SETTLEMENT NO. 50006

I, David Meisels, declare:

1.    I submit this declaration in order to provide the Court and the parties involved in the above-captioned litigation with information regarding the ownership of Fortress Acquisition Sponsor II LLC ("FAII") and FAII's claim for settlement No. 50006. I am over 21 years of age and not a party to this action. I have personal knowledge of the facts set forth herein.

2.    I am Head of Litigation at Fortress Investment Group LLC ("Fortress"). I have held this position for over twelve years.

3. As the sponsor of the Special Purpose Acquisition Company that was ultimately used to bring ATI Physical Therapy, Inc. public, FAII is an investment company in which no Defendant in any of the following actions has a majority interest:

a) *Burbige, et al. v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II, et al.*, No. 1:21-cv-04349 (N.D. Ill.);

b) *In re ATI Physical Therapy, Inc. Shareholder Derivative Litigation*, No. 1:21-CV-06415 (N.D. Ill);

c) *Robinson v. Fortress Acquisition Sponsor II, LLC*, C.A. No. 2023-0142-NAC (Del. Ch.); and

d) *Goldstein v. Fortress Acquisition Sponsor II, LLC*, C.A. No. 2023-0582-NAC (Del. Ch.).

4. To the contrary, FAII is one-hundred percent owned by a number of separate advisory client funds, whose investors include pension plans and college endowments, as reflected in the chart below:

| Investors | Global Own % |
| --- | --- |
| DBSO TRG Fund (A) L.P. | 2.32674% |
| Drawbridge Special Opportunities Fund LP | 15.53073% |
| Drawbridge Special Opportunities Fund Ltd. | 8.19317% |
| FCO MA Centre Street II (ER) LP | 1.68488% |
| FCO MA Centre Street II (PF) LP | 1.44419% |
| FCO MA Centre Street II (TR) LP | 1.68488% |
| FCO MA J5 L.P. | 1.16337% |
| FCO MA MAPLE LEAF LP | 6.98023% |
| FCO MA MI II L.P. | 2.32674% |
| FCO MA V UB Securities LLC | 2.40698% |
| FCO V LSS SubCo LP | 1.16337% |
| FCOF V UB Investments L.P. | 45.25075% |
| Fortress Vintage Securities Fund L.P. | 4.07180% |
| FTS SIP II L.P. | 3.44542% |
| Super FCO MA III L.P. | 2.32674% |
| **Total** | 100.00000% |

5. Fortress, FAII, and/or their affiliates <u>do not</u> own a majority interest of the funds that own FAII.

6. To the extent FAII's claim for settlement No. 50006 is approved, all funds received by FAII would go to the advisory client funds that own FAII.

7. I am not aware of any reason to conclude that the interests of the advisory client funds that own FAII are antagonistic or otherwise in conflict to those of the other Settlement Class members.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of May 2025 in New York, New York.

_____
David Meisels

3