**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Other Persons Similarly Situated, | Case No.: 1:21-CV-04349 |
| *Plaintiffs,* | |
| v. | |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, *Defendants.* | **CLASS ACTION** Hearing Date: May 23, 2025 Time: 8:30 a.m. Judge: Honorable Edmond E. Chang Courtroom: 2341 |

## DECLARATION OF ERIK KANTZ IN SUPPORT OF CLAIMANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN

I, Erik Kantz, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct to the best of my personal knowledge:

1.      I am over eighteen (18) years of age, and I have personal knowledge of, and am fully competent to testify to, the matters set forth in this Declaration.

2.      I am the Chief Legal Officer and Corporate Secretary of ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II ("ATIP").

3.      I have been employed by ATI Holdings, LLC d/b/a ATI Physical Therapy ("ATI Physical Therapy), a subsidiary of ATIP, since May 2016.

4. As of December 31, 2020, and thereafter, none of the following individuals was an officer or employee of ATI Physical Therapy, its parent companies or subsidiaries: Robert McKenzie, Gregory Steil, Dylan Bates, Brent Mack, Jason Hafner, Lisa Gutierrez and Christopher Orr.

5. None of the following individuals was ever a director or officer of ATIP: Robert McKenzie, Gregory Steil, Dylan Bates, Brent Mack, Jason Hafner, Lisa Gutierrez and Christopher Orr.

6. **Dated: May 9, 2025**

Erik Kantz
Chief Legal Officer, ATI Physical Therapy, Inc.

2