**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Other Persons Similarly Situated, | Case No.: 1:21-CV-04349 |
| *Plaintiffs*, v. | |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | **CLASS ACTION** Judge: Honorable Edmond E. Chang Courtroom: 2341 |
| *Defendants*. | |

**MOTION FOR LEAVE TO FILE AMENDED MEMORANDUM OF LAW**
**IN OPPOSITION TO PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION**
**PLAN AND SUPPORTING DECLARATION *INSTANTER***

Claimants Dakota Holdco, LLC ("Dakota"), Robert McKenzie, Gregory Steil (on behalf of himself, Gregory F. Steil Descendants Trust, and Willowbrook Holdings Inc.), Dylan Bates (on behalf of himself, Bates Enterprises, LLC, and Bates Investment LLC), Brent Mack, Jason Hafner, Lisa Gutierrez, and Christopher Orr (collectively "Individual Claimants" and with Dakota "Claimants"), via undersigned counsel, respectfully request leave to file their Amended Memorandum of Law in Opposition to Plaintiffs' Motion for Approval of Distribution Plan and Supporting Declaration *Instanter*.  In support of this Motion, Claimants state as follows:

1. On May 9, 2025, Claimants filed their Memorandum of Law in Opposition to Plaintiffs' Motion for Approval of Distribution Plan, an accompanying Declaration of Robert McKenzie in Support of Claimants' Opposition to Plaintiffs' Motion for Approval of Distribution Plan, and an accompanying Declaration of Erik Kantz in Support of Claimants' Opposition to Plaintiffs' Motion for Approval of Distribution Plan. *See* ECF No. 211.

2. Mr. McKenzie's Declaration stated that "Individual Claimants . . . chose to invest a portion of their proceeds in the then extant ATI Physical Therapy family of companies and become limited partners in Wilco Acquisition, LP . . . ." ECF 211-1 at ¶ 4. That statement was true and correct based on the information available to Mr. McKenzie after a reasonably diligent investigation.

3. Days after Claimants submitted the Opposition May 9, 2025, and accompanying materials, Mr. McKenzie learned that Individual Claimant Lisa Gutierrez did not roll over a portion of her proceeds from the May 2016 transaction into Wilco Acquisition, LP.

4. Claimants request leave to file an amended declaration from Mr. McKenzie that corrects the record and an amended memorandum that reflects the amended declaration for the Benefit of the Court and to be sure the stated facts reflect currently available information.

5. In addition, Claimants request leave to correct a scrivener's error on page 6 of the brief: what reads "Christopher Orr (Claim Nos. 170 and 214): collectively, 432,713 shares" should read "Christopher Orr (Claim No. 170): 53,724 shares" and "Brent Mack (Claim No. 214): 378,989 shares."

6. The proposed edits are not prejudicial to any parties or other claimants, and Claimants submit them in good faith.

7. Claimants have conferred with Class Counsel who does not oppose this motion.

**Wherefore**, Plaintiffs respectfully request leave to file their Amended Memorandum of Law in Opposition to Plaintiffs' Motion for Approval of Distribution Plan and Supporting Declaration *Instanter*.

**Dated: May 19, 2025**                    Respectfully Submitted by:

Dakota Holdco, LLC
Robert McKenzie
Gregory F. Steil Descendants Trust
Willowbrook Holdings, Inc.
Gregory Steil
Bates Investment, LLC
Bates Enterprises, LLC
Dylan Bates
Brent Mack
Jason Hafner
Lisa Gutierrez
Christopher Orr
By Their Attorneys,

/s/ *Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
Jennifer Riley
Jeremy Salinger
Duane Morris, LLP
190 South LaSalle Street, Suite 3700
Chicago, IL  60603
(312) 499-6711
GMaatman@duanemorris.com
JARiley@duanemorris.com
JSalinger@duanemorris.com

Shannon Noelle
Duane Morris, LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000
SNoelle@duanemorris.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, a copy of the foregoing and all supporting documentation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.