**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and on Behalf of All Other Persons Similarly Situated, | Case No.:  1:21-CV-04349 |
| *Plaintiffs*, v. | |
| ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSEPH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI, | **CLASS ACTION** Judge: Honorable Edmond E. Chang Courtroom: 2341 |
| *Defendants*. | |

**AMENDED DECLARATION OF ROBERT MCKENZIE**
**IN SUPPORT OF CLAIMANTS' AMENDED OPPOSITION TO**
**PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN**

I, Robert McKenzie, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.     I am over eighteen (18) years of age, and I have personal knowledge of, and am fully competent to testify to, the matters set forth in this Declaration.

2.     I offer this declaration in support of Claimants Dakota Holdco, LLC ("Dakota"), Robert McKenzie, Gregory Steil (on behalf of himself, Gregory F. Steil Descendants Trust, and Willowbrook Holdings Inc.), Dylan Bates (on behalf of himself, Bates Enterprises, LLC, and Bates Investment LLC), Brent Mack, Jason Hafner, Lisa Gutierrez, and Christopher Orr (collectively

"Individual Claimants" and with Dakota "Claimants") and to supplement the record before the Court.

3. The Declaration I submitted on May 9, 2025 was true and correct based on the information available to me after a reasonably diligent investigation.

4. Since my Declaration was filed, I came to learn that Lisa Gutierrez did not roll over a portion of her proceeds from the May 2016 transaction into Wilco Acquisition, LP.

5. I submit this Declaration in good faith to correct the record before this Court in light of this newly available information.

6. In May 2016, Individual Claimants were members of ATI Physical Therapy Holdings, LLC k/n/a Aspire Holdco, LLC ("Aspire"), the then-ultimate parent of ATI Holdings Acquisition, Inc., when affiliates of Advent International, a private equity firm, acquired ATI Holdings Acquisition, Inc. and its subsidiaries and affiliates from affiliates of KRG Capital Partners, another private equity firm.

7. At that time, Individual Claimants had the opportunity to sell substantially all of their indirect ownership interest in ATI Holdings Acquisition, Inc. to a preselected buyer for cash. Individual Claimants, except for Lisa Gutierrez, instead chose to invest a portion of their proceeds in the then extant ATI Physical Therapy family of companies and become limited partners in Wilco Acquisition, LP, a holding company established by affiliates of Advent International to become the ultimate parent company of the ATI Physical Therapy family of companies upon the May 2016 transaction's closing.

8. Wilco Acquisition, LP became the holder of all the common stock of Wilco Holdco, Inc., which affiliates of Advent International also formed to facilitate the May 2016 transaction.

2

9. As additional consideration in the May 2016 transaction, Aspire received preferred stock in Wilco Holdco, Inc. As members of Aspire, the Individual Claimants were indirect owners of the preferred stock of Wilco Holdco, Inc. held by Aspire.

10. Shortly after the closing of the May 2016 transaction, KRG Capital Partners located a purchaser for all of the preferred stock of Wilco Holdco, Inc.; Aspire offered the Individual Claimants the opportunity to sell all of their indirect ownership interest in the preferred stock of Wilco Holdco, Inc. for cash, but, those Individual Claimants declined and, instead (together with certain other similarly situated members of Aspire) formed Dakota as a limited liability company to hold their preferred stock of Wilco Holdco, Inc.; Gregory F. Steil, Dylan Bates, Brent Mack and I were appointed as the managers of Dakota.

11. Gregory F. Steil, who founded the ATI Physical Therapy family of companies and served as CEO for many years, resigned all his then remaining leadership positions with the family of companies upon the consummation of May 2016 transaction.

12. Following the May 2016 transaction, Dylan Bates resigned as CEO in 2018, I resigned all roles in 2018, Brent Mack resigned all roles in or about 2019, Jason Hafner resigned all roles in or about 2020, and Christopher Orr resigned all roles in or about 2020.

13. Lisa Gutierrez who had served in various roles within the ATI Physical Therapy family of companies, including Senior Vice President of Human Resources, resigned all of her roles in or about 2014.

14. By the end of 2020, the Individual Claimant's only title or position with respect to the ATI Physical Therapy family of companies was equity holder.

15. In 2021, following the merger of Wilco Holdco, Inc. and a newly formed, wholly owned, subsidiary of defendant ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition

3

4

Corp. II ("ATI"), Wilco Acquisition, LP received 130,300,000 shares of common stock of ATI Physical Therapy, Inc. valued at $10 per share in exchange for its interest in Wilco Holdco, Inc. and distributed those shares proportionally to its limited partners.

**Dated: May 17, 2025**                    /s/_____

                                        Robert McKenzie

4