**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN BURBIGE and ZIYANG NIE, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ATI PHYSICAL THERAPY, INC. f/k/a FORTRESS VALUE ACQUISITION CORP. II, LABEED DIAB, JOSPEH JORDAN, ANDREW A. MCKNIGHT, JOSHUA A. PACK, MARC FURSTEIN, LESLEE COWEN, AARON F. HOOD, CARMEN A. POLICY, RAKEFET RUSSAK-AMINOACH, and SUNIL GULATI,<br><br>                    Defendants. | No. 1:21-cv-04349<br><br>Hon. Edmond E. Chang |

**FORTRESS ACQUISITION SPONSOR II LLC'S NOTICE OF APPEAL**

Notice is hereby given that Fortress Acquisition Sponsor II LLC ("FAII") hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order denying disbursement of settlement funds to FAII (Claim No. 50006), entered on August 8, 2025. (Dkt. 221).

Dated: August 26, 2025

Respectfully submitted,

*/s/ Scott Musoff*
**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**

Scott D. Musoff
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com

Laura Bernescu
320 South Canal St.
Chicago, Illinois 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
laura.bernescu@skadden.com

*Counsel for Fortress Acquisition Sponsor II
LLC*