# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 27, 2025

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-2497
>
> Caption:
> KEVIN BURBIGE, et al.,
>           Plaintiffs - Appellees
>
> v.
>
> ATI PHYSICAL THERAPY, INC., formerly known as Fortress Value
> Acquisition Corp. II, et al.,
>           Defendants
>
> APPEAL OF: FORTRESS ACQUISITION SPONSOR II LLC,
>           Claimant
>
> District Court No: 1:21-cv-04349
> District Judge Edmond E. Chang
> Clerk/Agency Rep Thomas G. Bruton
> Court Reporter Judith Walsh
>
> Date NOA filed in District Court: 08/26/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)